1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Colin Proksel
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:      (602) 640-9050
Email:           cproksel@omlaw.com

*Attorney for Plaintiffs*

*Additional counsel listed on following page*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

Jane Doe, by her next friend and parents
Helen Doe and James Doe; and Megan Roe,
by her next friend and parents, Kate Roe and
Robert Roe,

                    Plaintiffs,

        v.

Thomas C. Horne in his official capacity as
State Superintendent of Public Instruction;
Laura Toenjes, in her official capacity as
Superintendent of the Kyrene School
District; Kyrene School District; The
Gregory School; and Arizona Interscholastic
Association Inc.,

                    Defendants.

Case No. _____

**DECLARATION OF DR. STEPHANIE BUDGE, PH.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM**

1   Jyotin Hamid*
2   Justin R. Rassi*
    Amy C. Zimmerman*
3   DEBEVOISE & PLIMPTON LLP
    66 Hudson Boulevard
4   New York, New York 10001
5   Telephone: (212) 909-6000
    Facsimile: (212) 909-6836
6   Email: jhamid@debevoise.com
    Email: jrassi@debevoise.com
7   Email: azimmerman@debevoise.com

8
    Amy Whelan*
9   Rachel Berg*
    NATIONAL CENTER FOR LESBIAN RIGHTS
10  870 Market Street, Suite 370
11  San Francisco, California 94102
    Telephone: (415) 343-7679
12  Facsimile: (415) 392-8442
13  Email: rberg@nclrights.org
    Email: awhelan@nclrights.org
14
15  *Pro hac vice application forthcoming
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Stephanie Budge, declare as follows:

1.      I submit this expert declaration based upon my personal knowledge.

2.      If called to testify in this matter, I would testify truthfully based on my expert opinion.

## Qualifications and Experience

3.      I am a licensed psychologist who has been specializing in issues of gender identity and gender transition processes for over 15 years. I received a master's degree in educational psychology from the University of Texas at Austin in 2006 and a PhD in counseling psychology in 2011 from the University of Wisconsin-Madison (UW-Madison). My PhD concentration focused on transgender individuals' mental health. As part of my PhD program, I also specialized in psychological assessment. A true and correct copy of my curriculum vitae is attached hereto as **Exhibit A**.

4.      I have been a mental health professional since 2006, and I am currently licensed to practice psychology in the state of Wisconsin (license # 3244-57). I have been a faculty member in the UW-Madison Department of Counseling Psychology since 2014.

5.      I have expertise working with transgender individuals. Since 2007, I have been a mental health provider to transgender individuals. Since 2011, transgender individuals have comprised the majority of my clinical caseload, and I have worked clinically with over 200 transgender clients through the provision of individual therapy, group therapy, psychological evaluations, and supervision of others' clinical work.

6.      As a faculty member at UW-Madison, I teach courses that focus on training master's and doctoral students skills to become mental health professionals and psychological researchers. I provide *pro bono* therapy and train student therapists in best practices in clinical work with transgender clients at the Counseling Psychology Training Clinic (CPTC), the community clinic affiliated with my academic department at UW-Madison.

7.      As part of my faculty appointment, I am the Director of the Trans CARE Collaborative. In this role, I design research projects that focus on transgender individuals' mental health.

8.      I am also the Director of the Advancing Health Equity and Diversity (AHEAD) program in the School of Medicine and Public Health at UW-Madison. In this role, I mentor postdoctoral scholars and junior faculty in the School of Medicine and Public Health who focus their clinical and research efforts on health equity issues.

9.      I have published 99 invited and peer-reviewed journal articles and book chapters, with the majority of these focusing on transgender individuals. Several of these publications are focused on the impact of discrimination on transgender people's mental health and effective interventions to improve transgender people's mental health. I have been involved in more than 180 academic presentations (internationally, nationally, and regionally), the majority of which have focused on transgender individuals. I am an associate editor for the journal *Psychology of Sexual Orientation and Gender Diversity*. I am on the editorial board for the *International Journal of Transgender Health* and *LGBTQ+ Family: An Interdisciplinary Journal*. Researchers in the United States and internationally have sought my assistance as an expert reviewer for research focused on transgender individuals. A listing of my publications and lectures is included in my curriculum vitae in **Exhibit A**.

10.      I have received several awards for my work with transgender individuals. Most recently, I received the 2021 American Psychological Association (APA) Distinguished Contribution to Counseling Psychology Award for my clinical work and research with transgender people. I also received the 2021 APA Social Justice Award for my contributions to psychotherapeutic practice with transgender people. I was the first recipient of the APA Transgender Research Award in 2010. Locally, I am also a member of the Wisconsin Trans Health Coalition (WTHC), which is an organization focused on

improving health care for transgender individuals throughout Wisconsin. My primary role in the coalition is to consult on research projects and collect data about transgender individuals in the upper Midwest to tailor health care interventions for local community members. For my community-focused research with the WTHC, I received the 2018 UW-Madison School of Education Community Engaged Scholar Award, the 2021 UW-Madison Exceptional Service Award, and the 2022 UW-Madison School of Education Excellence in Diversity Award.

11.     I am also a member of the Society for the Psychology of Sexual Orientation and Gender Diversity within the APA (of which I am also a member). In August 2021, I completed a 10-year term as co-chair of the Science Committee for the Society and now continue as a member of the committee. We provide programming at the annual APA convention to disseminate cutting-edge research on the best psychological practices and evidence-based treatments with lesbian, gay, bisexual, transgender, and queer (LGBTQ) individuals. At the 2022 APA annual convention, I chaired or participated in six presentations/panels that focused on (a) best practices in psychological science focused on transgender populations; and (b) interventions to reduce psychological distress for transgender individuals. In 2021, I became a Fellow of the APA.

12.     I am also a member of the World Professional Association of Transgender Health (WPATH). WPATH is an interdisciplinary professional and educational organization of individuals worldwide specializing in research and practice in transgender health. A complete list of my involvement in various professional associations is included in my curriculum vitae in **Exhibit A**.

13.     In preparing this declaration, I reviewed the text of Senate Bill 1165 ("SB 1165") at issue in this matter. I also relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on

3

these subjects. I may wish to supplement these opinions or the bases for them because of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

14.     I have not met or spoken with the Plaintiffs or their parents for purposes of this declaration. My opinions are based solely on the information that Plaintiffs' attorneys have provided me as well as my extensive background and experience with transgender clients.

15.     In the past six years, I have been retained as an expert witness in the following cases: *Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. Of Educ.*, No. 16-3522 (7th Cir.), *Flack v. Wis. Dep't of Health Servs.*, No. 3:18-cv-00309 (W.D. Wis.), *Boyden v. State of Wis. Emp. Trust Funds*, No. 17-cv-00264-wmc (W.D. Wis.), *Cooper v. USA Powerlifting & USA Powerlifting Minn.*, No. 62-CV-21-211 (Minn.), *Bridge v. Okla. State Dep't of Educ.*, No. CIV-22-787-JD (W.D. Okla.), and *Lusk v. Minn. Dep't of Corr.*, No. 62-CV-22-3284 (Minn.). Of these cases, I provided testimony by deposition and at trial in *Boyden* and testimony by deposition in *Cooper*.

16.     I am being compensated at an hourly rate of $250/hour for actual time devoted for research, preparation, reports, and/or consulting related to my expert opinion in this case. If deposed or providing testimony in the state of Wisconsin, I will be compensated at a rate of $400/hour. I also receive $3,000 a day for compensation when travel is required for my services. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## **Transgender Youth**

17.     The term "gender identity" is well-established in psychology and medicine and refers to a person's internal or psychological sense of having a particular gender. All human beings have a gender identity. Human beings usually begin to explore and understand their gender identity around the age of three (with some variation).

4

18.     At birth, the sex of infants is generally identified as male or female based on external genitalia. Typically, individuals born with the external physical characteristics commonly associated with males grow up to identify as men and experience themselves as male, and individuals born with the external physical characteristics commonly associated with females grow up to identify as women and experience themselves as female. However, for transgender individuals, their gender identity differs from the sex they were identified as at birth.

19.     Every individual's sex is comprised of many distinct biologically influenced characteristics, including but not limited to chromosomal makeup, hormones, internal and external reproductive organs, secondary sex characteristics, and gender identity.

20.     Transgender children and adolescents experience a pervasive, consistent, persistent, and insistent sense of being a gender different from the sex assigned to them.

21.     Gender identity is innate and cannot be changed through psychological or medical treatments. A girl who is transgender cannot simply turn off her gender identity like a switch, any more than a non-transgender girl or anyone else could. It is not a personal decision, preference, or belief. It is a core sense of oneself.

22.     Like all children, transgender youth can thrive and grow into healthy adults when they are supported by their parents and caretakers and their social environment.

**Medical Care for Transgender Youth**

23.     The incongruence between a person's gender identity and sex assigned at birth can manifest in clinically significant and disabling distress, which the APA calls gender dysphoria.[1] Gender dysphoria is codified in the APA's Diagnostic and Statistical Manual of Mental Disorders (DSM-5) and is the medical and psychiatric diagnosis for distress associated with gender incongruence.

---

[1]     American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders* (5th ed. 2013).

24.    Two current diagnostic categories are used by mental health and medical providers when children and youth are transgender: Gender Dysphoria in Childhood (DSM Diagnostic Code F64.2) and Gender Dysphoria in Adolescents and Adults (DSM Diagnostic Code F64.9). Although individuals who are diagnosed with gender dysphoria can experience a diversity of symptoms, the shared diagnostic criteria that is required for both includes clear, distinct, and significant distress from the incongruence between the sex the individual was assigned at birth and their gender identity.

25.    Gender dysphoria is highly treatable, and the medical community has known for decades how to treat this serious medical condition. Every major medical association in the United States agrees that medical treatment for gender dysphoria is safe, necessary, and effective.

26.    The precise treatment for gender dysphoria depends on the individual. For most transgender individuals, a gender transition is considered psychologically and medically necessary. Transition can take either or both of two forms: (a) social transition, and (b) medical treatments that change a person's body to align with their gender.

27.    For transgender individuals, social transition can be an important aspect of treatment to reduce the symptoms of gender dysphoria. As part of a social transition, an individual will typically, among other things, use a name and pronouns congruent with their gender identity and use sex-designated facilities such as restrooms that align with their gender identity. To be clinically effective at alleviating the distress associated with gender dysphoria, a social transition must be respected consistently across all aspects of a transgender individual's life—for example, at home, in school, and at work. It is the aim of treatment to assist the individual in successfully integrating their internal identity into a life that allows them to function consistently in accordance with that identity and not feel shame for who they are. For those transgender adolescents for whom social transition is part of treatment of gender dysphoria, it is likely that serious distress will result if clinically indicated aspects of transition are impeded.

28.    Many transgender patients also undergo medical procedures to assist them with achieving primary or secondary sex characteristics that are closely aligned with their gender identity. Hormone therapy may be prescribed—either puberty-blocking hormones designed to delay the onset of physical changes associated with puberty and/or hormones designed to masculinize or feminize the individual's appearance. Chest reconstruction may be advised for some older adolescents, depending on several factors. Genital surgery is generally not advised until after the adolescent has reached the age of majority. Whether any of these medical interventions are indicated for a patient depends on the needs of the individual patient.

29.    Transgender girls treated with hormone therapy may appear indistinguishable from non-transgender girls. Transgender girls who are prescribed puberty blockers will not develop the deepened voice, facial hair, and muscle development experienced by boys during puberty, and if that is followed by estrogen and anti-androgen medication, they will have breast development, redistribution of fat (specific to abdomen, buttocks, hips, thighs, and arms), musculature, and hair and skin texture typical of other girls.

30.    Psychotherapy to reduce the harmful effects of stigma and improve resiliency can also be an important form of support for individuals of any age with gender dysphoria. While psychotherapy can be useful as a support tool, it is not a substitute for social transition and medical treatments needed to reduce/eliminate gender dysphoria.

31.    There is no "one size fits all" treatment regimen. In addition, individuals may be constrained by practical limitations—such as medical contraindications or cost—on the ability to obtain particular treatments.

32.    Attempts to "cure" transgender individuals by seeking to change their gender identity to match their assigned sex are ineffective and cause extreme psychological damage. All major associations of medical and mental health providers, including the American Medical Association, the American Psychiatric Association, the

American Psychological Association, and the American Academy of Pediatrics, consider such efforts unethical.

33.    When individuals with gender dysphoria do not obtain competent and necessary treatment, serious and debilitating psychological distress (for example, suicidal ideation, substance use, depression, anxiety, and self-harm) often occurs.

34.    Failing to support a transgender minor's gender identity can cause serious harm to their long-term health and wellbeing because transgender youth experience that mistreatment as a profound rejection of their core self. This harm often includes significant psychological distress and difficulty maintaining healthy interpersonal relationships and developing emotional resilience, among others.

