1    Colin Proksel (034133)
2    OSBORN MALEDON, P.A.
     2929 North Central Avenue, 21st Floor
3    Phoenix, Arizona 85012-2793
     State Bar No. 034133
4    Telephone:     (602) 640-9000
5    Facsimile:      (602) 640-9050
     Email:         cproksel@omlaw.com
6
     *Attorney for Plaintiffs*
7
     *Additional counsel listed on following page*
8

9                    **UNITED STATES DISTRICT COURT**
                     **FOR THE DISTRICT OF ARIZONA**
10                          **TUCSON DIVISION**

11   Jane Doe, by her next friend and parents          Case No. _____
12   Helen Doe and James Doe; and Megan Roe,
     by her next friend and parents, Kate Roe and      **DECLARATION OF DR. DANIEL**
13   Robert Roe,                                        **SHUMER, M.D., MPH, IN SUPPORT OF**
                                                        **PLAINTIFFS' MOTION FOR A**
14                    Plaintiffs,                       **PRELIMINARY INJUNCTION AND**
                                                        **PLAINTIFFS' MOTION TO PROCEED**
15        v.                                            **UNDER A PSEUDONYM**
16
     Thomas C. Horne in his official capacity as
17   State Superintendent of Public Instruction;
     Laura Toenjes, in her official capacity as
18   Superintendent of the Kyrene School
     District; Kyrene School District; The
19   Gregory School; and Arizona Interscholastic
     Association Inc.,
20
21                    Defendants.
22

23

24

25

26

27

28

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Pro hac vice application forthcoming

I, Daniel Evan Shumer, M.D., declare as follows:

1.      I submit this expert declaration based upon my personal knowledge.

2.      If called to testify in this matter, I would testify truthfully based on my expert opinion.

## Qualifications and Experience

3.      I am a Pediatric Endocrinologist and Medical Director of the Comprehensive Gender Services Program at Michigan Medicine, University of Michigan. I also serve as the Clinical Director of Child and Adolescent Gender Services at C.S. Mott Children's Hospital, and as an Assistant Professor of Medicine at the University of Michigan, where the major focus of my clinical and research work pertains to transgender adolescents. A true and correct copy of my curriculum vitae is attached hereto as **Exhibit A**.

4.      I received my medical degree from Northwestern University in 2008.  After completing a residency in pediatrics at Vermont Children's Hospital, Fletcher Allen Health Care, University of Vermont, I began a clinical fellowship in pediatric endocrinology at Harvard University's Boston Children's Hospital. During that clinical fellowship, I completed a Master of Public Health from Harvard University's T.H. Chan School of Public Health. I finished both the fellowship and my MPH degree in 2015.

5.      As a fellow at Harvard, I was mentored by Dr. Norman Spack, a pioneer in transgender medicine who established the Gender Management Services Clinic (GeMS), the first major program in the U.S. to focus on gender-diverse and transgender adolescents. GeMS is located at Boston Children's Hospital. Working at GeMS, I became a clinical expert in the field of transgender medicine within pediatric endocrinology and began conducting research on gender identity and the evaluation and management of transgender children and adolescents.

6.      Based on my work at GeMS, I was recruited to establish a similar program focusing on gender-diverse and transgender children and adolescents at the C.S. Mott

1    Children's Hospital. In October 2015, I founded the hospital's Child and Adolescent
2    Gender Services Clinic.

3        7.    The Child and Adolescent Gender Services Clinic has treated over 600
4    patients since its founding. I have personally evaluated and treated over 400 patients for
5    gender dysphoria. As the Clinical Director, I oversee the clinical practice, which includes
6    four other physicians, two clinical social workers, and nursing and administrative staff. I
7    also actively conduct research related to transgender medicine and mental health
8    concerns specific to transgender youth.

9        8.    In addition to my work with transgender children and adolescents, I also
10   treat children and adolescents with differences of sex development ("DSD"), commonly
11   referred to as intersex conditions. I participate in the DSD Clinic's monthly meetings and
12   approximately 5% of my patients are children and adolescents with DSDs.

13       9.    My academic duties as an assistant professor include teaching lectures
14   entitled "Puberty," "Transgender Medicine," and "Pediatric Growth and Development."
15   I am also the Director of the Transgender Medicine elective for the University of
16   Michigan Medical School.

