IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **NOTICE TO THE PARTIES** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

This matter having recently come before this Court,

**THE PARTIES ARE ADVISED** that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect can be cured by filing an amended pleading. Pursuant to LRCiv 12.1(c) of the Rules of Practice and Procedure of the U.S. District Court for the District of Arizona, no motion to dismiss for failure to state a claim or counterclaim, pursuant to Federal Rule of Civil Procedure 12(b)(6), or motion for judgment on the pleadings on a claim or counterclaim, pursuant to Federal Rule of Civil Procedure 12(c), will be considered or decided unless the moving party includes a certification that, before filing the motion, the movant notified the opposing party of the issues asserted in the motion and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party. The movant may comply with this rule through personal, telephonic, or written notice of the issues that it intends to assert in a motion. A motion that does not contain the required certification may be stricken summarily.

In addition, parties shall endeavor not to oppose motions to amend that are filed

prior to the Scheduling Conference or within the time set forth in the Rule 16 Case Management Order.

Dated this 18th day of April, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge