## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: 4:23-CV-00185-JGZ

Plaintiff:
**JANE DOE, et al.**

vs.

Defendant:
**THOMAS C HORNE, et al.**

For:
Osborn Maledon
2929 N Central Ave
Ste 2100
Phoenix, AZ 85012

Received by HOT SHOT DELIVERY INC. on the 19th day of April, 2023 at 3:29 pm to be served on **The Gregory School, 3231 N Craycroft Road, Tucson, AZ 85712**.

I, Catherine Hess, Badge Pima-452, do hereby affirm that on the **20th day of April, 2023** at **11:22 am, I:**

Served by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Plaintiffs' Motion to Proceed via Pseudonym, (Proposed) Order Granting Plaintiffs' Motion to Proceed via Pseudonym, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Declaration of Kate Roe, Declaration of Megan Roe, Declaration of Helen Doe, Declaration of Jane Doe, Declaration of Dr. Daniel Shumer, Declaration of Dr. Stephanie Budge,  Plaintiffs' Motion for a Preliminary Injunction and Memorandum of Law in Support Thereof, (Proposed) Order Granting Plaintiffs' Motion for Preliminary Injunction, Notice to the Parties** to: **Julie Caughron** as **Receptionist  for The Gregory School**  at the address of: **3231 N Craycroft Road, Tucson, AZ 85712**,  and informed said person of the contents therein in compliance with state statutes and stating to me at the time of service that he/she is authorized to accept service of process.

**Description** of Person Served: Age: -, Sex: F, Race/Skin Color: White, Height: 5-4, Weight: 100, Hair: Brown, Glasses: -

I certify that I am over the age or 21 and have no interest in the above action and am fully qualified to serve process in the county and state service was made.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

**Catherine Hess, Badge Pima-452**
Process Server

**HOT SHOT DELIVERY INC.**
**236 East Pima Street**
**Suite 106**
**Phoenix, AZ 85004**
**(602) 277-4747**

Our Job Serial Number: DEK-2023000873

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.0n

