**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810   Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene school District; the Gregory School; and Arizona Interscholastic Association, Inc.,** <br><br> **Defendants.** | Case No. 4:23-cv-00185-JGZ <br><br> **STIPULATED MOTION FOR EXTENSION AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND ANSWERS/RESPONSES TO COMPLAINT** |

Defendants Thomas C. Horne in his official capacity as State Superintendent of Public Instructions ("Superintendent Horne" or "Defendant") and Plaintiffs Jane Doe and Megan Roe ("Plaintiffs") respectfully request and stipulate to an extension to the deadline for Superintendent Horne to respond to Plaintiffs' Motion for a Preliminary Injunction and to the following schedule

for the briefing of the Preliminary Injunction Motion and for Superintendent Horne's response to Plaintiffs' Complaint:

- May 18, 2023:   Defendant's response to Preliminary Injunction Motion;
- May 18, 2023:   Defendant's response to Complaint (answer or motion);
- June 1, 2023:   Plaintiffs' reply in support of Preliminary Injunction Motion;
- June 1, 2023:   Plaintiffs' response to any motion filed by Defendant on May 18;
- June 8, 2023:   Defendant's replies to any oppositions filed on June 1, 2023.

Good cause exists for the stipulated extension and schedule because undersigned counsel for Superintendent Horne was only retained and only became aware of the Motion for Preliminary Injunction for the first time on Friday, April 28, 2023, after the Attorney General informed Superintendent Horne her office would not represent him in the lawsuit (on April 21, 2023). This request is not made for purposes of causing undue delay, and no party will be prejudiced. A proposed Order is attached hereto for the Court's convenience.

**RESPECTFULLY SUBMITTED** on May 2, 2023.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis Wilenchik
Dennis I. Wilenchik, Esq.
Karl Worthington, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

**OSBORN MALEDON, P.A.**

/s/ Colin Proksel (by permission)
Colin M. Proksel, Esq.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
cproksel@omlaw.com
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant:

By:/s/ Alice Nossett