**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
admin@wb-law.com

Maria Syms, Bar No. 02309
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,**<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene school District; the Gregory School; and Arizona Interscholastic Association, Inc.,**<br><br>　　　　　　　　　**Defendants.** | Case No. 4:23-cv-00185-JGZ<br><br>**MOTION FOR EXPEDITED BRIEFING AND CONSIDERATION OF DEFENDANT HORNE'S MOTION TO TRANSFER** |

Defendant Thomas C. Horne in his official capacity as State Superintendent of Public Instructions ("Superintendent Horne") hereby respectfully requests expedited consideration of his May 2, 2023 Motion to Transfer.

The Court has not yet made any substantive rulings in this matter. But a Complaint and Motion for Preliminary Injunction have been filed, and Superintendent Horne and Plaintiffs have stipulated to a briefing schedule on both of those filings. At the same time, Superintendent Horne has requested that this matter be transferred to the Phoenix Division of the Arizona District Court.

It is clearly in the interest of consistency and judicial economy for a single judge to take control of the matter from the outset, rather than to begin the litigation with one judge, only to shortly thereafter transfer the litigation to another judge. Because deadlines are approaching quickly on the Preliminary Injunction motion, the decision whether to transfer the case should be made expeditiously—before the Court expends time and effort addressing matters that should instead be addressed by the Phoenix Division to which the case may be (and in Superintendent Horne's view, should be) transferred.

Superintendent Horne therefore requests that the Court first decide the Motion to Transfer before considering the Preliminary Injunction or any other substantive matters. Superintendent Horne proposes the following expedited schedule for the Motion to Transfer, which moves up the date for Plaintiffs' response by one week:

| | | |
|---|---|---|
| May 2, 2023: | Motion to Transfer filed; |
| May 9, 2023: | Response due (one week to respond); |
| May 12, 2023: | Reply due (three days after response). |

We respectfully request that the Court then hold a hearing, if any, and announce a decision as soon as practicable under the Court's calendar. A proposed form of order is lodged contemporaneously.

/ / /

/ / /

/ / /

/ / /

**RESPECTFULLY SUBMITTED** on May 4, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Karl Worthington, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

*/s/ Maria Syms, Esq.*
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrant:

By:/s/ Alice Nossett