**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is Defendant Horne's Motion for Expedited Briefing and Consideration of Defendant Horne's Motion to Transfer. (Doc. 24.) Plaintiffs oppose an expedited briefing schedule because the seven-day deadline proposed by Defendant Horne is insufficient time to prepare a response. (Doc. 26 at 2.) Plaintiffs further oppose expedited consideration of Defendant Horne's Motion to Transfer, (Doc. 21), because it could delay this Court's ruling on the pending Motion for Preliminary Injunction, (Doc. 3).[1]

The Court concludes Defendant Horne has not shown good cause to depart from the Local Rules of Civil Procedure, which provide that an opposing party has 14 days after service within which to file a responsive memorandum, and the Court will not require an expedited response to the Motion to Transfer. LRCiv 7.2(c).

//

---

[1] On May 5, 2023, upon stipulation of Plaintiffs, Defendant Horne, and Defendant The Gregory School, the Court entered a briefing schedule on the Motion for Preliminary Injunction and any motions filed in response to the Complaint.

Accordingly,

**IT IS ORDERED** that Defendant Horne's Motion for Expedited Briefing (Doc. 24) is **DENIED**. In accordance with the Local Rules of Civil Procedure, Plaintiffs' response to the Motion to Transfer is due on or before **May 16, 2023**. Defendant Horne's reply, if any, is due on or before **May 23, 2023**.

Dated this 9th day of May, 2023.


_____
Honorable Jennifer G. Zipps
United States District Judge