**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
admin@wb-law.com

Maria Syms, Bar No. 023019
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,**<br><br>　　　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene school District; the Gregory School; and Arizona Interscholastic Association, Inc.,**<br><br>　　　　　　　　**Defendants.** | Case No. 4:23-cv-00185-JGZ<br><br>**SUPPLEMENT TO DEFENDANT HORNE'S RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |



The day following the filing of Defendant Thomas C. Horne's Response to Plaintiffs' Motion for a Preliminary Injunction (the "Response"), a relevant news article was published. Defendant Horne therefore supplements his Response with the attached news article. Ex. A (Greg Norman, Alexandria Hoff, *Republicans demand answers from NIH director after 2 involved in transgender youth study 'died by suicide'*, foxnews.com (May 19, 2023) https://www.foxnews.com/politics/republicans-demand-answers-nih-director-2-involved-transgender-youth-study-died-suicide).  The article addresses a study funded by the National Institutes of Health titled "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones."  During the study, two of the young participants died by suicide and eleven reported suicidal ideation.  The article therefore timely raises the issue of the safety—or lack of safety—in placing adolescents on cross-sex hormones in the process of transitioning to a transgender status which should be considered at any preliminary injunction hearing as evidence.

**RESPECTFULLY SUBMITTED** on May 19, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Karl Worthington, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

*/s/ Maria Syms, Esq.*
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

CERTIFICATE OF SERVICE

    I hereby certify that on May 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                            By:*/s/ Hilary Myers*