**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion to Proceed Via Pseudonym. (Doc. 2.) Pursuant to Federal Rule of Civil Procedure 5.2(e), Plaintiffs Jane Doe and Megan Roe request leave to proceed using pseudonyms for themselves and their respective parents, Helen Doe and James Doe, and Kate Roe and Robert Roe, to protect their identities from public disclosure. Plaintiffs do not object to revealing their identities to Defendants under an appropriate protective order. (*Id.* at 11.) Defendant The Gregory School does not oppose the Motion. (Doc. 23.) No other defendants have responded and the time for doing so has expired.

Having reviewed the Motion and accompanying declarations in support, (Docs. 2, 4–9), the Court finds that Plaintiffs reasonably fear severe harm in the form of lost privacy, discrimination, and harassment if their names and gender identities are publicly disclosed because they and their families are likely to face greater threats of retaliation than the typical plaintiffs in civil litigation. *See Does I thru XXIII v. Advanced Textile Corp.,* 214 F.3d 1058, 1067–68 (9th Cir. 2000). Here, the need for anonymity outweighs any prejudice

1  to Defendants and is in the public interest. *Doe v. Ayers*, 789 F.3d 944, 945 (9th Cir. 2015).

2  Thus, there being no opposition and good cause appearing,

3  **IT IS ORDERED** that Plaintiffs' Motion to Proceed Via Pseudonym (Doc. 2) is **GRANTED**. Plaintiffs Jane Doe and Megan Roe, and their parents and next friends, Helen Doe, James Doe, Kate Roe, and Robert Roe, may proceed using pseudonyms in this matter.

6  Dated this 23rd day of May, 2023.

*[signature]*
Honorable Jennifer G. Zipps
United States District Judge