Jordan T. Ellel, No. 023911
Tempe Tri-District Legal Services
500 West Guadalupe Road
Tempe, Arizona 85283-3599
Telephone: (480) 345-3746
Facsimile: (480) 285-3246
Email: jellel@tempunion.org

*Attorney for Defendants Kyrene School District and Laura Toenjes*

Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:      (602) 640-9050
Email:            cproksel@omlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE STATE OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br>vs.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association, Inc.,<br><br>Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**STIPULATION IN LIEU OF ANSWER BY DEFENDANTS KYRENE SCHOOL DISTRICT AND LAURA TOENJES** |

In lieu of a formal answer to the Complaint, Defendants Kyrene School District and Laura Toenjes, together with Plaintiffs Jane Doe and Megan Roe, stipulate as follows:

1. As noted in Paragraph 54 of the Complaint, but for the ban enacted by the Arizona Legislature codified as Ariz. Rev. Stat. § 15-120.02, the Kyrene School District would permit Plaintiff Jane Doe to play on girls' sports teams. Defendants Kyrene School District and Superintendent Toenjes are obligated, under Arizona law, to apply the statutory ban against transgender girls' participation on girls' sports teams unless and until the courts determine that to do so would be unlawful; in that event, Defendants would apply the law as interpreted by this

Court. Defendants further assert that they are not adverse to Plaintiffs except as required by a law they have no intention to defend, and that they take no position concerning the merits of the legal issues raised by the Complaint and to be decided by this Court.

2. Accordingly: (1) Defendants Kyrene School District and Laura Toenjes will not be an active participant in this case, including filing any response to Motions currently pending before the Court; (2) Defendants Kyrene School District and Laura Toenjes will fully abide by, and take all appropriate actions to implement, the decisions of the Court regarding the declaratory and injunctive relief sought by Plaintiffs; and (3) If Plaintiffs prevail in this action, Plaintiffs agree not to seek a separate attorneys' fee award against Defendants Kyrene School District and Laura Toenjes pursuant to 42 U.S.C. § 1988. Defendants Kyrene School District and Superintendent Toenjes and Plaintiffs acknowledge, however, that the Court will decide Plaintiffs' fee application, including if or how to allocate a fee award among all of the Defendants. In their fee application, Plaintiffs will highlight the lack of resources expended in prosecuting this case against Defendants Kyrene School District and Laura Toenjes to the Court.

**DATED** this 30th day of May, 2023.

By: /s/ Jordan T. Ellel (with permission)
Jordan T. Ellel, Esq.
Attorney for Defendants Kyrene School District and Laura Toenjes, in her official capacity.

By: /s/ Colin M. Proksel
Colin M. Proksel (034133)
Attorney for Plaintiffs