D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Proposed Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **Notice of Supplemental Authority in Support of Motion to Intervene of the President of the Arizona Senate and Speaker of the Arizona House of Representatives** |

　　Since Senator Petersen and Representative Toma (the "Legislative Leaders") filed their motion to intervene and reply in this action, *see* Docs. 19 and 43, the Ninth Circuit has issued a ruling that further supports the Legislative Leaders' motion.

　　Yesterday, the Ninth Circuit granted a motion to intervene filed by the Legislative

Leaders.[1]  *See* Order, *Isaacson v. Mayes*, 23-15234, Doc. 47, 1 (9th Cir. May 30, 2023), attached as Exhibit 1.  In support of their motion to intervene to defend the constitutionality of a state statute, the Legislative Leaders raised very similar arguments to the Ninth Circuit that they have presented to this Court.  *See* Mot. of Intervenors-Defendants Arizona Senate President Petersen and Speaker of the Arizona House of Representatives Toma to Participate as Appellees on Appeal, 23-15234, Doc. 27 (9th Cir. Apr. 20, 2023), attached as Exhibit 2.

The arguments to the Ninth Circuit in opposition to the Legislative Leaders' request closely resemble the arguments before this Court.  *See* Plaintiffs-Appellants' Resp. in Opp'n to Mot. to Participate as Appellees, 23-15234, Doc. 39 (9th Cir. May 1, 2023), attached as Exhibit 3.  Like the Plaintiffs in this case, the *Isaacson* plaintiffs argued that A.R.S. § 12-1841 did not give the Legislative Leaders a significant protectable interest in the appeal.  *Id.* at 6-9.  Also like the Plaintiffs in this case, the *Isaacson* plaintiffs argued that the Supreme Court's decision in *Berger* did not support the Legislative Leaders' motion to intervene.  *Id.* at 10-13.  Finally, again like the Plaintiffs in this case, the *Isaacson* plaintiffs also opposed the Ninth Circuit granting the Legislative Leaders permissive intervention.  *Id.* at 17-19.

In a single sentence order, the Ninth Circuit rejected the *Isaacson* plaintiffs' arguments and granted the Legislative Leaders' motion to intervene.  Ex. 1 at 1.  Thus, the Ninth Circuit upheld the Legislative Leaders' entitlement to intervene to defend the constitutionality of a state statute.

---

[1] The Legislative Leaders previously cited the district court's decision in *Isaacson* granting their motion to intervene.  *See* Mot. to Intervene of the President of the Arizona Senate and Speaker of the Arizona House of Representatives, Doc. 19, 1, 10 (citing *Isaacson v. Mayes*, 2:21-cv-01417-DLR, 2023 WL 2403519, at *2 (D. Ariz. Mar. 8, 2023)).  Because the *Isaacson* plaintiffs filed an appeal of the district court's denial of preliminary injunction before the district court granted the Legislative Leaders' motion to intervene, the Legislative Leaders moved to intervene in the Ninth Circuit in order to become parties to that appeal.

2

In light of the Ninth Circuit's decision yesterday granting the Legislative Leaders' motion to intervene, the Legislative Leaders respectfully renew their motion to intervene in this litigation.

Dated: May 31, 2023							Respectfully submitted,


							JAMES OTIS LAW GROUP, LLC

							*/s/ Justin D. Smith*_____
							D. John Sauer, Mo. Bar No. 58721*
							Justin D. Smith, Mo. Bar No. 63253*
							13321 North Outer Forty Road, Suite 300
							St. Louis, Missouri 63017
							(816) 678-2103
							Justin.Smith@james-otis.com
							* *pro hac vice*

							*Attorneys for Proposed Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 31, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*