Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:      (602) 640-9050
Email:            cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association, Inc.,<br><br>Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT HORNE'S MOTION TO RESCHEDULE THE PRELIMINARY INJUNCTION HEARING** |

Plaintiffs hereby respond to Defendant Horne's Motion to Reschedule the Preliminary Injunction Hearing (Doc. No. 57). Defendant Horne requests that the Court move the hearing currently set for June 26, 2023 at 9:00am to either June 28 or June 29, 2023 due to a scheduling conflict.

1  As an initial matter, the parties have not yet discussed what witnesses may be necessary at the hearing, if any, as opposed to offering proof through declarations. Nonetheless, Plaintiffs' counsel and their expert witnesses can appear in person before the Court on June 26. While Plaintiffs' counsel are also available on both June 28 and June 29, neither of Plaintiffs' experts will be able to testify in person before the Court on those days. Plaintiffs' experts are available to testify by videoconference on June 29 only. If the Court is available and decides to move the hearing to June 29, Plaintiffs respectfully request that the Court allow Plaintiffs' experts, if they are to be called as witnesses, to testify by videoconference.

| | |
|---|---|
| 1 | Respectfully submitted this 1st day of June, 2023. |
| 2 | |
| 3 | */s/ Colin M. Proksel* |
|   | Colin M. Proksel (034133) |
| 4 | OSBORN MALEDON, P.A. |
|   | 2929 North Central Avenue, 21st Floor |
| 5 | Phoenix, Arizona 85012-2793 |
| 6 | Telephone: (602) 640-9000 |
|   | Facsimile: (602) 640-9050 |
| 7 | Email: cproksel@omlaw.com |
| 8 | |
|   | Jyotin Hamid* |
| 9 | Justin R. Rassi* |
|   | Amy C. Zimmerman* |
| 10 | DEBEVOISE & PLIMPTON LLP |
| 11 | 66 Hudson Boulevard |
|   | New York, New York 10001 |
| 12 | Telephone: (212) 909-6000 |
|   | Facsimile: (212) 909-6836 |
| 13 | Email: jhamid@debevoise.com |
| 14 | Email: jrassi@debevoise.com |
|   | Email: azimmerman@debevoise.com |
| 15 | |
| 16 | Amy Whelan* |
|   | Rachel Berg* |
| 17 | NATIONAL CENTER FOR LESBIAN RIGHTS |
| 18 | 870 Market Street, Suite 370 |
|   | San Francisco, California 94102 |
| 19 | Telephone: (415) 343-7679 |
|   | Facsimile: (415) 392-8442 |
| 20 | Email: awhelan@nclrights.org |
| 21 | Email: rberg@nclrights.org |
| 22 | *Admitted pro hac vice.* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I electronically transmitted the attached document via the CM/ECF system to:

Dennis Ira Wilenchik
Wilenchik & Bartness PC
2810 N 3rd St., Ste. 103
Phoenix, AZ 85004
admin@wb-law.com
*Attorney for Defendant Thomas C. Horne*

David Calvin Potts
Jones Skelton & Hochuli PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
dpotts@jshfirm.com
*Attorney for the Gregory School*

Justin D. Smith
Dean John Sauer
James Otis Law Group LLC
13321 N Outer Forty Rd., Ste. 300
St. Louis, MO 63017
Justin.smith@james-otis.com
John.sauer@james-otis.com
*Attorneys for Proposed Intervenor-Defendants Senator Warren Peterson and Representative Ben Toma*

Kristian E. Nelson
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012
Kristian.Nelson@lewisbrisbois.com
*Attorney for Defendant Arizona Interscholastic Association Incorporated*

I hereby certify that on June 1, 2023, I electronically transmitted the attached document via email to:

Jordan T. Ellel
Tempe Tri-District Legal Counsel
500 West Guadalupe Road
Tempe, AZ 85283-3599
Jellel@tempeunion.org
*Attorney for Defendants Kyrene Superintendent and Kyrene School District*

/s/ Colin Proksel