Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:      (602) 640-9050
Email:            cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' REPLY TO DEFENDANT THE GREGORY SCHOOL IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiffs Jane Doe and Megan Roe respectfully respond to Defendant The Gregory School's ("TGS") opposition to their motion for a preliminary injunction. (*See* Dkt. No. 36.) TGS's opposition to the motion for preliminary injunction relies on the same arguments asserted in its motion to dismiss. (*See* Dkt No. 37.) To avoid burdening the Court, Plaintiffs respectfully incorporate by reference their arguments in section I.A of Plaintiffs' opposition to TGS's motion to dismiss. *See* LRCiv 7.1(d)(2).

## CONCLUSION

The Court should grant Plaintiffs' motion for a preliminary injunction.

Respectfully submitted this 1st day of June, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*