# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court are Defendant Horne's Request to Reschedule Hearing, (Doc. 57), and Amended Request to Reschedule Hearing, (Doc. 66). Defendant Horne requests to reschedule the hearing on Plaintiff's Motion for Preliminary Injunction, currently set for June 26, 2023 at 9:00 a.m., due to a conflict.

Accordingly,

**IT IS ORDERED** setting a telephonic Scheduling Conference for **Monday, June 12, 2023 at 2:00 p.m.** for the purpose of setting a new hearing date. Counsel shall be prepared to discuss their availability, as well as that of expert witnesses, and the anticipated length of the hearing. Counsel will receive notification from chambers with directions to connect to the conference call.

Dated this 2nd day of June, 2023.

Honorable Jennifer G. Zipps
United States District Judge