**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
admin@wb-law.com

Maria Syms, Bar No. 023019
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,**<br><br>**Plaintiffs,**<br><br> v.<br><br>**Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene school District; the Gregory School; and Arizona Interscholastic Association, Inc.,**<br><br>**Defendants.** | Case No. 4:23-cv-00185-JGZ<br><br>**DEFENDANT HORNE'S RULE 10(c) NOTICE OF ADOPTION BY REFERENCE OF EXPERT DECLARATIONS SUBMITTED BY THE PROPOSED INTERVENORS** |

Defendant Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, states his intention to rely on the expert-witness declarations filed by the Legislative Leaders as attachments to the Legislative Leaders' Motion to Dismiss, among other witnesses.

Those declarations are attached as Exhibits A, B, and C and consist of the declarations of Dr. Gregory A. Brown (Ex. A), James M. Cantor, Ph.D (Ex. B.), and Dr. Chad Thomas Carlson, M.D., FACSM (Ex. C). Fed. R. Civ. P. 10(c) ("[a] statement in a pleading may be adopted by reference elsewhere in the same pleading or in any other pleading or motion").

**RESPECTFULLY SUBMITTED** on June 7, 2023.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Karl Worthington, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

*/s/ Maria Syms, Esq.*
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By:*/s/ Hilary Myers*