Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:        cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**NOTICE OF PLAINTIFFS' PARTIAL WITHDRAWAL OF ARGUMENT AGAINST DEFENDANT THE GREGORY SCHOOL** |

Plaintiffs Jane Doe and Megan Roe respectfully withdraw their argument that Defendant The Gregory School ("TGS") is subject to Title IX and the Rehabilitation Act by virtue of its receipt of a federal Paycheck Protection Program ("PPP") loan. (*See* Dkt. No. 64, § I.A.2 (asserting that argument in Plaintiffs' Opposition to Defendant TGS's motion to dismiss); Dkt No. 62 (incorporating that argument by reference in Plaintiffs' Reply to Defendant TGS in Support of Plaintiffs' Motion for a Preliminary Injunction)). On June 7, 2023, counsel for TGS provided Plaintiffs with official documentation from TGS's bank indicating that its PPP loan expired before the law at issue was in effect.

Plaintiffs therefore withdraw the argument that TGS's receipt of a PPP loan subjects TGS to liability in this case under Title IX and the Rehabilitation Act.

Plaintiffs continue to maintain that TGS's status as a section 501(c)(3) tax-exempt entity qualifies as federal financial assistance under Title IX and the Rehabilitation Act, and that alleging that TGS receives federal financial assistance is sufficient to overcome a motion to dismiss. (*See* Dkt. No. 64, §§ I.A, I.A.1.) Plaintiffs also continue to maintain that Defendant TGS is liable under the ADA, which applies regardless of whether TGS receives federal financial assistance. (*Id.* § I.B.)

Respectfully submitted this 8th day of June, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*