### Participating in Sports Provides Significant Long-Term Benefits to a Child's Mental and Physical Health and Wellbeing

35.    For children and young adults, school-sponsored athletics offer lifelong benefits and have a positive developmental impact that is second only to family support. These benefits can be seen in a variety of realms in students' lives, including social and emotional development as well as physical and mental health. With regards to social benefits, students who participate in sports are given the opportunity to make friends and become part of a supportive community of teammates and peers.[2] Athletes spend considerable time with their teammates, often experiencing high-pressure situations together that lead to deeper friendships. Students who participate in sports also can build teamwork, discipline, and leadership skills. They learn the importance of working as part of a team to achieve a common goal and the importance of each teammate's role in bringing about that goal. Moreover, coaches and other staff members provide students

---

[2]  *See* Erin M. Boone & Bonnie J. Leadbeater, *Game On: Diminishing Risks for Depressive Symptoms in Early Adolescence Through Positive Involvement in Team Sports*, 16 J. Rsch. Adolescence 79 (2006).

who participate in sports access to meaningful mentorship and guidance. This mentorship can extend beyond school athletics, guiding students through other areas of their lives.

36.     With regards to emotional benefits, school sports provide an opportunity for youth to gain confidence. They also reduce the effects of risk factors, such as stressful life events, that lead to increases in depression.[3] Furthermore, learning how to manage stressful events at a young age provides benefits to student athletes throughout their lives, such as learning how to regulate their emotions.[4] Students who participate in sports experience significantly lower levels of externalizing issues (for example, aggression and delinquency) and anxiety/depression.[5] Students also experience the success and personal fulfillment achieved from discipline, hard work, and perseverance through many hours of practice and competition, all of which helps students develop positive habits that can benefit them in many other areas of life.[6]

37.     With regards to physical and mental health benefits, students who play school sports have fewer physical and mental health concerns when compared to those who do not.[7] Participation in sports at a young age also encourages continued participation as an adult, in turn reducing the morbidity and mortality of many diseases that can arise later in life.[8]

---

[3]   *See id.* at 79, 88.

[4]   *See, e.g.*, Stewart A. Vella et al., *Sports Participation and Parent-Reported Health-Related Quality of Life in Children: Longitudinal Associations*, 164(6) J. Pediatrics 1469 (2014).

[5]   *See* Sarah J. Donaldson & Kevin R. Ronan, *The Effects of Sports Participation on Young Adolescents' Emotional Well-Being*, 41 Adolescence 369 (2006).

[6]   *See*, *e.g.*, Jennifer Y. Mak & Chong Kim, *Relationship Among Gender, Athletic Involvement, Student Organization Involvement and Leadership*, 25:2 Hum. Kinetics J. 89 (2016); Robert P. Dobosz & Lee A. Beaty, *The Relationship Between Athletic Participation and High School Students' Leadership Ability*, 34 Adolescence 215 (1999).

[7]   Hans Steiner et al., *Adolescents and Sports: Risk or Benefit?*, 39 Clinical Pediatrics 161, 164 (2000).

[8]   Christer Malm et al., *Physical Activity and Sports—Real Health Benefits: A Review with Insight into the Public Health of Sweden*, 7 Sports 1, 13–14 (2019).

9

38.     Moreover, students who participate in high school sports are more likely to finish college and to be actively engaged in planning for their future. Participation in sports also has a positive impact on academic achievement.[9]

**The Negative Impact of Banning Transgender Girls from School Sports**

39.     Based on my experience working with transgender youth, it would be psychologically damaging for a transgender girl to be banned from playing sports on equal terms with their non-transgender peers. This specific type of discrimination causes irreversible and severe damage to their development. Specifically, discriminating against transgender youth athletes leads to an increase in youth anxiety, depression, trauma, and suicidal ideation/attempts as well as an increase in physical health concerns for transgender youth.[10] Barrera et al. (2022) report that the physical consequences for transgender youth of not being able to participate in sports include worse cardiovascular outcomes, poor bone mineral density, and poor neurocognitive development when compared to non-transgender youth.[11] In addition, physicians report that participation in sports is often one primary method through which transgender youth gain access to regular medical care, and if they do not participate in sports, it increases the disparity between non-transgender youth and transgender youth.[12] In addition to the physical and mental health consequences of not being able to participate in sports, transgender people

---

[9]     *See, e.g.*, Angela Lumpkin & Judy Favor, *Comparing the Academic Performance of High School Athletes and Non-Athletes in Kansas in 2008-2009*, 4 J. Sport Admin. & Supervision 41 (2012).

[10]    Landon D. Hughes et al., *Pediatric Provider Perspectives on Laws and Policies Impacting Sports Participation for Transgender Youth*, 9(4) LGBT Health 247–53 (2022).

[11]    Ellis Barrera et al., *The Medical Implications of Banning Transgender Youth from Sport Participation*, 176(3) JAMA Pediatrics 223–24 (2022).

[12]    *See* Hughes et al., *supra* note 10.

report greater experiences of harassment, prejudice, rejection, and bullying as a result of legislation focused on restricting transgender people's rights.[13]

40.    Transgender girls will also internalize the shame and stigma of being excluded for a personal characteristic (being transgender) over which they have no control and that already subjects them to prejudice and social stigma. Fear of additional discrimination and violence are two primary outcomes that stem from transgender girls being excluded from sports. Not only are there the actual consequences outlined above that occur from direct discrimination, but fear of additional sports-related discrimination leads transgender youth to avoid gym/physical education class, locker rooms, and athletic fields and facilities.[14] Also, being misgendered (i.e., requiring transgender girls to participate in boys' sports) is associated with the internalization of stigma and the subsequent mental health consequences that arise from internalized stigma.[15]

41.    For transgender girls who are already playing on girls' teams, a law that requires them to be excluded from continued participation on girls' teams would have a further negative impact on their health and well-being, causing them to feel isolated, rejected, and stigmatized, and thereby putting them at high risk for severe depression and/or anxiety.

---

[13]   Elliot A. Tebbe et al., *A Dangerous Visibility: Moderating Effects of Anti-Trans Legislative Efforts on Trans and Gender-Diverse Mental Health*, 9(3) Psych. Sexual Orientation Gender Diversity 259–71 (2021).

[14]   Joseph G. Kosciw, et al., GLSEN, *The 2021 National School Climate Survey: The Experiences of LGBTQ+ Youth in Our Nation's Schools* 10–11 (2022).

[15]   Kevin A. McLemore, *Experiences with Misgendering: Identity Misclassification of Transgender Spectrum Individuals*, 3(1) Stigma & Health 53–64 (2015).

1    I declare under criminal penalty under the laws of Arizona that the foregoing is
2    true and correct.
3        Signed on the 7th day of April, 2023 in Madison, Wisconsin.
4
5                                              Stephanie Budge, Ph.D.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**Stephanie L. Budge, PhD, Licensed Psychologist**
**Curriculum Vitae**
Department of Counseling Psychology, School of Education, Room 305, University of
Wisconsin-Madison, Madison, WI 53706, 608-263-3753, budge@wisc.edu

## EDUCATION

**Doctor of Philosophy**                                         **8/2006 - 8/2011**
University of Wisconsin-Madison
APA Accredited Counseling Psychology Program
Minor: Psychological Assessment
Dissertation Title: *Distress in the transition process for transgender individuals: The role of loss,*
*community, and coping*.

**Master of Science**                                             **8/2004 - 5/2006**
University of Texas at Austin
Educational Psychology
Thesis Title: *Sexual pressure in gay, lesbian, and bisexual relationships.*

**Bachelor of Science**                                           **1/2003 - 12/2003**
University of Utah
Major: Psychology

Pace University                                                   **9/2000 - 12/2002**
Major: Psychology
Minor: Women's and Gender Studies

## POSITIONS HELD

**Associate Professor**, tenured                                  **8/2018 - current**
Department of Counseling Psychology,
University of Wisconsin-Madison

**Director of AHEAD (Advancing Health Equity and Diversity)**     **7/2018 – current**
Institute for Clinical and Translational Research
School of Medicine and Public Health
University of Wisconsin-Madison

**Diversity, Equity, and Inclusion Scholar In Residence**         **1/2022 – 12/2022**
Mental Illness Research Education and Clinical Center
Veterans Affairs

**Health Psychologist**                                           **6/2017 – 2/2019**
University of Wisconsin Hospital & Clinics

Stephanie Budge CV 2023

American Family Children's Hospital

| | |
|---|---|
| **Assistant Professor**, tenure-track | **8/2016 – 8/2018** |
| Department of Counseling Psychology, | |
| University of Wisconsin-Madison | |

**Assistant Professor**, visiting,                                   **8/2014 - 7/2016**
Department of Counseling Psychology,
University of Wisconsin-Madison

**Postdoctoral Clinical Training**                              **7/2013 - 6/2014**
University of Louisville Trans Project

**Assistant Professor**, tenure-track                          **8/2011 - 8/2014**
Department of Educational and Counseling Psychology,
University of Louisville

**Postdoctoral Clinical Training,**                             **9/2011 - 8/2012**
University of Louisville Counseling Center

**Predocoral Internship,**                                         **8/2010 - 8/2011**
University of Minnesota, University
Counseling and Consulting Services,
APA-Accredited, APPIC listed predoctoral internship

## PROFESSIONAL LICENSE

Licensed Psychologist in Wisconsin - 3244-57              **2/2015 - current**

Licensed Psychologist (provisional) in Kentucky - 2012-42    **8/2011 - 6/2014**
(under supervision to gain hours for Health Service Provider status)

## SPECIAL HONORS AND AWARDS
**Excellence in Diversity Award**                                **3/2022**
Awarded the School of Education Excellence in Diversity Award at UW-Madison—awarded for my research, teaching, and service focused on supporting and advocating for LGBTQ people.

**American Psychological Association Division 44 Fellow**           **10/2021**
Fellow status is an honor bestowed upon APA members who have shown evidence of unusual and outstanding contributions or performance in the field of psychology. Fellow status requires that a person's work has had a national impact on the field of psychology beyond a local, state or regional level. Division 44 focuses on psychological science and issues related to Lesbian, Gay, Bisexual, Transgender, and Queer people.

**UW-Madison Exceptional Service Award**                          **4/2021**
Awarded the UW-Madison Exceptional Service Award, provided to faculty who provide service

Stephanie Budge CV 2023

"above and beyond" service expectorations in a university environment

**Division 17 Distinguished Contribution to Counseling Psychology**      **4/2021**
American Psychological Association Division 17 (Society of Counseling Psychology) award for
research and practice with trans and nonbinary populations

**Division 29 Social Justice Award**      **2/2021**
American Psychological Association Division 29 (Society for the Advancement of
Psychotherapy) award for social justice work and research with LGBT populations

**Impact 2030 Faculty Fellow**      **8/2020**
Awarded the Impact 2030 Faculty Fellowship. Chosen to be one of 10 faculty in the School of
Education to be an Impact 2030 Fellow. The fellowship includes 5 years of research support.

**Honorary Rainbow Degree**      **5/2019**
The University of Wisconsin-Madison's Gender and Sexuality Campus Center provides an
award every year to an individual on campus who is dedicated to making positive change for
LGBTQ students on campus.