17       10.   My recent publications include *Health Disparities Facing Transgender and
18   Gender Nonconforming Youth Are Not Inevitable*, Pediatrics, 141(3), 1–2 (2018);
19   *Psychological Profile of the First Sample of Transgender Youth Presenting for Medical
20   Intervention in a U.S. Pediatric Gender Center*, Psych. Sexual Orientation & Gender
21   Diversity, 4(3), 374–82 (2017); *The Effect of Lesbian, Gay, Bisexual, and Transgender-
22   Related Legislation on Children*, J. Pediatrics, 178(5-6.e1), 5–7 (2016); *Advances in the
23   Care of Transgender Children and Adolescents*, Advances Pediatrics, 63(1), 79-102
24   (2016); *The Role of Assent in the Treatment of Transgender Adolescents*, Int'l J.
25   Transgenderism, 16(2), 97-102 (2015); and *Serving Transgender Youth: Challenges,
26   Dilemmas, and Clinical Examples*, Professional Psychology: Research and Practice,
27   46(1), 37–45 (2015). I have also co-authored chapters of textbooks, including "Medical

28

4

Treatment of the Adolescent Transgender Patient" in *Gender Affirmation: Medical and Surgical Perspectives* (Christopher J. Salgado et al. eds., 2016). A listing of my publications is included in my curriculum vitae in **Exhibit A**.

11.     I have been invited to speak at numerous hospitals, clinics, and conferences on topics related to clinical care and standards for treating transgender children and youth. For example, in December 2017 I spoke at the Nursing Unit (12-West) Annual Educational Retreat in Michigan on the topic of "Gender Identity at the Children's Hospital," and in October 2017, I planned, hosted, and spoke at a conference in Michigan entitled "Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff."

12.     In October 2019, I was invited by the Michigan Organization on Adolescent Sexual Health to speak to community groups across Southeast Michigan on the topic of "Gender Identity in Adolescents—Supporting Transgender Youth." A listing of my lectures is included in my curriculum vitae in **Exhibit A**.

13.     I belong to a number of professional organizations and associations relating to (i) the health and well-being of children and adolescents, including those who are transgender; and (ii) appropriate medical treatments for transgender individuals. For example, I am currently a member of the Pediatric Endocrine Society where I serve on the Gender Identity Special Interest Group's Education Committee, and the World Professional Association for Transgender Health ("WPATH"), an international multidisciplinary professional association to promote evidence-based care, education, research, advocacy, public policy, and respect in transgender health. Both organizations are central in the development of the standards of care for the treatment of gender dysphoria. A complete list of my involvement in various professional associations is located in my curriculum vitae in **Exhibit A**.

14.     In preparing this declaration, I reviewed the text of Senate Bill 1165 ("SB 1165") at issue in this matter. I also relied on my scientific education and training, my

research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on these subjects. I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

15.     I have not met or spoken with the Plaintiffs or their parents for purposes of this declaration. My opinions are based solely on the information that I have been provided by Plaintiffs' attorneys as well as my extensive background and experience treating transgender patients.

16.     In the past four years, I have been retained as an expert and provided testimony on behalf of transgender plaintiffs in the following cases: *Dekker v. Weida*, No. 4:22-cv-00325-RH-MAF (N.D. Fla.); *Boe v. Marshall*, No. 2:22-cv-00184-LCB-CWB (M.D. Ala.); *Roe v. Utah High Sch. Activities Ass'n*, No. 220903262 (3d Jud. Dist. in and for Salt Lake County, Utah); *Menefee v. City of Huntsville Bd. of Educ.*, No. 5:18-cv-01481-LCB (N.D. Ala.); *Flack v. Wis. Dep't of Health Servs.*, No. 3:18-cv-00309-wmc (W.D. Wis.); *Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ.*, No. 2:16-cv-00943-PP (E.D. Wis.). I also provided expert witness testimony on behalf of a parent in a custody dispute involving a transgender child in the following case: *In the Interest of Younger*, No. DF-15-09887 (Dallas County, Tex.) and have been retained on a case in Arizona related to gender identity and legal documentation of sex.

17.     I am being compensated at an hourly rate for the actual time that I devote to this case, at the rate of $300 per hour for any review of records, preparation of reports, or declarations. I will be compensated with a day rate of $1920 for deposition and trial testimony. My compensation does not depend on the outcome of this litigation, the opinions that I express, or the testimony that I provide.

6

**Medical and Scientific Background on Gender Identity and Gender Dysphoria**

18.    "Gender identity" is the medical term for a person's internal, innate sense of belonging to a particular sex. Everyone has a gender identity.

19.    A person's gender identity has a strong biological basis, although the precise causal mechanism is not yet known. Research suggests that differences in prenatal hormonal exposures, genetic factors, and brain structural differences may all contribute.

20.    The terms "gender role" and "gender identity" refer to different things.

21.    Gender roles are behaviors, attitudes, and personality traits that a particular society considers masculine or feminine, or associates with male or female social roles. For example, the convention that girls wear pink and have longer hair, or that boys wear blue and have shorter hair, are socially constructed gender roles from a particular culture and historical period.

22.    By contrast, gender identity does not refer to socially contingent behaviors, attitudes, or personality traits. It is an internal and largely biological phenomenon.

23.    A person's gender identity is innate and cannot be changed by medical or psychological intervention.

24.    Living consistently with one's gender identity is critical to the health and well-being of any person, including transgender people.

25.    Attempts to "cure" transgender individuals by forcing their gender identity into alignment with their birth sex are harmful and ineffective. Those practices have been denounced as unethical by all major professional associations of medical and mental health professionals, such as the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, and the American Psychological Association, among others.