**Community Engaged Scholarship Award**      **4/2018**
The University of Wisconsin-Madison School of Education award for researchers engaged in
community-focused scholarship—awarded specifically for my collaborations with the Wisconsin
Trans Health Coalition

**Outstanding Paper Award**      **6/2017**
American Psychological Association Division 17 (Counseling Psychology) award for a 2016
major contribution published in *The Counseling Psychologist*

**Division 17 Early Career Award**      **7/2017**
American Psychological Association Division 17 (Counseling Psychology) award for social
justice work and research with LGBT populations

**Division 29 Early Career Award**      **5/2015**
American Psychological Association Division 29 (Society for the Advancement of
Psychotherapy) award for psychotherapy research

**University of Louisville Trustees Award Nomination**      **2/2013**
Nomination provided to faculty for excelling in mentoring students

**Outstanding Graduate Student Award**      **7/2010**
American Psychological Association Division 17 (Counseling Psychology) LGBT award given
for community contributions with the LGBT population during my doctoral studies

**Graduate Student Research Award**      **7/2010**
American Psychological Association Division 17 (Counseling Psychology)
Society for Vocational Psychology/ACT for career research regarding transgender

Stephanie Budge CV 2023

individuals

**Transgender Research Award**                                                        **6/2010**
Recipient of the inaugural American Psychological Association Division 44
(Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender
Issues) award for research with transgender populations

**John W. M. Rothney Memorial Research Award**                               **2/2010**
University of Wisconsin-Madison Counseling Psychology Department award provided to an
outstanding doctoral student excelling in research

**Outstanding Student Poster Award**                                               **8/2009**
American Psychological Association Division 17 (Counseling Psychology)

**EXPERT WITNESS AND PUBLIC INTEREST EXPERIENCE**

Lusk v. Minnesota Department of Corrections, No. 62-CV-22-3284 (Minnesota, 2022)

Bridge v. Oklahoma State Department of Education, No. CIV-22-787-JD (Oklahoma, 2022)

Cooper v. USA Powerlifting & USA Powerlifting Minnesota, No. 62-CV-21-211 (Minnesota, 2021)

Boyden v. State of Wisconsin Employee Trust Funds, No. 17-cv-264 (Wisconsin, 2018)

Flack v. Wisconsin Department of Health Services, No. 3:18-cv-00309 (Wisconsin, 2018)

Whitaker v. Kenosha Unified School District, No. 2:16-cv-00943-PP (7th Cir. 2016)

Name redacted (private case of a transgender woman seeking asylum), United States DOJ
Immigration Court Case (2015)

## RESEARCH

### JOURNAL PUBLICATIONS
Underlining denotes student

1. **Budge, S.L.,** Shoenike, D., Lee, J., Norton, M., & Sinnard, M.T. (In press). Transgender and nonbinary patients' psychotherapy goals: A secondary analysis from a randomized controlled trial. *Journal of Psychiatric Research.*
2. Raines, C., Lindley, L., & **Budge, S.L.** (In press). Development and validation of the Masculine Sexual Entitlement Norms Scale. *Psychology of Men & Masculinities.*
3. **Budge, S.L.,** Sinnard, M.T, Lindley, L., Dillard, Q., & Katz-Wise, S.L. (In press). Content analyses of concordance and discordance regarding identity, affect, and coping in families with transgender and nonbinary youth. *LGBTQ+ Family: An Interdisciplinary Journal.*

Stephanie Budge CV 2023

4. **Budge, S.L.,** Tebbe, E.A., & Love, D. (In press). The development and pilot testing of a minority stress psychoeducation tool for transgender and nonbinary people. *Transgender Health.*

5. Lindey, L., Pulice-Farrow, L., & **Budge, S.L.** (In press).  The antecedents of gender dysphoria and the associated thoughts, emotions, and ways of coping: A qualitative analysis and clinical implications. *Counselling Psychology Quarterly.*

6. Lindley, L., & **Budge, S.L.** (In press). Development and validation of the Trans and Nonbinary Coping Measure (TNCM): A measure of trans and nonbinary specific ways of coping with gender-related stress. *Psychology of Sexual Orientation and Gender Diversity.*

7. Tebbe, E., Bell, H., Cassidy, K., Lindner, S., Wilson, E., & **Budge, S.L.** (In press). "It's loving yourself for you": Happiness in trans and nonbinary adults. *Psychology of Sexual Orientation and Gender Diversity.*

8. Xu, G., Wang, K., **Budge, S.L.,** & Sun, S. (2023). "We don't have a template to follow": Sexual identity development and its facilitative factors among sexual minority men in the context of China. *Journal of Counseling Psychology, 70,* 46–158.

9. Tebbe, E.A. & **Budge, S.L.** (2022). Mental health and the factors driving disparities and promoting well-being in trans and nonbinary people. *Nature Reviews Psychology, 12,* 694-707.

10. dickey, l. m., Thomas, K., Andert, B., Ibarra, N., & **Budge, S. L.** (2022). The relationship between realization of transgender identity and transition processes with nonsuicidal self-injury in transgender populations. *Psychiatry Research, 310,* 114332.

11. Minero, L.M., Domínguez, S. Jr., **Budge, S.L.,** & Salcedo, B. (2022). Latinx trans immigrants' survival of torture in U.S. detention: A qualitative investigation of the psychological impact of abuse and mistreatment. *International Journal of Transgender Health, 23,* 35-59.

12. Sinnard, M.T., **Budge, S.L.,** & Rossman, H.R. (2022). Nonbinary individuals' emotional experiences: implications for advancing counseling psychology beyond the binary. *Counselling Psychology Quarterly, 35,* 19-42.

13. Barr, S.M., Snyder, K., Adelson, J., & **Budge, S.L.** (2021). Post-traumatic stress in the trans community: The roles of anti-transgender bias, non-affirmation, and internalized transphobia. *Psychology of Sexual Orientation and Gender Diversity, 9*(4), 410–421.

14. **Budge, S.L.,** Guo, E., Mauk, E., Tebbe, E.A. (2021). The development of an observational coding scheme to assess transgender and nonbinary clients' reported minority stress experiences. *Psychotherapy, 58,* 288-300.

15. Thai, J.L., **Budge, S.L.,** & McCubbin, L. (2021). Qualitative examination of transgender Asian Americans navigating and negotiating cultural identities and values. *Asian American Journal of Psychology, 12,* 301–316.

16. Bhattacharya, N., **Budge, S.L.,** Pantalone, D.W., & Katz-Wise, S.L. (2021). Conceptualizing relationships among transgender and gender diverse youth and their caregivers. *Journal of Family Psychology, 35,* 595-605.

17. **Budge, S.L.**., Sinnard, M.T., & Hoyt, W.T. (2021). Longitudinal effects of psychotherapy with transgender and nonbinary clients: A randomized controlled pilot trial. *Psychotherapy, 58,* 1-11.

Stephanie Budge CV 2023

18. **Budge, S.L.,** Orzechowski, M., Lavender, A., Schamms, S., Onsgard, K., Leibowitz, S., & Katz-Wise, S.L. (2021). Transgender and gender nonconforming youths' emotions: The Appraisal, Valence, Arousal Model. *The Counseling Psychologist, 49,* 138-172.

19. **Budge, S.L.,** Lee, J., Lindley, L. (2020). Therapy with transmasculine clients. *Psychotherapie im Dialogue*, *21,* 52-56.

20. Sun, S., **Budge, S.L.,** Shen, W., Ge, X., Liu, M., & Feng, S. (2020). Minority stress and health: A grounded theory exploration among men who have sex with men in China and implications for health research and interventions. *Social Science and Medicine.*

21. Allen, B.J., Andert, B., Botsford, J., **Budge, S.L.,** & Rehm, J. (2020). Intersections at the margins: Comparing school experiences of nonbinary and binary-identified transgender youth. *Journal of School Health, 90, 358-367.*

22. dicky, l.m. & **Budge, S.L.** (2020). Suicide and the transgender experience: A public health crisis. *American Psychologist, 75,* 380-390.

23. **Budge, S.L.,** Domínguez, S. Jr., & Goldberg, A.E. (2020). Minority stress in nonbinary students in higher education: The role of campus climate and belongingness. *Psychology of Sexual Orientation and Gender Diversity,* 7, 222-229.

24. Pantalone, D. & **Budge, S.L.** (2020). Psychotherapy research is needed to improve clinical practice for clients with HIV. *Psychotherapy, 57,* 1-7.

25. Hase, C.N., Meadows, J.C., & **Budge, S.L.** (2019). Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white American meditation community. *Journal of Global Buddhism, 20,* 1-18.

26. Paquin, J., Tao, K., & **Budge, S.L.** (2019). A social justice framework for ethical psychotherapy research. *Psychotherapy, 56,* 491-502.

27. **Budge, S.L.,** & Katz-Wise, S. L. (2019). Sexual minorities' sexual communication, internalized homophobia, and conformity to gender norms. *International Journal of Sexual Health, 31,* 36-49.

28. Barcelos, C. & **Budge, S.L.** (2019). Inequalities in crowdfunding for transgender health care. *Trans Health, 4,* 81-88..

29. Goldberg, A., Kuvalanka, K., **Budge, S.L.,** Benz, M., & Smith, J. (2019). Mental health and health care experiences of transgender undergraduate and graduate students: A mixed methods study. *The Counseling Psychologist, 47,* 59-97.

30. Rossman, K., Sinnard, M., & **Budge, S.L.** (2019). A qualitative examination of consideration and practice of consensual non-monogamy among sexual and gender minority couples. *Psychology of Sexual Orientation and Gender Diversity, 6,* 11-21.

31. **Budge, S.L.,** Conniff, J., Belcourt, W.S., Parks, R. L., Pantalone, D., & Katz-Wise, S.L. (2018). A grounded theory study of the development of trans youths' awareness of coping with gender identity. *Journal of Child and Family Studies*, 27, 3048-3061.

32. **Budge, S.L.** & Moradi, B. (2018). Attending to gender in psychotherapy: Understanding and incorporating systems of power. *Journal of Clinical Psychology, 74,* 2014-2027.

33. Moradi, M. & **Budge, S.L.** (2018). A meta-analytic approach to studying psychotherapy outcomes for LGBTQ affirmative therapies. *Journal of Clinical Psychology, 74, 2028-2042.*

34. **Budge, S.L.,** Orovecz, J., Owen, J.J., & Sherry, A.R. (2018). The relationship between conformity to gender norms, sexual orientation, and gender identity for sexual minorities. *Counselling Psychology Quarterly, 31,* 79-97.

Stephanie Budge CV 2023

35. Salkas, S., Conniff, J. & **Budge, S.L.** (2018). Provider quality and barriers to care for transgender people: An analysis of data from the Wisconsin transgender community health assessment. *International Journal of Transgenderism, 19,* 59-63.

36. Katz-Wise, **Budge, S.L.** Fugate, E., Flanagan, K., Touloumtzis, C., Rood, B…Leibowitz, S. (2017). Transactional pathways of transgender identity development in transgender and gender nonconforming youth and caregiver perspectives from the Trans Youth Family Study. *International Journal of Transgenderism,18,* 243-263.

37. Nienhuis, J. B., Owen, J., Valentine, J. C., Black, S. W., Halford, T. C., Parazak, S. E., **Budge, S.,** & Hilsenroth, M. J. (2018). Therapeutic alliance, empathy, and genuineness in individual adult psychotherapy: A meta-analytic review. *Psychotherapy Research, 28,* 593-605.

38. **Budge, S.L.,** Israel, T., Merrill, C. (2017). Improving the lives of sexual and gender minorities: The promise of psychotherapy research. *Journal of Counseling Psychology, 64,* 376-384.

39. **Budge, S.L.,** Chin, M.Y. , & Minero, L.P. (2017). Trans individuals' facilitative coping: An analysis of internal and external processes. *Journal of Counseling Psychology, 64, 12-25.*

40. ° Imel, Z.E., **Budge, S.L.,** & Owen, J. (2017). Introduction to special section on advanced methodology: Counseling the dog to wag its methodological tail. *Journal of Counseling Psychology, 64,* 601-603.

41. Katz-Wise, S. L., Williams, D. N., Keo-Meier, C. L., **Budge, S. L**., Pardo, S., & Sharp, C. (2017). Longitudinal associations of sexual fluidity and health in transgender men and cisgender women and men. *Psychology of sexual orientation and gender diversity*, *4*, 460-471

42. ° Matsuno, E. & **Budge, S.L.** (2017). Non-binary/genderqueer identities: A critical review of the literature. *Current Sexual Health Reports*, *9*, 116-120.

43. Katz-Wise, S.L., Reisner, S.L., White, J.M., & **Budge, S.L.** (2017). Self-reported changes in attractions and social determinants of mental health in transgender adults. *Archives of Sexual Behavior, 46,* 1425-1439.

44. **Budge, S.L.** & dickey, l.m. (2017). Barriers, challenges, and decision-making in the letter writing process for gender transition. *Psychiatric Clinics, 40,* 65-78.

45. Katz-Wise, S.L., **Budge, S. B.,** Orovecz, J.O. , Nguyen, B., & Thompson, K. (2017). Imagining the Future: Qualitative findings of future orientation from the Trans Youth Family Study. *Journal of Counseling Psychology, 64, 26-40.*

46. **Budge, S.L.** (2016). To err is human: An introduction to the special issue on clinical errors. *Psychotherapy*, *53*, 255-256.

47. Sinnard, M. , Raines, C. , & **Budge, S.L.** (2016). The association between geographic location and anxiety and depression in transgender individuals: An exploratory study of an online sample. *Transgender Health, 1,* 181-186.

48. **Budge, S.L.** & Pankey, T.L. (2016). Ethnic differences in gender dysphoria. *Current Psychiatry Reviews, 12,* 175-180.

49. dickey, l.m., **Budge, S.L.,** Katz-Wise, S.L., & Garza, M.V. (2016). Health disparities in the transgender community: Exploring differences in insurance coverage. *Psychology of Sexual Orientation and Gender Diversity, 3,* 275-282.

Stephanie Budge CV 2023

50. Barr, S.M. , **Budge, S.L.,** & Adelson, J.L. (2016) Transgender community belongingness as a mediator between strength of transgender identity and well-being. *Journal of Counseling Psychology, 63,* 87-97.

51. **Budge, S.L.,** Thai, J.L., Tebbe, E., & Howard, K.H. (2016) The intersection of socioeconomic status, race, sexual orientation, transgender identity, and mental health outcomes. *The Counseling Psychologist, 44,* 1025-1049.