26.    From a medical perspective, a person's sex is comprised of several components, including, among others, internal reproductive organs, external genitalia,

chromosomes, hormones, gender identity, and secondary-sex characteristics. Diversity and incongruence in these components of sex are a naturally occurring source of human biological diversity.

27.     When a child is born, a healthcare provider designates the child's sex as male or female based on the child's observable anatomy. For most people, that initial designation (often referred to as "assigned sex") turns out to be consistent with the person's gender identity. For a transgender person, however, that initial designation turns out to be inaccurate because it does not reflect the person's gender identity.

28.     Due to the incongruence between their assigned sex and gender identity, transgender people experience varying degrees of gender dysphoria, a serious medical condition recognized in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-5") and the World Health Organization's *International Classification of Diseases* ("ICD-10"), where it is referred to as "gender incongruence." Gender dysphoria is highly treatable and can be effectively managed. If left untreated, however, it can result in severe anxiety and depression, eating disorders, substance abuse, self-harm, and suicidality.

29.     When transgender adolescents are provided with appropriate medical treatment and have parental and social support, they can thrive and grow into healthy adults.

## The Medical Treatment of Gender Dysphoria in Adolescents

30.     The goal of medical treatment for transgender patients is to alleviate their distress by allowing them to live consistently with their gender identity. Research and clinical experience have consistently shown the medical treatments for gender dysphoria to be safe and effective.

31.     The prevailing standards of care for the treatment of gender dysphoria are developed by WPATH. The WPATH Standards of Care represent expert consensus for clinicians related to medical care for transgender people, based on the best science and

8

clinical experience. The WPATH Standards of Care were first published in 1979, more than four decades ago, and have been continually updated to reflect new knowledge and research. These standards have been endorsed by the major professional associations of medical and mental health providers in the United States, including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, and the Pediatric Endocrine Society.

32.    The Endocrine Society is a 100-year-old global membership organization representing professionals in the field of adult and pediatric endocrinology. In 2017, the Endocrine Society published clinical practice guidelines on treatment recommendations for the medical management of gender dysphoria, in collaboration with the Pediatric Endocrine Society, the European Societies for Endocrinology and Pediatric Endocrinology, and WPATH, among others.

33.    Together, the WPATH Standards of Care and the Endocrine Society's clinical practice guidelines establish the prevailing standards governing the healthcare and treatment of gender dysphoria in both youth and adults.

34.    Undergoing treatment to alleviate gender dysphoria is commonly referred to as transition. The transition process typically includes one or more of the following three components: (i) social transition, including adopting a new name, pronouns, appearance, and clothing, and correcting identity documents; (ii) medical transition, including puberty-delaying medication and hormone-replacement therapy; and (iii) for adults, surgeries to alter the appearance and functioning primary- and secondary-sex characteristics. Surgery is rarely indicated for transgender minors.

35.    At the onset of puberty, adolescents diagnosed with gender dysphoria may be prescribed puberty-delaying medications to prevent the distress of developing physical characteristics that conflict with the adolescent's gender identity. For example, a transgender girl will experience no progression of physical changes caused by

testosterone, including male muscular development, facial and body hair, an Adam's apple, or masculinized facial structures. And in a transgender boy, puberty-blocking medication will prevent breast development, menstruation, and widening of the hips.

36.     Thereafter, the treating provider may prescribe cross-sex hormones to induce the puberty associated with the adolescent's gender identity. This treatment is referred to as hormone therapy. The result of this treatment is that a transgender boy typically has the same levels of circulating testosterone as other boys. Similarly, a transgender girl who receives hormone therapy will typically have the same levels of circulating estrogen and testosterone levels as other girls and significantly lower than boys who have begun pubertal development.

## Sports and Gender

37.     Being transgender is not an accurate proxy for athletic performance or ability. Sex chromosomes and genitals alone do not meaningfully affect athletic performance.

38.     Before puberty, there are no significant differences in athletic performance between boys and girls. After puberty, boys perform better on average than girls in most athletic competitions.

39.     The biological driver of these average group differences is testosterone, not anatomy or genetics. Both boys and girls produce testosterone. After puberty, however, boys produce much higher levels of testosterone than girls, which results in increased muscle mass and muscle strength. As a result, post-pubertal boys and men have an athletic advantage over girls and women in many sports. *See*, *e.g.*, David J. Handelsman, et al., *Circulating Testosterone as the Hormonal Basis of Sex Differences in Athletic Performance*, 39 Endocrine Revs. 803–29 (2018).

40.     Setting aside the narrow category of individuals with DSDs,[1] the ranges of

---

[1]     DSD includes a group of congenital conditions associated with atypical development of internal and external genital structures. These conditions are caused by variations in genes,

testosterone in males and females do not overlap with each other.

41.     There are transgender girls and women who have testosterone in the female range because they are receiving hormone therapy or because, as a result of receiving puberty-blocking medication, they never have gone through male puberty.