52. Tebbe, E.A. & **Budge, S.L.** (2016) Research with transgender communities: Applying a process-oriented approach to methodological considerations and research recommendations. *The Counseling Psychologist, 44,* 996-1024.

53. Moradi, B., Tebbe, E., Brewster, M., **Budge, S.L.,** Lenzen, A., Enge, E…Painter, J. (2016). A content analysis of trans people and issues: 2002-2012. *The Counseling Psychologist, 44,* 960-995.

54. Tebbe, E.A., Moradi, B., & **Budge, S.L.** (2016). Enhancing scholarship focused on trans people and issues. *The Counseling Psychologist, 44,* 950-959.

55. **Budge, S.L.** (2015*)*. Psychotherapists as gatekeepers: An evidence-based case-study highlighting the role and process of letter-writing for transgender clients. *Psychotherapy, 52,* 287-297.

56. Kopta, M., Owen, J.J., & **Budge, S.L.** (2015). Measuring psychotherapy outcomes with the Behavioral Health Measure-20: Efficient and comprehensive. *Psychotherapy, 52,* 442-448.

57. Watkins, C.E., **Budge, S.L.,** & Callahan, J.L. (2015). Common and specific factors converging in psychotherapy supervision: A supervisory extrapolation of the Wampold/Budge psychotherapy relationship model. *Journal of Psychotherapy Integration, 25,* 214-235.

58. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Wampold, B.E., Kopta, M., Minami, T., & Miller, S.D., (2015). Trajectories of change in short-term psychotherapy. *Journal of Clinical Psychology, 71,* 817-827.

59. **Budge, S.L.** (2015).  The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research practices. *Canadian Psychology, 56,* 191-196.

60. Owen, J.J., Adelson, J.L., **Budge, S.L.,** Reese, R.J., & Kopta, M.M. (2015). Good-Enough Level and Dose-Effect models: Variation among outcomes and therapists. *Psychotherapy Research, 26,* 22-30.

61. Katz-Wise, S.L. & **Budge, S.L.** (2015). Cognitive and interpersonal identity processes related to mid-life gender transitioning in transgender women. *Counselling Psychology Quarterly, 28,* 150-174.

62. **Budge, S.L.,** Orovecz, J., & Thai, J.L. (2015). Trans men's positive emotions: The interaction of gender identity and emotion labels. *The Counseling Psychologist, 43,* 404-434.

63. **Budge, S. L.,** Keller, B.L., & Sherry, A.  (2015) A qualitative investigation of lesbian, gay, bisexual, and queer women's experiences of sexual pressure. *Archives of Sexual Behavior, 44,* 813-824.

64. **Budge, S.L.** (2014). Navigating the balance between positivity and minority stress for LGBTQ clients who are coming out. *Psychology of Sexual Orientation and Gender Diversity, 1,* 350-352.

Stephanie Budge CV 2023

65. **Budge, S.L.,** <u>Rossman, H.K.,</u> & Howard, K.H. (2014). Coping and psychological distress among genderqueer individuals: The moderating effect of social support. *Journal of LGBT Issues in Counseling, 8,* 95-117.

66. **Budge, S.L.,** <u>Moore, J.T.,</u> Del Re, A.C., Wampold, B.E., Baardseth, T.P., & <u>Nienhuis, J.B.</u> (2013). The effectiveness of evidence-based treatments for personality disorders when comparing treatment-as-usual and bona fide treatments. *Clinical Psychology Review, 33,* 1057-1066.

67. **Budge, S.L.** (2013). Interpersonal psychotherapy with transgender clients. *Psychotherapy*, 50, 356-359.

68. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2013). Individuation or identification? Self-objectification and the mother–adolescent relationship. *Psychology of Women Quarterly, 37,* 366-380.

69. **Budge, S.L.,** Adelson, J.L., & Howard, K.H. (2013). Anxiety and depression in transgender individuals: The roles of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology, 81,* 545-557.

70. **Budge, S.L.**, Owen, J.J., Kopta, S.M., Minami, T., Hanson, M.R., & Hirsch, G (2013). Differences among trainees in client outcomes associated with the Phase Model of Change. *Psychotherapy, 50,* 150-157.

71. **Budge, S. L.,** Katz-Wise, S. L., Tebbe, E., Howard, K.A.S., Schneider, C. L., & Rodriguez, A. (2013). Transgender emotional and coping processes: Use of facilitative and avoidant coping throughout the gender transition. *The Counseling Psychologist, 41,* 601-647.

72. Valdez, C. R. & **Budge, S.L.** (2012). Addressing adolescent depression in schools: Effectiveness and acceptability of an in-service training for school staff in the United States. *International Journal of Educational Psychology, 1,* 228-25.

73. Wampold, B.E., & **Budge, S.L.** (2012). The relationship—and its relationship to the common and specific factors of psychotherapy. *The Counseling Psychologist, 40,* 601-623.

74. Wampold, B.E., **Budge, S.L.**, Laska, K. M., Del Re, A.C., Baardseth, T.P., Fluckiger, C., Minami, T., Kivlighan, M., & Gunn, W. (2011). Evidence-based treatments for depression and anxiety versus treatment-as-usual: A meta-analysis of direct comparisons. *Clinical Psychology Review, 31,* 1304-1315.

75. Valdez, C. R., Dvorscek, M., **Budge, S.L.,** & Esmond, S.L. (2011). Provider perspectives of Latino patients: Determinants of care and implications of treatment. *The Counseling Psychologist, 39,* 497-526.

76. Wampold, B.E., Benish, S.G., Imel, Z.E., Miller, S.D., Laska, K., Del Re, A.C., Baardseth, T.P., & **Budge, S.L.** (2010).What works in the treatment of PTSD? A response to Ehlers et al. *Clinical Psychology Review, 30,* 269-276.

77. **Budge, S. L.,** Tebbe, E. N. & Howard, K. A. S. (2010). The work experiences of transgender individuals: Negotiating the transition and coping with barriers. *Journal of Counseling Psychology, 57,* 377-393.

78. Howard, K. A. S., **Budge, S. L.,** Gutierrez, B., Lemke, N. T., & Owen, A. D. (2010) Future plans of urban youth: Influences, perceived barriers, and coping strategies. *Journal of Career Development, 37,* 655-676.

Stephanie Budge CV 2023

79. **Budge, S. L.,** Baardseth, T. P., Wampold, B. H., & Fluckiger, C. (2010). Researcher allegiance and supportive therapy: Pernicious affects on results of randomized clinical trials. *European Journal of Counselling and Psychotherapy, 12,* 23-39.

80. Howard, K. A. S., **Budge, S. L.,** & McKay, K. M. (2010). Youth exposed to violence: The role of protective factors. *Journal of Community Psychology, 38,* 63-79.

81. **Budge, S. L.** (2006) Peer mentoring in post-secondary education: Implications for research and practice. *Journal of College Reading and Learning, 37,* 71-85.

**BOOK CHAPTERS**

1. **Budge, S.L.** (2022). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies, 2nd Edition* (pp. xx-xx). Thousand Oaks, CA: SAGE.

2. Dominguez, S. & **Budge, S.L.** (2020). Gender Nonconformity. In A. Goldberg (Ed.) *The SAGE Encyclopedia of Trans Studies* (pp. xx-xx). Thousand Oaks, CA: SAGE.

3. **Budge, S.L.** & Moradi, B. (2019). *Gender Identity*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

4. Moradi, B. & **Budge, S.L.** (2019). *Sexual Orientation*. In J. Norcross and B. Wampold (Eds.) Psychotherapy Relationships That Work, Volume 2. London, England: Oxford University Press.

5. **Budge, S.L.** & Orovecz, J.J. (2017). Gender fluidity. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 660-662). Thousand Oaks, CA: SAGE.

6. **Budge, S.L.** & Pankey, T. L. (2017). Interpersonal therapies and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 961-964). Thousand Oaks, CA: SAGE.

7. **Budge, S.L.** & salkas, s. (2017). Experiences of transgender people within the LGBT community. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1073-1075). Thousand Oaks, CA: SAGE.

8. **Budge, S.L.** & Thai, J.L. (2017). Coming out processes for transgender people. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 357-360). Thousand Oaks, CA: SAGE.

9. **Budge, S.L.** & Sinnard, M. (2017). Trans. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1685-1685). Thousand Oaks, CA: SAGE.

10. Akinniyi, D. & **Budge, S.L.** (2017). Biological sex and mental health outcomes. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 161-165). Thousand Oaks, CA: SAGE.

11. Lam, J. & **Budge, S.L.** (2017). Help-seeking behaviors and men. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 832-834). Thousand Oaks, CA: SAGE.

12. Jones, T., Chin, M.Y., & **Budge, S.L.** (2017). Sororities. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1611). Thousand Oaks, CA: SAGE.

13. Sun, S. & **Budge, S.L.** Women's group therapy. (2017). In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1829-1830). Thousand Oaks, CA: SAGE.

14. Sun, S., Minero, L., & **Budge, S.L.** (2017). Multiracial people and gender. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1208-1212). Thousand Oaks, CA: SAGE.

Stephanie Budge CV 2023

15. Alexander, D., Hunter, C., & **Budge, S.L.** (2017). Experiences of women in religious leadership. In K. Nadal (Ed.) *The SAGE Encyclopedia of Psychology and Gender* (pp. 1813-1815). Thousand Oaks, CA: SAGE.
16. **Budge, S.L.** (2017). Genderqueer. In A. Goldberg (Ed.) *The SAGE Encyclopedia of LGBTQ Studies* (pp. 460-463). Thousand Oaks, CA: SAGE.
17. **Budge, S.**L. & Snyder, K.E. (2016). Sex-related differences research. In A. Goldberg (Ed.) *The Wiley Blackwell Encyclopedia of Gender and Sexuality Studies* (pp. 2125-2129*)*. Thousand Oaks, CA: SAGE.
18. **Budge, S. L**., & Wampold, B. E. (2015). The relationship: How it works. In O. C. G. Gelo, A. Pritz, & B. Rieken (Eds.), *Psychotherapy research: Foundations, process, and outcomes* (pp. 213-228). Dordrecht: Springer.

## GRAPHIC NOVEL

**Budge, S.L.** & Funk, H. (2019). *Longitudinal effects of psychotherapy with transgender clients: A randomized controlled pilot trial.* JKXComics. Available at: https://www.jkxcomics.com/psychotherapy

## RESEARCH REPORTS

Botsford, J.C., Allen, B.J., Andert, B.D., **Budge, S.L.,** & Rehm, J.L. (2018). *Meeting the healthcare needs of transgender, nonbinary, and gender expansive/ nonconforming youth in Wisconsin: A report of the 2017 Wisconsin Transgender Youth Community Needs Assessment.* Available at: https://www.med.wisc.edu/media/medwiscedu/documents/about-us/CH-174891-18-TNG-Youth-Report-Full.pdf

## PRACTICE REPORTS

Matsuno, E., Webb, A., Hashtpari, H., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2021). Nonbinary fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

Paquin, J., Tao, K., & **Budge, S.L.** (2020). Is psychotherapy for everyone? Available at: https://www.apa.org/pubs/highlights/spotlight/issue-192.