42.     The fact that a girl is transgender, in itself, does not indicate that she has any athletic advantage over other girls.

**<u>Plaintiffs and Arizona's Ban on Transgender Girls in Sports</u>**

43.     There is no medical justification for Arizona to exclude Plaintiffs from girls' interscholastic athletics because they are transgender.

44.     Plaintiffs' attorneys have explained to me that Plaintiff Jane Doe is an 11-year-old transgender girl who was diagnosed with gender dysphoria when she was about seven years old and has lived her life as a girl since that time.

45.     As part of her medical treatment for gender dysphoria, Jane's doctors have determined that she has not yet started puberty. As a result, Jane has not experienced any of the physiological changes that increased testosterone levels would cause in a pubescent boy.

46.     Plaintiffs' attorneys have explained to me that Plaintiff Megan Roe is a 15-year-old transgender girl who was diagnosed with gender dysphoria when she was about 10 years old and has lived as a girl since that time.

47.     As part of her medical treatment for gender dysphoria, Megan started to receive puberty-blocking medication when she was 11 years old after clinical documentation of the initial signs of puberty. This medication prevented her from undergoing male puberty. Megan then started to receive hormone therapy when she was 12 years old. As a result, she has not experienced any of the physiological changes, including muscle development, that increased testosterone levels would cause in a

development in utero, or hormones. Some women who have certain disorders of sexual development may produce levels of testosterone that are typically seen only in men.

1    pubescent boy. Instead, the hormone therapy she has received has caused her to develop
2    many of the physiological changes associated with puberty in females.

3         48.    SB 1165 suggests that biological "sex is determined at [fertilization] and
4    revealed at birth or . . . *in utero*." S.B. 1165, 55th Leg., 2d Reg. Sess. (Ariz. 2022), § 2.

5         49.    By suggesting sex to mean only biological sex determined at fertilization
6    and revealed in utero or at birth, Arizona prevents Plaintiffs from participating on girls'
7    teams because they are transgender girls. But the biological driver of average differences
8    in athletic performance between men and women is circulating testosterone—not a
9    person's transgender status or their biological sex determined at fertilization and revealed
10   in utero or at birth. A person's genetic makeup and anatomy at birth alone are not reliable
11   indicators of athletic performance.

12        50.    Because both Jane and Megan have not experienced increased testosterone
13   levels that accompany male puberty, they do not have the biological characteristics that
14   would cause them to have an athletic advantage over other girls in some sports.

15        51.    In addition, requiring Plaintiffs to participate on a boys' team would
16   conflict with the standards of care for treating gender dysphoria in adolescents. Such a
17   requirement would be harmful to Plaintiffs' mental, emotional, and physical health.

18        52.    I declare under criminal penalty under the laws of Arizona that the
19   foregoing is true and correct.

20        Signed on the 4th day of April, 2023, in Ann Arbor, Michigan.

22                                                Daniel Shumer, M.D.

# EXHIBIT A

## Daniel Shumer, MD MPH

Clinical Associate Professor in Pediatrics - Endocrinology

Email: dshumer@umich.edu

## EDUCATION AND TRAINING

### Education

| | |
|---|---|
| 08/2000-08/2003 | BA, Northwestern University, Evanston, United States |
| 08/2004-05/2008 | MD, Northwestern University, Feinberg School of Medicine, Chicago, United States |
| 07/2013-05/2015 | MPH, Harvard T.H. Chan School of Public Health, Boston, United States |

### Postdoctoral Training

| | |
|---|---|
| 06/2008-06/2011 | Residency, Pediatrics, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT |
| 07/2011-06/2012 | Chief Resident, Chief Resident, Vermont Children's Hospital at Fletcher Allen Health Care, Burlington, VT |
| 07/2012-06/2015 | Clinical Fellow, Pediatric Endocrinology, Boston Children's Hospital, Boston, MA |

## CERTIFICATION AND LICENSURE

### Certification

| | |
|---|---|
| 10/2011-Present | American Board of Pediatrics, General |

### Licensure

| | |
|---|---|
| | Michigan, Medical License |
| | Michigan, Controlled Substance |
| 08/2015-Present | Michigan, Medical License |

09/2015-Present    Michigan, DEA Registration

09/2015-Present    Michigan, Controlled Substance

**WORK EXPERIENCE**

<u>**Academic Appointment**</u>

10/2015-9/2022    Clinical Assistant Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor

09/2022-Present    Clinical Associate Professor in Pediatrics - Endocrinology, University of Michigan - Ann Arbor, Ann Arbor

<u>**Administrative Appointment**</u>

07/2019-Present    Fellowship Director - Pediatric Endocrinology, Michigan Medicine, Department of Pediatrics, Ann Arbor

07/2020-Present    Medical Director of the University of Michigan Comprehensive Gender Services Program, Michigan Medicine, Ann Arbor