Webb, A. Matsuno, E., **Budge, S.L.,** Krishnan, M., & Balsam, K. (2017). Nonbinary gender identities fact sheet. A publication for the Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues: Available at: https://www.apadivisions.org/division-44/resources/advocacy/non-binary-facts.pdf

**Budge, S.L.** (2015). Critical considerations in writing letters for trans clients. Available at: https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

Stephanie Budge CV 2023

## CURRICULUM GUIDE

McGinley, M., Christie, M. B., Clements, Z., Goldbach, C. M., Kraus, E., Woznicki, N. W., Breslow, A. S., **Budge, S. L**., & Matsuno, E. (2020). A resource for incorporating trans and gender diverse issues into counseling psychology curricula. APA Division 17 Special Task Group, Making Room at the Table: Trans/Nonbinary Pipeline to Counseling Psychology. Available at: https://www.div17.org/wp-content/uploads/Incorporating-Trans-and-Gender-Diverse-Issues-into-Counseling-Psychology-Curricula.pdf

## RESEARCH SUPPORT

**National Institute on Minority Health and Health Disparities        7/01/2023-6/30/2028**
**National Institute of Health, $3,500,000, submitted**
This grant focuses on developing and measuring a social support instrument for transgender and nonbinary people with the intent of creating community toolkits for LGBTQ+ community organizations.
Role: Principal Investigator

**Baldwin Seed Grant                                         07/2023-07/2024**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (J. Lee) on a grant focused on family attachment processes and PTSD for transgender and nonbinary people.
Role: PI

**National Institute on Minority Health and Health Disparities        9/01/2022-5/31/2027**
**National Institute of Health, $1,063,616, funded**
This administrative grant focuses on Northern Arizona University's (NAU's) Southwest Health Equity Research Collaborative (SHERC) to establish community-engaged priorities and strategic plans for addressing a wide range of health disparities; provide the institutional infrastructure for SHERC targeted research projects.
Role: Consultant

**School Mental Health Collaborative IES Grant                9/01/2022-9/01/2024**
**Institute of Education Training Grant, funded**
This grant focuses on training postdoctoral trainees in innovative research methods that will impact communities experiencing marginalization
Role: Collaborator

**Young Investigator Grant                                9/01/2022-9/01/2024**
American Foundation for Suicide Prevention, $90,000—**funded**
This grant focuses on using EMA methods to assist therapists with intervening for transgender adult clients experiencing suicidal ideation.
Role: Co-Investigator

**Diverse & Resilient Community Grant                        9/17/2021-9/17/2022**
Diverse & Resilient, $20,000—**funded**

12

Stephanie Budge CV 2023

Community grant focusing on a program evaluation regarding a training for mental health providers to infuse radical healing into their practice and to reduce internalized stigma.
Role: PI

**Understanding and Reducing Inequities Initiative**          **7/01/2021-7/01/2023**
University of Wisconsin-Madison, $250,000—**funded**
Study focusing on creating a psychotherapy intervention for trans and nonbinary people that includes radical healing and skills to reduce internalized transnegativity.
Role: PI

**Baldwin Seed Grant**                                          **07/2021-07/2022**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (L. Lindley) on a grant focused on coping mechanisms for transgender and nonbinary people.
Role: PI

**2030 Faculty Fellowship Funds**                              **8/20/2020-8/20/2025**
University of Wisconsin-Madison, $100,000—**funded**
Funds to support community-based research focused on improving mental health and wellness for transgender and nonbinary people.
Role: PI

**Baldwin Seed Grant**                                          **06/2019-06/2020**
University of Wisconsin-Madison, $4,000—**funded**
Mentoring student (M. Sinnard) on a grant focused on objectified body consciousness for trans, nonbinary, and gender nonconforming individuals.
Role: PI

**Online Course Development Grant**                            **01/2019-9/2020**
University of Wisconsin-Madison, $15,000—**funded**
This grant funds university faculty to design new and innovative courses at UW-Madison. The funding will cover the creation of a course called "Gender and Queer Issues In Psychology" set to begin in Summer 2020.
Role: Instructor

**Fall Research Competition**                                   **6/2018 – 6/2019**
University of Wisconsin-Madison, $34,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

**UW Institute for Clinical Research (ICTR)**                  **6/2017 – 6/2018**
Health Equity and Diversity (AHEAD) research pilot award**,** $10,000 - **funded**
Research project determining the effectiveness of psychotherapy interventions focused on minority stressors for transgender clients.
Role: PI

Stephanie Budge CV 2023

**National Institute of Health**                                    1/2017 – 1/2019
NICHD, R21, $206,028—**funded**
Structured pubertal suppression readiness assessment for gender dysphoric youth.
Role: Collaborator

**Gaining STEAM**                                                    5/2018 – 5/2019
JKX Comics, $4800, **awarded**
Grant awarded to scientists to pair with a comic book artist to create visual representation
of scientific content.
Role: Scientist

**Fall Research Competition**                                        5/2017 - 9/2018
University of Wisconsin-Madison, $60,000 - **funded**
Supplemental research project for the NIH grant (listed below) focusing on pubertal
suppression for transgender youth.
Role: PI

**Wisconsin Partnership Program**                                    6/2016 – 6/2018
Community Opportunity Grant, $50,000 - **funded**
A grant that assists with opportunities focused on transgender health and equity in health
care.
Role: Collaborator

**UW Institute for Clinical Research (ICTR)**                        6/2016 – 6/2018
Health Equity and Diversity (AHEAD) research pilot award, $10,000 - **funded**
Research project advancing the Wisconsin Survey of Trans Youth: An Assessment of
Resources and Needs.
Role: Co-investigator

**Faculty Research Development Grant**                               10/2012 - 10/2013
University of Louisville, $2,200 - **funded**
Research project testing psychotherapy process and outcomes for transgender individuals.
Role: PI

**Faculty Research Development Grant**                               9/2011- 9/2012
University of Louisville, $2,200 - **funded**
Research project regarding positive experiences of transgender identity and intersectionality of
identities with genderqueer individuals.
Role: PI

**Charles J. Gelso Research Grant**                                  6/2010 – 6/2012
American Psychological Association (Division 29), $2,000 - **funded**
Meta-analysis project focusing on personality disorders and treatment effectiveness.
Role: PI

14

Stephanie Budge CV 2023

## INTERNATIONAL PRESENTATIONS

Underlining denotes student;

1. **Budge, S.L.** & Lee, J. (2022, July). *Understanding and Incorporating Trans-Affirmative Therapies When Working With Two Spirit, Trans, and Nonbinary Clients.* Korean Counseling Association/ Korean Counseling Psychology Association Conference. Presented virtually to an audience in Seoul, Korea.

2. **Budge, S.L.** (2021, June;). *Attending to Power, Privilege, and Oppression in Psychotherapy Research.* Panel moderator for a plenary session at the Society for Psychotherapy Research, Heidelberg, Germany (hybrid model online due to COVID-19).

3. **Budge, S.L.** (2020, October). *Mental Health Care for Trans Youth: What Helps Youth Thrive and What Resources are Requested?* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

4. **Budge, S.L.** & Sinnard, M.T. (2020, October). *Acceptability and Feasibility of a Randomized Controlled Trial with Transgender and Nonbinary Clients.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

5. Sinnard, M.T & **Budge, S.L.** (2020, October). *Development of the Objectified Body Consciousness Scale for Transgender and Nonbinary Adults.* World Professional Association for Transgender Health (WPATH) Conference, originally scheduled to be in Hong Kong, online due to COVID-19.

6. Allen, B., Rehm, J., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *School Safety and Support for Transgender Youth with Non-binary vs. Binary Gender Identities.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

7. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *Transgender youth who receive gender related care from a specialized provider differ from other transgender youth.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

8. Rehm, J., Allen, B., **Budge, S.L.**, Botsford, J., & Andert, B. (2018, May). *Increased awareness of healthcare needs of youth with nonbinary gender identities is needed.* Pediatric Academic Societies (PAS) Conference, Toronto, Canada.

9. **Budge, S.L.** & Katz-Wise, S.L. (2016, July). *Emotional expression of trans youth and their families: A cross-comparison of familial cultures for gender and emotions.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.

10. Chin, M.Y., Minero, L., & **Budge, S.L.** (2016, July). *"This is me, and I am happy. I love it": Understanding Internal Coping Processes of Trans-identified Individuals using Grounded Theory.* Paper presented at the International Congress of Psychology Conference, Yokohama, Japan.

11. **Budge, S.L.,** Katz-Wise, S.L., Conniff, J., Belcourt, S., & Parks, R. (2016, July). *Developmental processes of coping for trans youth: Results from the Trans Youth and Family Study (TYFS).* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

12. Sinnard, M., Raines, C., & **Budge, S.L.** (2016, July). *Effects of location and transition status on anxiety and depression in trans individuals.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

15

13. **Budge, S.L.** & <u>salkas, s.</u> (2016, July). *An overview of non-binary gender identities in the National Transgender Discrimination Survey*, Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

14. <u>Orovecz, J.</u>, <u>salkas, s.</u>, & **Budge, S.L.** (2016, July). *External identity processes for individuals with non-binary identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

15. <u>Rossman, K.</u>, <u>Sinnard, M.</u>, & **Budge, S.L.** (2016, July). *The externalization of affect for individuals with non-binary gender identities.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Amsterdam, The Netherlands.

16. <u>Hase, C.N.</u>, Reiland, M.T., **Budge, S.L.** (2015, August). *"Omitting none:" Experience of people of color in a primarily white meditation community.* Poster presented at American Psychological Association. Toronto, ON.

17. <u>Akinniyi, D.A.</u> & **Budge, S.L.** (2015, August*). Genderqueer individuals' conceptualizations of multiple identities: A qualitative investigation using identity maps.* Paper presented at the Annual Meeting for the American     Psychological Association, Toronto, Canada.

18. <u>Sinnard, M.</u> & **Budge, S.L.** (2015, August). *Effects of location and transition status on anxiety and depression in trans individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

19. Watkins, C.E., **Budge, S.L.,** & Wampold, B.E. (2015, August). *Extrapolating the Wampold/Budge psychotherapy relationship model to psychotherapy supervision.* Paper presented at the Annual Meeting for the American Psychological Association, Toronto, Canada.

20. **Budge, S.L.** (2014, February). *Developmental processes of positive emotions for trans individuals: The interplay of interpersonal emotions and transition appraisal.* Paper presented at the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

21. **Budge, S.L.,** Adelson, J.L., & Howard, K.A.S. (2014, February). *Transgender and Genderqueer individuals' mental health concerns: A moderated mediation analysis of social support and coping.* Paper presented the World Professional Association for Transgender Health Biannual Conference, Bangkok, Thailand.

## NATIONAL PRESENTATIONS
<u>Underlining</u> denotes student;

1. <u>Klessig, C.</u>, <u>Dyer, R. L.</u>, <u>Teasdale, T.</u>, <u>Weber, I. J.</u>, & **Budge, S. L.** (2022). *"In most cases, abortion is understandable": A qualitative investigation of psychotherapists' abortion attitudes.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

2. <u>Teasdale, T.</u>, <u>Dyer, R. L.</u>, <u>Weber, I. J.</u>, <u>Klessig, C.</u>, & **Budge, S. L.** (2022). *Exploring the impact of benevolent sexism on mental health clinicians' abortion attitudes.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN.

3. <u>Weber, I. J.</u>, <u>Dyer, R. L.</u>, <u>Klessig, C.</u>, <u>Teasdale, T.</u>, & **Budge, S. L.** (2022). *Mental health clinicians' attitudes about classism and client pregnancy decisions.* Poster presented at the 2022 American Psychological Association Annual Convention, Minneapolis, MN

Stephanie Budge CV 2023

4.  Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, August). *Risk and protective factors related to body image and disordered eating in a longitudinal study of Transgender and Nonbinary adolescents.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

5.  Guan, T., Pham, C., & **Budge, S.L.** (2022, August). *Disrupting white supremacy in psychology training: Recommendations to support trainees of color.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota

6.  Lee, J. & **Budge, S.L.** (2022, August). *Moving From Gatekeeping to a Companionship Model in Letter Writing for TNB Individuals.* Poster presented at the American Psychological Association Convention, Minneapolis, Minnesota.

7.  Dominguez, Jr. S., & **Budge, S.L.** (2022, August). *Using CBPR in Psychotherapy Research to Undermine Gatekeeping Practices.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

8.  Lee, J., Dominguez Jr., S., Matsuno, E., Norton, M., Lindley, L., Tebbe, E., & **Budge, S.L.** (2022, August). *Mixed-Methods Results from Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota

9.  Dominguez Jr., S. **Budge, S.L.,** Tebbe, E.A., Norton, M., Lee, J., Lindley, L., & mcneill, j. (2022, August). *Baseline data from an open psychotherapy trial with Two-Spirit, Trans, & Nonbinary Clients of Color.* Paper presented at the American Psychological Association Convention, Minneapolis, Minnesota.

10.  **Budge, S.L.** (2022, August). *Changing Cisnormative Spaces: Improving Access to Psychotherapy and Educational Spaces for Trans and Nonbinary People.* Fellows talk provided at the American Psychological Association Convention, Minneapolis, Minnesota.

11.  Smith, C. L., Zubizarreta, D., **Budge, S. L.,** Watson, R. J., Gordon, A. R., Austin, S. B., & Katz-Wise, S. L. (2022, June*). Longitudinal associations of risk and protective factors on body image and disordered eating among Transgender and Nonbinary youth.* Paper presented at the International Conference of Eating Disorders, Virtual Conference.

12.  **Budge, S.L.** (2021, August). *Gab with the greats.* An invited panelist for Division 29 Society for the Advancement of Psychotherapy at the annual America Psychological Association National Convention, Virtual Conference.

13.  **Budge, S.L. (**2021, August). *Attending to Power, Oppression, and Healing with Trans, Nonbinary, and Queer Populations.* Chair of symposium presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

14.  Elliott, G., Domínguez, S. Jr., & **Budge, S. L.** (2021, August). *A Case Study Approach to Using a Strong Intersectional Lens in Therapy with Trans and Nonbinary Clients.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

15.  Norton, M., Domínguez, S. Jr., Elliot, G., & **Budge, S. L.** (2021, August*). Dismantling, Decolonizing, and Deconstructing: Engaging the Possibilities within a Critical Lab Praxes.* Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

Stephanie Budge CV 2023

16. McNeill, J. & **Budge, S.L.** (2021, August). *Theory and Practice of Radical Healing for Queer and Trans Black and Indigenous People of Color*. Paper presented at a mini symposium at the at the annual America Psychological Association National Convention, Virtual Conference.