*Oversee the provision of care to transgender and gender non-conforming patients at Michigan Medicine.*

07/2020-Present    Education Lead - Pediatric Endocrinology, University of Michigan - Department of Pediatrics, Ann Arbor

<u>**Clinical Appointments**</u>

04/2022-05/2023    Medical Director in UMMG Faculty Benefits Appt., University of Michigan - Ann Arbor, Ann Arbor

<u>**Private Practice**</u>

08/2013-09/2015    Staff Physician, Harvard Vanguard Medical Associates, Braintree

**RESEARCH INTERESTS**

- Gender dysphoria

- Prader Willi Syndrome

**CLINICAL INTERESTS**

- Gender dysphoria

- Disorders of Sex Development

- Prader Willi Syndrome

**GRANTS**

**Past Grants**

*A Phase 2b/3 study to evaluate the safety, tolerability, and effects of Livoletide (AZP-531), an unacylated ghrelin analog, on food-related behaviors in patients with Prader-Willi syndrome*
PI
Millendo Therapeutics
04/2019 - 04/2021

**HONORS AND AWARDS**

**National**

| | |
|---|---|
| 2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology: competition winner - The Role of Assent in the Treatment of Transgender Adolescents |

**Institutional**

| | |
|---|---|
| 2012 - 2015 | Harvard Pediatric Health Services Research Fellowship; funded my final two years of pediatric endocrine fellowship and provided tuition support for my public health degree |

| 2016 | The University of Michigan Distinguished Diversity Leaders Award, awarded by The Office of Diversity, Equity and Inclusion to the Child and Adolescent Gender Services Team under my leadership |
| 2019 | Lecturer of the Month, Department of Pediatrics, Michigan Medicine |

## TEACHING MENTORSHIP

### <u>Resident</u>

| 07/2020-Present | Rebecca Warwick, Michigan Medicine (co-author on publication #22) |

### <u>Clinical Fellow</u>

| 07/2017-06/2020 | Adrian Araya, Michigan Medicine (co-author on publication #22, book chapter #4) |
| 12/2020-Present | Jessica Jary, Michigan Medicine - Division of Adolescent Medicine |

### <u>Medical Student</u>

| 09/2017-06/2020 | Michael Ho, Michigan Medicine |
| 07/2019-Present | Hadrian Kinnear, University of Michigan Medical School (co-author on book chapter #3, abstract #3) |
| 07/2019-Present | Jourdin Batchelor, University of Michigan |

## TEACHING ACTIVITY

### <u>Regional</u>

| 08/2018-Present | Pediatric Boards Review Course sponsored by U-M: "Thyroid Disorders and Diabetes". Ann Arbor, MI |

4

**Institutional**

| | |
|---|---|
| 12/2015-12/2015 | Pediatric Grand Rounds: "Transgender Medicine - A Field in Transition". Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Medical Student Education: Panelist for M1 Class Session on LGBT Health, Doctoring Curriculum. Michigan Medicine, Ann Arbor, MI |
| 02/2016-02/2016 | Psychiatry Grand Rounds: "Transgender Medicine - A Field in Transition". Michigan Medicine, Ann Arbor, MI |
| 03/2016-03/2017 | Pharmacy School Education: "LGBT Health".  University of Michigan School of Pharmacy, Ann Arbor, MI |
| 04/2016-Present | Course Director: Medical Student (M4) Elective in Transgender Medicine. Michigan Medicine, Ann Arbor, MI |
| 04/2016-04/2016 | Rheumatology Grand Rounds: "Gender Identity". Michigan Medicine, Ann Arbor, MI |
| 05/2016-05/2016 | Lecture to Pediatric Rheumatology Division: "Gender Dysphoria". Michigan Medicine, Ann Arbor, MI |
| 07/2016-07/2016 | Internal Medicine Resident Education: "Gender Identity". Michigan Medicine, Ann Arbor, MI |
| 09/2016-09/2016 | Presentation to ACU Leadership: "Gender Identity Cultural Competencies". Michigan Medicine, Ann Arbor, MI |
| 10/2016-10/2016 | Presentation to Department of Dermatology: "The iPledge Program and Transgender Patients". Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Swartz Rounds Presenter. Michigan Medicine, Ann Arbor, MI |
| 02/2017-02/2017 | Lecture to Division of General Medicine: "Transgender Health". Michigan Medicine, Ann Arbor, MI |

5

| 02/2017-02/2017 | Presentation at Collaborative Office Rounds: "Transgender Health". Michigan Medicine, Ann Arbor, MI |
| 10/2017-10/2017 | Family Medicine Annual Conference: "Transgender Medicine". Michigan Medicine, Ann Arbor, MI |
| 12/2017-12/2017 | Presenter at Nursing Unit 12-West Annual Educational Retreat: "Gender Identity at the Children's Hospital". Michigan Medicine, Ann Arbor, MI |
| 02/2018-Present | Pediatrics Residency Lecturer: "Puberty". Michigan Medicine, Ann Arbor, MI |
| 02/2019-Present | Medical Student (M1) Lecturer: "Pediatric Growth and Development". Michigan Medicine, Ann Arbor, MI |
| 02/2019-Present | Doctors of Tomorrow Preceptor: offering shadowing opportunities to students from Cass Technical High School in Detroit. Michigan Medicine, Ann Arbor, MI |
| 03/2019-03/2019 | Lecture to Division of Orthopedic Surgery: "Transgender Health". Michigan Medicine, Ann Arbor, MI |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| 2012 - Present | Pediatric Endocrine Society |