17. Lee, J., Hoyt, W.T., **Budge. S.L.,** & Lee, B. (2021, August). *Parental attachment and internalized transnegativity among Korean TNB populations: Role of Self-shame, Rejection Sensitivity, and self-concept clarity.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

18. Lindley, L. & **Budge, S.L**. (2021, August). *Development of the Transgender/Nonbinary Coping Measure.* Poster presented at the American Psychological Association Convention. Virtual Conference due to COVID-19.

19. Veldhuis, C.B., **Budge, S.L.,** Velez, B., Galupo, M.P., Cascalheira, C., Renteria, R., & Delucio, K. (2021, August). *Thought-Provoking Conversations about LGBTQIA+ Research.* Panelist at the American Psychological Association Convention. Virtual Conference due to COVID-19.

20. Katz-Wise, S., Vishnudas, S., Smith, C., Marchwinski, B., **Budge, S.L.,** Godwin, E., Moore, L., Ehrensaft, D., Rosal, M.C., Thomson, K. (2021, May). *Family Functioning and Mental Health: A Two-Year Longitudinal Study of Families with Transgender and/or Nonbinary Youth.* Paper presented at the LGBTQ Health Conference. Virtual Conference due to COVID-19.

21. Dyer, R.L. & **Budge, S.L.** (2021, March). *Psychotherapist attitudes about client pregnancy decision-making: Developing a scale.* Paper presented at the Association for Women in Psychology. Virtual Conference due to COVID-19.

22. **Budge, S.L.,** Velez, B., Mohr, J., Moradi, B., Puckett, J., & Matsuno, E. (2020, August). *Taking the mystery out of publishing LGBTQ research: Lessons learned.* Symposium accepted at the 2020 American Psychological Association Convention, Washington, D.C.

23. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2020, August). *Minority stress outcomes during and post psychotherapy: 6-month follow-up results for trans clients.* Paper accepted at the 2020 American Psychological Association Convention, Washington, D.C.

24. Tao, K., Paquin, J., & **Budge, S.L.** (2020, April). Using a counseling psychology lens to propose and implement a social justice framework for ethical psychotherapy research. Symposium accepted at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

25. Dyer, R.L. & **Budge, S.L.** (2020, April). *Qualitative examination of transgender clients' reflections on discussing minority stress with psychotherapists.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

26. Domínguez, S. Jr., **Budge, S. L.** (2020, April). *The Social and Internal Aspects of Gender Dysphoria Scale (SIAGD): A community-engaged measure for gender dysphoria.* Poster to be presented at the 2020 Counseling Psychology Conference, New Orleans, Louisiana. Conference cancelled due to COVID-19.

27. Domínguez, S. Jr., **Budge, S. L.**, & Goldberg, A. E. (2019, August). *Minority stress in nonbinary college students: The impact of campus climate and belongingness.* Poster presented at the 2019 American Psychological Association National Convention, Chicago, IL.

18

Stephanie Budge CV 2023

28. Dyer, R. L., Sinnard, M.T., & **Budge, S. L.** (2019, August). *Working alliance and gender minority stress: Implications for psychotherapy with trans, nonbinary, and gender expansive/nonconforming clients*. Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

29. Sinnard, M.T., Dyer, R. L., & **Budge, S. L.** (2019, August). *Effects of identity concealment on substance use and suicidality among Midwest trans, nonbinary, and gender expansive/nonconforming individuals.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

30. Schoenike, D., Wachter, E., & **Budge, S.L.** (2019, August). *The Interaction of Transgender Identity, Race, and Mental Health: A Nationwide Sample.* Poster presented at the 2019 American Psychological Association Convention, Chicago, Illinois.

31. Barcelos, C., **Budge, S.L.,** & Botsford, J. (2019, April). *Uneven Access: The Health of Trans and Gender Nonconforming People in Wisconsin and the Upper Midwest*. Paper to be presented at the Annual National Transgender Health Summit, San Francisco, CA.

32. Bhattacharya, N., **Budge, S.L.,** Pantalone, D., & Katz-Wise, S.L. (2018, November). *Conceptualizing relationships among transgender and gender nonconforming youth and their caregivers.* Paper presented at the American Public Health Association Conference, San Diego, California.

33. **Budge, S.L.,** Sinnard, M.T., & Hoyt, W.T. (2018, September). *Longitudinal Effects of Psychotherapy with Transgender Clients: A 6-month Follow-up.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

34. Sinnard, M.T. & **Budge, S.L.** (2018, September). **"***I Want to Correct Past Harmful Counseling Experiences": Goal Attainment in Psychotherapy with Transgender Clients.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Snowbird, Utah.

35. **Budge, S.L.** (2018, August). *The feasibility of a clinical trial focusing on trans individuals' minority stress.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

36. **Budge, SL.,** Allen, B., Andert, B., Botsford, J., & Rehm, J. (2018, August). *Resources contributing to psychological well-being for trans youth: A CBPR Approach*. Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

37. Sweetnam, M.R., Mauk, E., & **Budge, S.L.** (2018, August). *A qualitative analysis of nonbinary and genderqueer individuals' experiences of proximal and distal minority stress.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

38. Dillard, S., Sinnard, M.T., **Budge, S.L.**, & Katz-Wise, S.L. (2018, August). *Triadic analysis of concordance and discordance in families of trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

39. Mauk, E., Guo, E., Stock, C., Eck, M., & **Budge, S.L.** (2018, August). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

40. Orzechowski, M., **Budge, S.L.,** Lavendar, A., Onsgard, K., Schamms, S., Liebowitz, S., & Katz-Wise, S.L. (2018, August). *Emotions of transgender youth.* Poster presented at

Stephanie Budge CV 2023

the Annual Meeting for the American Psychological Association, San Francisco, California.

41. Raines, C.R & **Budge, S.L.** (2018, August). *Measuring masculine sexual entitlement: Subscales of a new instrument.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

42. Sinnard, M.T, Orzechowski, M., **Budge, S.L.,** Belcourt, S., Conniff, J., Orovecz, J., Parks, R., Sun, S., & Sutton, J. (2018, August). *Depression and anxiety among transgender compared to cisgender Individuals: A meta-analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

43. Sinnard, M.T., **Budge, S.L.,** & Hoyt, W.T. (2018, August). *The effectiveness of psychotherapy for transgender clients: A randomized controlled trial.* Paper presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

44. Sun, S., Hoyt, W.T., & **Budge, S.L.** (2018, August). *Minority stress, HIV risk behaviors, and mental health among Chinese men who have sex with men (MSM): A qualitative analysis.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

45. Thomas, K.A., Andert, B., Ibarra, N., **Budge, S.L.,** & dickey, l. (2018, August). *Non-suicidal self-injury in transgender individuals.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

46. Dyer, R., **Budge, S.L.,** Rehm, J., Botsford, J., Andert, B., & Allen, B. (2018, August). *Rural-urban differences in perceived safety at school for Wisconsin trans youth.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

47. Raines, C.R & **Budge, S.L.** (2018, August). *Understanding the relationships between masculine sexual entitlement, masculinity, and violence.* Poster presented at the Annual Meeting for the American Psychological Association, San Francisco, California.

48. Rehm, J., Botsford, J**., Budge, S.L,** Andert, B., & Allen, B. (2017, September). *Initial results of needs assessment for trans and gender expansive youth in Wisconsin.* Poster presented at the International Joint Meeting of Pediatric Endocrinology, Washington, D.C.

49. Rossman, H. K., Sinnard, M. T., & **Budge, S. L**. (August, 2017). *Bisexuality and Consensual Non-Monogamy for Trans Individuals and Their Romantic Partners.* Paper presented at the Bisexuality Issues Committee Intersectionality Symposium at the Annual Meeting for the American Psychological Association in Washington, D.C.

50. Minero, L.M. & **Budge, S.L.** (2017, February). *Experiences of exclusion and discrimination among undocutrans (undocumented and transgender) individuals in the united states and implications for mental health professionals.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

51. Thai, J.L, Orovecz, J., **Budge, S.L.** (2017, February) *"I was pretty sure I was doing the wrongest thing a wrong thing could be done": A qualitative examination of trans men's experiences of negative emotions.* Presentation in a symposium at the US Professional Association of Transgender Health, Los Angeles, CA.

52. **Budge, S.L.** (2017, February). *Evaluating the effectiveness of psychotherapy with trans clients: using the working alliance inventory.* Paper presented at the meeting for the United States Professional Association for Transgender Health, Los Angeles, California.

Stephanie Budge CV 2023

53. **Budge, S.L.** (2016, August). *Psychotherapy interventions, process, and outcome with transgender and gender non-conforming clients.* Chair of invited symposium for Division 29 at the Annual Meeting for the American Psychological Association, Denver, Colorado.

54. **Budge, S.L.** (2016, August). *The impact of minority stress interventions on psychotherapy outcomes with a trans client.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

55. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Transgender clients' reports of characteristics of effective and trans-competent therapists.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

56. **Budge, S.L.** (2016, August). *The state and future of psychotherapy research with transgender clients.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

57. Orovecz, J., Moon, J., & **Budge, S.L.** (2016, August) *Using transgender emotion labels to expand on emotion models*. Presentation in a symposium at the American Psychological Association Annual Convention, Denver, CO.

58. Minero, L.M., Chin, M.Y., & **Budge, S.L.** (2016, August). *Understanding external coping processes of trans-identified individuals using grounded theory.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

59. Salkas, S. & **Budge, S.L.** (2016, August). *An overview of US population-based data on individuals with non-binary gender identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

60. Alexander, D., Orovecz, J., Salkas, S., Stahl, A., & **Budge, S. L.** (2016, August). *Internal identity processes for individuals with non-binary identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

61. Rossman, K., Sinnard, M., & **Budge, S.L.,** (2016, August). *The "queering" of emotions-- using non-binary gender identity to label emotional processes.* Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

62. Barr, S. M. & **Budge, S.L.** (2016, August). *Experiences of self esteem and well-being for individuals with non-binary gender identities*. Paper presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

63. Chase, A., Lam, J., & **Budge, S.L.** (2016, August). *Culture and masculine ideology: measuring masculinity among japanese american men.* Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

64. Akinniyi, D. & **Budge, S.L.** (2016, August). *The student-athlete experience: Multiple minority statuses and discrimination*. Poster presented at the Annual Meeting for the American Psychological Association, Denver, Colorado.

65. **Budge, S.L**. (2016, August). *Identity processes, well-being, and emotional processes for individuals with non-binary identities.* Chair of symposium at the Annual Meeting for the American Psychological Association, Denver, Colorado.

66. Hase, C.N., Meadows, J.D., Budge, S.L. (2016, June). *Inclusion and exclusion in the white space: An investigation of the experiences of people of color in a primarily white american meditation community.* Poster presented at Mind & Life Summer Research Institute. Garrison, NY.

67. **Budge, S.L.** (2015, June). *The effectiveness of psychotherapeutic treatments for personality disorders: A review and critique of current research     practices.* Paper

presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

68. Kring, M. & **Budge, S.L.** (2015, June*). Re-evaluating outcomes in psychotherapy: Considerations beyond self-report.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

69. Owen, J. J., Wampold, B.E., Miller, S.D., **Budge, S.L.**, & Minami, T. (2015, June). *Trajectories of change in short-term psychotherapy: Lessons from growth curve mixture modeling.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Philadelphia, PA.

70. Katz-Wise, S.L. & **Budge, S.L.** (2015, April). *Imaging the future: qualitative findings of future orientation from trans youth and parents/caregivers in the Trans Youth Family Study.* Paper presented at the Annual Transgender Health Summit, Oakland, CA.

82. **Budge, S.L.** (2014, August). *The other side of the story: trans individuals' experiences of positivity and resilience.* Symposium chair for the Annual Meeting for the American Psychological Association, Washington, DC.

83. **Budge, S.L.** (2014, August). *Lessons learned from NIH-grant submission for LGBTQ research.* Invited panelist for the Annual Meeting for the     American Psychological Association, Washington, DC.

71. **Budge, S.L.** & Katz-Wise, S.L. (2014, August). *Emotional and interpersonal experiences of trans youth and their caregivers.* Paper presented at the   Annual Meeting for the American Psychological Association, Washington, DC.