## COMMITTEE SERVICE

### National

| 2014 - 2016 | Pediatric Endocrine Society - Ethics Committee, Other, Member |
| 2017 - present | Pediatric Endocrine Society - Special Interest Group on Gender Identity, Other, Member |
| 2018 - present | Pediatric Endocrine Society - Program Directors Education Committee, Other, Member |

**Regional**

| | |
|---|---|
| 2013 - 2015 | Investigational Review Board - The Fenway Institute, Boston, MA, Other, Voting Member |

**Institutional**

| | |
|---|---|
| 2017 - 2019 | Department of Pediatrics at Michigan Medicine; Diversity, Equity, and Inclusion Committee, Other, Fellowship Lead |
| 2017 - 2019 | University of Michigan Transgender Research Group, Other, Director |

## VOLUNTEER SERVICE

| | |
|---|---|
| 2014 | Camp Physician, Massachusetts, Served at a camp for youth with Type 1 Diabetes |

## SCHOLARLY ACTIVITIES

## PRESENTATIONS

**Extramural Invited Presentation Speaker**

1.  Grand Rounds, Shumer D, Loyola University School of Medicine, 07/2022, Chicago, Illinois

**Other**

1.  Gender Identity, Groton School, 04/2015, Groton, MA

2.  Television Appearance: Gender Identity in Youth, Channel 7 WXYZ Detroit, 04/2016, Southfield, MI

3.  It Gets Better: Promoting Safe and Supportive Healthcare Environments for Sexual Minority and Gender Non-Conforming Youth, Adolescent Health Initiative: Conference on Adolescent Health, 05/2016, Ypsilanti, MI

4.  Gender Identity, Humanists of Southeast Michigan, 09/2016, Farmington Hills, MI

5.   Gender Identity, Pine Rest Christian Mental Health Services, 10/2016, Grand Rapids, MI

6.   Pediatric Grand Rounds - Hormonal Management of Transgender Youth, Beaumont Children's Hospital, 11/2016, Royal Oak, MI

7.   Transgender Youth: A Field in Transition, Temple Beth Emeth, 11/2016, Ann Arbor, MI

8.   Transgender Youth: A Field in Transition, Washtenaw County Medical Society, 11/2016, Ann Arbor, MI

9.   Pediatric Grand Rounds: Transgender Youth - A Field in Transition, St. John Hospital, 02/2017, Detroit, MI

10.   Transgender Medicine, Veterans Administration - Ann Arbor Healthcare System, 05/2017, Ann Arbor, MI

11.   Gender Identity, Hegira Programs, 05/2017, Detroit, MI

12.   Care of the Transgender Adolescent, Partners in Pediatric Care, 06/2017, Traverse City, MI

13.   Conference planner, host, and presenter: Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff; 200+ attendees from fields of mental health and education from across Michigan, Michigan Medicine, 10/2017, Ypsilanti, MI

14.   Endocrinology Grand Rounds: Transgender Medicine, Wayne State University, 11/2017, Detroit, MI

15.   Care of the Transgender Adolescent, St. John Hospital Conference: Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care, 11/2017, Grosse Pointe Farms, MI

16.   Hormonal Care in Transgender Adolescents, Michigan State University School of Osteopathic Medicine, 11/2017, East Lansing, MI

17.   Working with Transgender and Gender Non-Conforming Youth, Michigan Association of Osteopathic Family Physicians, 01/2018, Bellaire, MI

18.    Community Conversations, Lake Orion, 01/2018, Lake Orion, MI

19.    "I Am Jazz" Reading and Discussion, St. James Episcopal Church, 03/2019, Dexter, MI

20.    Gender Identity, Michigan Organization on Adolescent Sexual Health, 10/2019, Brighton, MI; Port Huron, MI

21.    Ask The Expert, Stand With Trans, 05/2020, Farmington Hills, MI (Virtual due to COVID)

22.    Transgender Medicine, Michigan Association of Clinical Endocrinologists Annual Symposium, 10/2020, Grand Rapids, MI (Virtual due to COVID)

23.    Transgender Youth in Primary Care, Michigan Child Care Collaborative (MC3), 10/2020, Ann Arbor, MI (Virtual due to COVID)