72. Eleazer, J.L., Nguyen, Y., **Budge, S.L.** (2014, August). *"I'm afraid of my therapist": Military policy and access-to-care for transgender US service members.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

73. Thai, J.L. & **Budge, S.L.** (2014, August). *Mental health outcomes for trans Asian American, Asian, and Pacific Islander populations.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

74. Alexander, D. & **Budge, S.L.** (2014, August).  *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

75. Barr, S.M. & **Budge, S.L**. (2014, August).  *Trans identity salience as a predictor for well-being and body control beliefs for trans individuals.*     Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

76. Keller, B.L., Barr, S.M., & **Budge, S.L.** (2014, August). *Trans women's emotional resilience: Reactions to the intersection of sexism and transphobia.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

77. Rossman, H.K., Sinnard, M., **Budge, S.L.** (2014, August). *Adapting a three-tiered model of emotions to genderqueer individuals' identity processes.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

78. Thai, J.L., Orovecz, J., **Budge, S.L.** (2014, August). *Trans men's experiences of positive emotions: An examination of gender identity and emotion labels.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, DC.

79. Tebbe, E.N., Brewster, M., **Budge, S.L.** (2014, August). *A content analysis of transgender psychological literature.* Poster presented at the Annual Meeting for the American Psychological Association, Washington, DC.

Stephanie Budge CV 2023

80. Thai, J.L. & **Budge, S.L.** (2014, March). *Family relationships and outness for transgender Asian Pacific Islander individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

81. Hunter, C. & **Budge, S.L.** (2014, March). *The moderating effect of race related to discrimination for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

82. Alexander, D. & **Budge, S.L.** (2014, March). *The impact of partner support on symptoms of anxiety for trans women, trans men, and genderqueer individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

83. Barr, S.M. & **Budge, S.L.** (2014, March). *Validation of the Objectified Body Consciousness Scale for transgender individuals.* Paper presented at the Society of Counseling Psychology Conference, Atlanta, GA.

84. **Budge, S.L.** (2013, October). *Addressing grief and role transitions for transgender clients experiencing gender identity incongruence.* Paper presented at the Biennial North American Society for Psychotherapy Research Conference, Nashville, TN.

85. **Budge, S.L.,** Barr, S.M., Katz-Wise, S.L., Keller, B.L., & Manthos, M. (2013, June). *Incorporating positivity into psychotherapy with trans clients.* Workshop presented at the Annual Philadelphia Transgender Health Conference, Philadelphia, PA.

86. **Budge, S.L.** & Barr, S.M. (2013, April). *Emotional and identity processes of trans youth: A developmental approach.* Paper presented at the Biennial Society for Research on Child Development Conference, Seattle, WA.

87. **Budge, S.L.,** Thai, J., Rossman, H.K. *(*2012, August*) Intersecting identities and mental health outcomes for transsexual, cross-dressing, and genderqueer individuals.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

88. **Budge, S.L.** & Keller, B.L. (2012, August). *"She felt pressured, I felt neglected": LGBQ individuals' experiences of sexual pressure in relationships.* Poster presented at the Annual Meeting for the American Psychological Association, Orlando, Florida.

89. **Budge, S.L.,** Moore, J., Neinhuis, J., Baardseth, T., & Wampold, B.E. (2012, June). *The relative efficacy of bona-fide psychological treatments for personality disorders: A meta-analysis of direct comparisons.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Virginia Beach, Virginia.

90. **Budge, S.L.** & Katz-Wise, S.L. (2012, February). *Trans-affirmative therapy: Focusing on emotional and coping processes throughout gender transitioning.* Workshop presented at the Transgender Spectrum Symposium, Annual Meeting of the Gay and Lesbian Affirmative Psychotherapy Association, New York, New York.

91. **Budge, S.L.** & Katz-Wise, S.L. (2011, November). *Transgender emotional and coping processes: Facilitative and avoidant coping throughout the gender transition.* Paper presented at the Annual Meeting for the Society for the Scientific Study of Sexuality, Houston, Texas.

92. **Budge, S.L.** & Howard, K.H. (2011, August). *Gender socialization and genderqueer individuals: The impact of assigned sex on coping and mental health concerns.* Paper presented at the Annual Meeting for the American Psychological Association, Washington, D.C.

93. Tebbe, E.L., **Budge, S.L.,** & Fischer, A. (2011, March). *Transforming the research Goliath: Reflections on research with transgender communities.* Roundtable presented at

23

the Bi-Annual Meeting of the Association for Women in Psychology, Philadelphia, Pennsylvania.

94. **Budge, S.L.** & Howard, K.A.S. (2010, August). *Coping, social support, and well-being in the transition process for transgender individuals.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

95. Baardseth, T.P., **Budge, S.L.,** & Wampold, B.E. (2010, August). *Allegiance and psychotherapy research: The effectiveness of supportive therapy as a control.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

96. Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of learning experiences on students with disabilities career development.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

97. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, August). *Individuation or identification? Objectified body consciousness.* Poster presented at the Annual Meeting for the American Psychological Association, San Diego, California.

98. Solberg, V.S., Gresham, S.L., **Budge, S.L**., & Phelps, A.L. (2010, August). *Impact of exposure to quality learning experiences on career development.* Paper presented at the Annual Meeting for the American Psychological Association, San Diego, California.

99. **Budge, S.L.** & Fluckiger, C. (2010, June). *Comparison of evidence-based-treatments versus treatment as usual: A meta-analysis.* Paper presented at the Annual Meeting for the Society for Psychotherapy Research, Asilomar, California.

100. **Budge, S.L**. & Howard, K.A.S. (2010, April). *Career decision-making in the transgender population: The role of barriers and discrimination.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

101. **Budge, S.L.,** Solberg, V.S., Phelps, L.A., Haakenson, K., & Durham, J. (2010, April). *Promising practices for implementing Individualized Learning Plans: Perspectives of teachers, parents, and students.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

102. Solberg, V.S., Gresham, S.L., Phelps, L.A., & **Budge, S.L.** (2010, April). *Identifying decision-making patterns and its impact on career development and workforce readiness.* Paper presented at the Annual Meeting for the American Educational Research Association, Denver, Colorado.

103. Katz-Wise, S.L., **Budge, S.L.,** & Hyde, J.S. (2010, March). *Objectified body consciousness and the mother-adolescent relationship.* Poster presented at the Biennial Meeting for the Society for Research on Adolescence, Philadelphia, Pennsylvania.

104. **Budge**, S. L., Tebbe, E. N., Katz-Wise, S. L., Schneider, C. L., & Howard, K. A. (2009, August). *Workplace transitions: Work experiences and the impact of transgender identity.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

105. Katz-Wise, S. L., **Budge, S. L.,** & Schneider, C. L. (2009, August). *Navigating the gender binary: A qualitative study of transgender identity development.* Paper presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

106. Nelson, M. L., Thompson, M. N., Huffman, K. L., & **Budge, S. L.** (2009, August). *Development and further validation of the social class identity dissonance scale.* Paper

Stephanie Budge CV 2023

presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

107.      Dvorscek, M., **Budge, S. L.**, Bluemner, J. L., & Valdez, C. R. (2009, August). *Health care provider perspectives on Latino patients with depression.* Poster presented at the Annual Meeting of the American Psychological Association, Toronto, Ontario, Canada.

108.      Neumaier, E. R., **Budge, S. L.**, Bohlig, A. J., Doolin, E. M., & Nelson, M. L. (2009, August). *I feel masculine but they think I'm feminine: Toward measuring experienced gender role.* Poster presented at the Annual Meeting of the American Psychological Association during the Division 17    Social Hour, Toronto, Ontario, Canada.

109.      Doolin, E. M., Graham, S. R., Hoyt, W. T., **Budge, S. L.**, & Bohlig, A. J. (2009, January). *Out and about in the South: Defining lesbian communities.* Poster presented at the National Multicultural Conference and Summit, New Orleans, LA.

110.      **Budge, S. L.**, Tebbe, E. N. & Howard, K. A. S. (2009, January) *Transgender individuals' work experiences: Perceived barriers, discrimination, and self-efficacy.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

111.      Howard, K. A. S., **Budge, S. L.**, Jones, J., & Higgins, K. (2009, January). *Future plans of urban youth: A qualitative analysis of influences, barriers, & coping strategies.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

112.      **Budge, S.**, Schneider, C., Rodriguez, A., Katz-Wise, S., Tebbe, E., & Valdez, C. (2008, August). *The emotional roller coaster: Transgender experiences of positive and negative emotions.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

113.      Nelson, M. L., Huffman, K. & **Budge, S. L.**, (2008, August). *Initial validation of the Social Class Identity Dissonance Scale.* Poster presented at the Annual Meeting of the American Psychological Association, Boston, MA.

114.      **Budge, S. L.**, Schneider, C., Rodriguez, A., & Howard, K. A. S. (2008, January) *What about the "T"?: Career counseling with transgender populations.* Paper presented at the Annual Meeting of the Career Conference, Madison, WI.

115.      Howard, K. A .S., McKay, K. M., & **Budge, S. L.** (2007, August) *Adolescents' use of SOC strategies: The interaction with low-income and high violence contexts.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

116.      **Budge, S. L.** & Sherry, A. (2007, August) *The influence of gender role on sexual compliance: A preliminary investigation of LGB relationships.* Poster presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

117.      Howard, K. A. S., Solberg, V. S., & **Budge, S. L.** (2007, August). *Designing culturally responsive school counseling career development programming for youth.* Paper presented at the Annual Meeting of the American Psychological Association, San Francisco, CA.

118.      Howard, K. A. S., Jones, J. E., **Budge, S.**, Gutierrez, B., Lemke, N., Owen, A., & Higgins, K. (2007, April). *Academic and career goals of high school youth: processes and challenges.* Paper presented at the Annual Meeting of the American Educational Research Association, Chicago, IL.

Stephanie Budge CV 2023

## REGIONAL PRESENTATIONS
Underlining denotes student;

1. Dominguez, S. Jr., Matsuno, E., **Budge, S. L.,** & Tebbe, E. (2021, September). *Gender, Resilience and Resistance, Empowerment, and Affirmation Training.* Training provided at the University of Wisconsin-Madison via Zoom.
2. Dominguez, S. Jr., & **Budge, S. L.** (2021, May). *Microaggressions, communication, and power dynamics.* Workshop presented at the Madison Inclusive Leadership Conference, Madison, Wisconsin.
3. Tebbe, E.A. & **Budge, S.L.** (2021, April). *Transforming healing spaces: Tips and considerations in creating trans affirming spaces.* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.
4. **Budge, S.L.,** Lindley, L., & Dominguez, S. (2021, February). Supporting mental health care for TNB clients. School of Social Work, University of Wisconsin-Madison, Madison, Wisconsin.
5. **Budge, S.L.** (2020, September). *Recruiting LGBTQ populations.* Symposium for Research Administrators. Madison, Wisconsin.
6. **Budge, S.L.** (2020, September). *Best practices for conducting research with LGBTQ populations.* Institute for Clinical and Translational Research training for researchers at the University of Wisconsin-Madison. Madison, Wisconsin.
7. **Budge, S.L.** (2019, April). *Trans affirmative therapy: Therapy for trans and nonbinary clients beyond the "101."* Workshop provided at the Wisconsin LGBTQ Health Summit, Madison, Wisconsin.
8. Guo, E., Mauk, E., & **Budge, S.L.** (2018, November). *Minority stress interventions in a psychotherapy pilot trial for transgender clients.* Paper presented at the Annual Meeting for the Wisconsin Counseling Association, Madison, Wisconsin.
9. **Budge. S.L.** (2018, November). *Mental Health and Wellbeing: Trans, Nonbinary, and Gender Nonconforming People.* Paper presented at the Annual Midwest Family Medicine Conference, Madison, Wisconsin.
10. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisqueer Conference, Madison, Wisconsin.
11. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (April 2018). *Trans youth needs assessment survey results: Nonmetropolitan-metropolitan differences in perceived safety at school for Wisconsin trans and nonbinary youth.* Poster presented at the 2018 Wisconsin Psychological Association Convention, Appleton, Wisconsin.
12. **Budge, S.L.** & Bostford, J. (February, 2018). *Trans experiences in Mental Health.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.
13. Dyer, R. L., **Budge, S. L.,** Botsford, J., Andert, B., Rehm, J., & Allen, B. (February 2018). *Supporting trans youth in rural Wisconsin.* Symposium presented at the 2018 Wisconsin LGBTQ Summit, Milwaukee, Wisconsin.
14. **Budge, S.L.** (2017, September). *Transgender individuals and minority stress: The past, present, and future.* Research talk presented for the UW Department of Psychology Diversity series.

Stephanie Budge CV 2023

15. **Budge, S.L.** and Karcher, O. (2017, May). *Supporting trans youth and their mental health needs, Part 2.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

16. **Budge, S.L.** (2016, October). *Supporting trans youth and their mental health needs.* Paper presented at the Supporting Trans and Gender Expansive Youth conference, Madison, Wisconsin.

17. **Budge, S.L.** (2013, November). *Incorporating an IPT approach with transgender clients.* Paper presented at the Annual Kentucky Psychological Association Conference, Lexington, Kentucky.