24.    Lets Talk About Hormones, Stand With Trans, 10/2020, Farmington Hills, MI (Virtual due to COVID)

25.    Gender Identity, Universalist Unitarian Church of East Liberty, 04/2021, Virtual due to COVID

26.    Unconscious Bias, Ascension St. John Hospital, 05/2021, Virtual due to COVID

## PUBLICATIONS/SCHOLARSHIP

### Peer-Reviewed Articles

1.    Vengalil N, Shumer D, Wang F: Developing an LGBT curriculum and evaluating its impact on dermatology residents, *Int J Dermatol*.61: 99-102, 01/2022. PM34416015

### Chapters

1.    Shumer: Coma. In Schwartz MW6, Lippincott Williams & Wilkins, Philadelphia, PA, (2012)

2.    Shumer, Spack: Medical Treatment of the Adolescent Transgender Patient. In Đorđević M; Monstrey SJ; Salgado CJ Eds. CRC Press/Taylor & Francis, (2016)

3.    Kinnear HA, **Shumer DE**: Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth. In FinlaysonElsevier, (2018)

4.    Araya, **Shumer DE**: Endocrinology of Transgender Care – Children and Adolescents. In Poretsky; Hembree Ed. Springer, (2019)

## **Non-Peer Reviewed Articles**

1.    Shumer D: The Effect of Race and Gender Labels in the Induction of Traits, *Northwestern Journal of Race and Gender Criticism*.NA01/2014

2.    Shumer D: A Tribute to Medical Stereotypes, *The Pharos, Journal of the Alpha Omega Alpha Medical Society*.Summer07/2017

3.    Mohnach L, Mazzola S, Shumer D, Berman DR: Prenatal diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol, *Case Reports in Perinatal Medicine*.8(1)01/2018

4.    Mohnach L, Mazzola S, Shumer D, Berman DR: Prenatal Diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol, *Case Reports in Perinatal Medicine*.8(1)12/2018

5.    Kim C, Harrall KK, Glueck DH, **Shumer DE**, Dabelea D: Childhood adiposity and adolescent sex steroids in the EPOCH (Exploring Perinatal Outcomes among Children) study, *Clin Endocrinol (Oxf)*.91(4): 525-533, 01/2019. PM31278867

6.    Araya A, Shumer D, Warwick R, Selkie E: 37. "I've Been Happily Dating For 5 Years" - Romantic and Sexual Health, Experience and Expectations in Transgender Youth, *Journal of Adolescent Health*.66(2): s20, 02/2020

7.    Araya A, Shumer D, Warwick R, Selkie E: 73. "I think sex is different for everybody" - Sexual Experiences and Expectations in Transgender Youth, *Journal of Pediatric and Adolescent Gynecology*.33(2): 209-210, 04/2020

8.    Araya AC, Warwick R, Shumer D, Selkie E, Rath T, Ibrahim M, Srinivasan A: Romantic Health in Transgender Adolescents, *Pediatrics*.Pediatrics01/2021

9.    Martin S, Sandberg ES, **Shumer DE**: Criminalization of Gender-Affirming Care - Interfering with Essential Treatment for Transgender Children and

Adolescents, *New England Journal of Medicine*.385(7): 579-581, 08/2021.
PM34010528

## Editorial Comment

1.  **Shumer DE**, Harris LH, Opipari VP: The Effect of Lesbian, Gay, Bisexual,
and Transgender-Related Legislation on Children, 01/2016. PM27575000

2.  **Shumer DE**: Health Disparities Facing Transgender and Gender
Nonconforming Youth Are Not Inevitable, 01/2018. PM29437859

3.  Martin S, Sandberg ES, Shumer DE: Criminalization of Gender-Affirming
Care - Interfering with Essential Treatment for Transgender Children and
Adolescents, 01/2021

## Erratum

1.  Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**,
Spack NP: Correction to Serving Transgender Youth: Challenges, Dilemmas, and
Clinical Examples, [Professional Psychology: Research and Practice, 46(1),
(2015) 37-45], *Professional Psychology: Research and Practice*.46(4): 249,
08/2015

## Journal Articles

1.  **Shumer DE**, Thaker V, Taylor GA, Wassner AJ: Severe hypercalcaemia due
to subcutaneous fat necrosis: Presentation, management and complications,
*Archives of Disease in Childhood: Fetal and Neonatal Edition*.99(5)01/2014.
PM24907163

2.  Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**,
Spack NP: Serving transgender youth: Challenges, dilemmas, and clinical
examples, *Professional Psychology: Research and Practice*.46(1): 37-45,
02/2015. PM26807001

3.  Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, **Shumer DE**,
Mimiaga MJ: Mental health of transgender youth in care at an adolescent Urban
community health center: A matched retrospective cohort study, *Journal of
Adolescent Health*.56(3): 274-279, 03/2015. PM25577670

4.     **Shumer DE**, Tishelman AC: The Role of Assent in the Treatment of Transgender Adolescents, *International Journal of Transgenderism*.16(2): 97-102, 04/2015. PM27175107