18. **Budge, S.L.** (2013, April). *Using interpersonal therapy with transgender clients.* Workshop provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.

19. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

20. Orovecz, J., Thai, J.L., & **Budge, S.L.** (2013, April).  *"I'm stoked about life": The emotional processes of trans men through a qualitative lens.*  Poster presented at the Spring Research Conference, Lexington, Kentucky.

21. Rossman, K. & **Budge, S.L.** (2013, April). *Genderqueer individuals' mental health concerns: The relationship between social support and coping.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

22. Barr, S. M. & **Budge, S. L.** (2013, April). *The role of identity integration in the emotional well-being of post-transition individuals.* Poster presentation at the Spring Research Conference, Lexington, Kentucky.

23. Rossman, K. & **Budge, S.L.** (2013, June). *Just the fact that I commanded that respect - I got the privilege: Qualitative examination of privilege in the trans community.* Paper presented at the Spring Research Conference, Lexington, Kentucky.

24. Keller, B.L., Barr, S.M., & **Budge, S. L.** (2013, April). "*For every bad, there's 40 good things that happen": A qualitative approach to understanding the positive emotional experiences of trans women.* Poster presentation at the Spring Research Conference, Lexington, Kentucky.

25. Orovecz, J., Thai, J.L., & **Budge, S.L.**  (2013, April).  "*I'm stoked about life": The emotional processes of trans men through a qualitative lens.* Presented at the Spring Research Conference, Lexington, Kentucky.

26. Orovecz, J., Thai, J.L., & **Budge, S.L.**  (2013, March).  "*I'm me, and I'm proud to be me": A grounded theory analysis of trans men's emotional processes.*  Presented at the Kentucky Psychological Association Foundation Spring Academic Conference, Louisville, Kentucky.

27. Eleazer, J. R. & **Budge, S. L.** (2013, March).  "*It would be better for them to have a dead hero for a father than a freak:" Suicidality and trans military service.* Poster presented at the Kentucky Psychological Association Spring Academic Conference, Louisville, Kentucky.

28. Sinnard, M., Rossman, K., & **Budge, S. L.** (2013, March). *Positive emotional experiences of gender non-binary identified individuals.* Poster presentation at the Kentucky Psychological Association Student Research Conference, Louisville, Kentucky.

Stephanie Budge CV 2023

29. Barr, S.M., Stahl, A., Manthos, M., & **Budge, S.L.** (2012, November). *"It means there aren't rules and you don't have to ascribe to a specific binary": A qualitative examination of genderqueer identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

30. Thai, J.L., Orovecz, J., & **Budge, S.L.** (2012, November). *Trans men and positivity: Emotional processes related to identity.* Paper presented at the Chicago LGBTQ Health and Wellness Conference, Chicago, Illinois.

31. **Budge, S.L.,** Barr, S.M., Orovecz, J., & Rossman, H.K. (2012, November). *Clinical work with LGBT youth.* Workshop provided at the Annual Kentucky Psychological Association Conference, Louisville, Kentucky.

32. **Budge, S.L.,** Lee, S., & Monahan-Rial, V. (2011, February). *Bridging institutional gaps: Utilizing transgender-affirmative therapy with college students.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

33. Lee, J., **Budge, S.L.,** Wilson, J.L., & Roper, J.M. (2011, February). *The Korean Conundrum: Managing stigma in the recruitment of group counseling members.* Workshop presented at the Annual Meeting for the Big 10 College Counseling Center Conference, Minneapolis, Minnesota.

34. **Budge, S.L.** & Katz-Wise, S.L. (2010, February). *Transition to adulthood: Developmental steps for transgender individuals.* Workshop presented at the Conference on Transgender and Gender Variant Youth, Madison, Wisconsin.

35. **Budge, S.L.** (2009, October). *Individualized Learning Plans: Parent, student, and educator focus groups.* Paper presented at the Fall Institute for the National Collaborative on Workforce and Disability/Youth, Charleston, South Carolina.

## KEYNOTE AND INVITED PRESENTATIONS

1. **Budge, S.L.** & Hamer, J. (2022, December). Diversity Management Strategies to Improve Cross-Cultural and Intercultural Communication in Research Teams. Invited training to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

2. **Budge, S.L.** (2022, November). Community-Based Research: A Step-By-Step Guide to Starting and Implementing Research Team and Community Feedback. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

3. **Budge, S.L.** (2022, October). Community-centered mental health. Workshop provided to LGBTQ+ Health Fellows in the School of Medicine and Public Health, University of Wisconsin-Madison, Madison, WI.

4. **Budge, S.L.** (2022, October). Barriers and Successful Outcomes in Recruiting Participants for Clinical Trial Research. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

5. **Budge, S.L.** (2022, October). Lessons learned from being an expert witness in discrimination trials. Invited talk University of Wisconsin-Madison Law School, University of Wisconsin-Madison, Madison, Wisconsin.

6. **Budge, S.L.** (2022, October). LGBTQ+ Advocacy and Activism in Psychology. Invited talk at Clark University, Worcester, Massachusetts.

Stephanie Budge CV 2023

7. **Budge, S.L.** (2022, October). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial. Invited talk at Arizona State University, Tempe, Arizona.

8. **Budge, S.L.** & Tebbe, E.A. (2022, July). Attending to internalized stigma in psychotherapy with Two Spirit, Transgender, and Nonbinary Clients. Workshop provided to Sondermind Therapy. Virtual workshop.

9. **Budge, S.L.** (2022, July). Best practices in supporting trans and nonbinary youth. School of Education Early Career Institute, University of Wisconsin-Madison, Madison, Wisconsin.

10. **Budge, S.L.,** (2022, April). Reducing barriers to accessing mental health care for Two Spirit, trans, and nonbinary people of color: An open clinical trial building upon lessons learned. Invited talk to the Center for Innovations in Quality, Effectiveness, and Safety at the Houston Veterans Affairs, Houston, Texas.

11. **Budge, S.L.,** (2022, April). Conducting psychotherapy research with transgender and nonbinary populations: CBPR Methods and Lessons Learned. University of Arkansas Department of Psychiatry and Behavioral Sciences and South Central MIRECC for Veterans Affairs, Little Rock, Arkansas.

12. **Budge, S.L.** (2022, April). Queering networking. Workshop provided by the APA Division 44 Science Committee. Virtual workshop.

13. **Budge, S.L.** (2022, April). Queering research. Workshop provided by the APA Division 44 Science Committee. Virtual.

14. **Budge, S.L.** (2022, April). Providing evidence-based psychotherapy to transgender and nonbinary clients: Beyond the basics. Keynote presented at the Kentucky Psychological Association conference in Louisville, KY.

15. **Budge, S.L.** Dominguez, Jr., S., & Lee, J. (2022, March). Providing trans affirming care to youth. Intern seminar at the Wisconsin Psychiatric Institute and Clinics, University of Wisconsin-Madison.

16. **Budge, S.L.,** Dominguez Jr., S., & Norton, M. (2022, February). Incorporating radical healing and addressing internalized transnegativity in psychotherapy for transgender, Two Spirit, and nonbinary people of color: A community-based participatory research approach. Workshop provided to the School Psychology Department, University of Wisconsin-Madison.

17. Tebbe, E.A. & **Budge, S.L.** (2022, January). LGBTQ identity development in young people. Training provided to the Central Wisconsin Health Partnership, Appleton, Wisconsin.

18. **Budge, S.L.** (2021, February). Conducting psychotherapy research with trans and nonbinary populations. Presented to the Counseling Psychology department at the University of British Columbia, Vancouver, Canada.

19. **Budge, S.L.** & Dominguez, S. Jr. (2019, November). *Mental health care for transgender, nonbinary, and gender nonconforming clients.* Presented to practitioners at Group Health Cooperative Insurance, Madison, Wisconsin.

20. **Budge, S.L.,** Dominguez, S.Jr., Mauk, E., & Sweetnam, M. (2018, October). *School of Education: At the forefront of transgender studies.* Presented to the Board of Visitors at the School of Education—University of Wisconsin-Madison.

Stephanie Budge CV 2023

21. **Budge, S.L.** & <u>Mauk, E.</u> (2017, May). *Health and well-being of LGBTQ students: Lessons learned and recommendations for educators*. Invited presentation at the CESA Conference, Madison, Wisconsin.
22. **Budge, S.L.** (2016, March). *The construction of gender identity as "disordered": A critical examination of mental health using trans narratives.* Invited presentation at the Women's and Gender Studies Forum at the University of Florida, Gainesville, Florida.
23. **Budge, S.L.** (2016, March). *Understanding, acknowledging, and responding to LGBTQ microaggressions in health care settings.* Keynote provided at the Florida Area Health Education Center, Gainesville, Florida.
24. **Budge, S.L.** (2014, September). *Positivity in trans populations: Implications for vocational psychology.* Boston University, Boston, Massachusetts.
25. **Budge, S.L.** (2013, April). *Future directions for research and therapy with trans and gender diverse individuals.* Keynote provided at the Annual University of Florida Interdisciplinary Conference on LGBT Issues.
26. **Budge, S.L.** *(*2013, March*). The psychology of sexual orientation and gender identity: future directions and implications.* Keynote provided at the East Texas Psi Chi Student Research Conference, Tyler, Texas.

## NATIONAL RESEARCH BRIEFINGS

1. **Budge, S.L.,** & Solberg, V.S., (2010, March) *Career exploration and the use of career narrative data for high school students' career exploration processes: A United States sample.* Research briefing presented at the Department of Labor, Washington, D.C.
2. **Budge, S.L.,** Solberg, V.S., & Phelps, A.L. (2010, March) *Individualized Learning Plans within a community-oriented approach: The usefulness of focus group data with parents, teachers, and students.* Research briefing presented at the Department of Labor, Washington, D.C.

## INTERNATIONAL RESEARCH BRIEFINGS

1. **Budge, S.L.,** & Solberg, V.S., (2010, February) *A three-tiered approach to analyze the career decision making processes using focus group data with Singaporean parents, students, and staff.* Research briefing presented at the Ministry of Education, Singapore.
2. **Budge, S.L.,** & Solberg, V.S., (2010, February) *Use of narrative analysis for high school students' career exploration processes: A Singapore Sample.* Research briefing presented at the Ministry of Education, Singapore.

## BLOGS

Paquin, J., Tao, K., & **Budge, S.L. (2020).** *Is psychotherapy effective for everyone?.* *https://www.apa.org/pubs/highlights/spotlight/issue-192*

**Budge, S.L.** (2015). *Critical considerations in writing letters for trans clients.* https://societyforpsychotherapy.org/critical-considerations-in-writing-letters-for-trans-clients/

Stephanie Budge CV 2023

## PROFESSIONAL SERVICE

**Associate Editor**
*Psychotherapy*                                                    **1/2014 – 1/2022**
*Psychology of Sexual Orientation and Gender Diversity*       **8/2020 -- current**

**Guest Editor of Special Sections**
*Psychotherapy*                                                    **5/2019**
*Journal of Counseling Psychology*                                 **12/2017**
*Psychology of Sexual Orientation and Gender Diversity*       **12/2017**
*Psychotherapy*                                                    **9/2016**

**Editorial Board**
*Psychotherapy*                                                    **1/2011 – 12/2013**
*Archives of Sexual Behavior*                                      **1/2014 – 12/2016**
*Psychology of Sexual Orientation and Gender Diversity*       **1/2016 – 8/2020**
*International Journal of Transgender Health*                      **1/2016 – current**
*LGBTQ+ Family: An Interdisciplinary Journal*                      **9/2022 - current**

**Ad Hoc Reviewer:** Journal of Consulting and Clinical Psychology, Clinical Psychology Review, Journal of Counseling Psychology, The Counseling Psychologist, Feminism and Psychology, Psychology of Religion and Spirituality, Psychology of Women Quarterly, Journal of GLBT Family Issues, BioMed Central Journal, The Cognitive Behavior Therapist, Psychotherapy Research, Routledge Publishers, Harvard University Press, Family Process

## Leadership in Professional Organizations

**Co-Chair of Division 17 Special Task Group**                   **8/2019 – 8/2020**
 "Building a Trans and Nonbinary Pipeline into Counseling Psychology." This special task group included giving a free webinar about increasing access for trans and nonbinary students into doctoral psych programs, creating a curriculum guide for psychology courses, and supporting a research project that focused on trans and nonbinary students' experiences in counseling psychology programs

**Co-Chair of Division 44 Science Committee**                    **8/2011 – 8/2021**
Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)

## Membership in Professional Organizations

American Psychological Association (APA)
- Society of Counseling Psychology (Division 17)
- Division of Psychotherapy (Division 29)
- Society for the Psychological Study of Lesbian, Gay, Bisexual, and Transgender Issues (Division 44)

World Professional Association for Transgender Health (WPATH)