5.     **Shumer DE**, Roberts AL, Reisner SL, Lyall K, Austin SB: Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity, *Journal of Autism and Developmental Disorders*.45(5): 1489-1494, 05/2015. PM25358249

6.     Tishelman AC, Kaufman R, Edwards-Leeper L, Mandel FH, **Shumer DE**, Spack NP: Reply to comment on "serving transgender youth: Challenges, dilemmas, and clinical examples" by Tishelman et al. (2015), *Professional Psychology: Research and Practice*.46(4): 307, 08/2015. PM26858509

7.     **Shumer DE**, Reisner SL, Edwards-Leeper L, Tishelman A: Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic, *LGBT Health*.3(5): 387-390, 10/2016. PM26651183

8.     Tishelman AC, **Shumer DE**, Nahata L: Disorders of sex development: Pediatric psychology and the genital exam, *Journal of Pediatric Psychology*.42(5): 530-543, 01/2017. PM27098964

9.     Edwards-Leeper L, **Shumer DE**, Feldman HA, Lash BR, Tishelman AC: Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center, *Psychology of Sexual Orientation and Gender Diversity*.4(3): 374-382, 01/2017

10.    **Shumer DE**, Abrha A, Feldman HA, Carswell J: Overrepresentation of adopted adolescents at a hospital-based gender dysphoria clinic, *Transgender Health*.2(1): 76-79, 07/2017. PM28861549

11.    Strang JF, Meagher H, Kenworthy L, de Vries AL C, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, **Shumer DE**, Edwards-Leeper L, Pleak RR, Spack N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG: Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents, *Journal of Clinical Child and Adolescent Psychology*.47(1): 105-115, 01/2018. PM27775428

12

12.    Selkie E, Adkins V, Masters E, Bajpai A, **Shumer DE**: Transgender Adolescents' Uses of Social Media for Social Support, *Journal of Adolescent Health*.66(3): 275-280, 03/2020. PM31690534

13.    Warwick RM, **Shumer DE**: Gender-affirming multidisciplinary care for transgender and non-binary children and adolescents, *Children's Health Care*.01/2021

14.    Araya AC, Warwick R, **Shumer DE**, Selkie E: Romantic relationships in transgender adolescents: A qualitative study, *Pediatrics*.147(2)02/2021. PM33468600

15.    Warwick RM, Araya AC, **Shumer DE**, Selkie EM: Transgender Youths' Sexual Health and Education: A Qualitative Analysis, *Journal of Pediatric and Adolescent Gynecology*.35(2): 138-146, 04/2022. PM34619356

## Letters

1.    Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, **Shumer DE**, Register-Brown K, Sadikova E, Anthony LG: Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals, *Journal of the American Academy of Child and Adolescent Psychiatry*.57(11): 885-887, 11/2018. PM30392631

## Letters to editor

1.    **Shumer DE**: Doctor as environmental steward, 01/2009. PM19364173

## Notes

1.    **Shumer DE**, Mehringer J, Braverman L, Dauber A: Acquired hypothyroidism in an infant related to excessive maternal iodine intake: Food for thought, *Endocrine Practice*.19(4): 729-731, 07/2013. PM23512394

## Podcasts

1.    Gaggino L, Shumer WG D: Pediatric Meltdown: Caring for Transgender Youth with Compassion: What Pediatricians Must Know, 01/2020

## Reviews

1.  **Shumer DE**, Spack NP: Current management of gender identity disorder in childhood and adolescence: Guidelines, barriers and areas of controversy, *Current Opinion in Endocrinology, Diabetes and Obesity*.20(1): 69-73, 02/2013. PM23221495

2.  Guss C, **Shumer DE**, Katz-Wise SL: Transgender and gender nonconforming adolescent care: Psychosocial and medical considerations, *Current Opinion in Pediatrics*.27(4): 421-426, 08/2015. PM26087416

3.  **Shumer DE**, Nokoff NJ, Spack NP: Advances in the Care of Transgender Children and Adolescents, *Advances in Pediatrics*.63(1): 79-102, 08/2016. PM27426896

## Short Surveys

1.  **Shumer DE**, Spack NP: Transgender medicine-long-term outcomes from 'the Dutch model', *Nature Reviews Urology*.12(1): 12-13, 01/2015. PM25403246

## Abstracts/Posters

1.  Shumer D, Kinnear H, McLain K, Morgan H: Development of a Transgender Medicine Elective for 4th Year Medical Students, National Transgender Health Summit, Oakland, CA, 2017

2.  Shumer D: Overrepresentation of Adopted Children in a Hospital Based Gender Program, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

3.  Shumer D: Mental Health Presentation of Transgender Youth Seeking Medical Intervention, World Professional Association of Transgender Health Biennial International Symposium, Amsterdam, The Netherlands, 2016

4.  Adkins V, Masters E, Shumer D, Selkie E: Exploring Transgender Adolescents' Use of Social Media for Support and Health Information Seeking (Poster Presentation), Pediatric Research Symposium, Ann Arbor, MI, 2017