D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **Intervenor-Defendants' Expert Declarations and Exhibits for Preliminary Injunction Hearing** |

Intervenor-Defendants President Petersen and Speaker Toma, pursuant to this Court's June 14, 2023 Minute Entry, respectfully submit this statement identifying Intervenor-Defendants' expert declarations and documentary exhibits they intend to rely upon for the upcoming Preliminary Injunction hearing. Filed with this statement are the following:

    1.    Declaration of Dr. Greg Brown (previously filed as Doc. 82-1)

2. Declaration of Dr. James Cantor (previously filed as Doc. 82-2)

3. Declaration of Dr. Chad Carlson (previously filed as Doc. 82-3)

4. Supplemental Declaration of Dr. Greg Brown

5. Supplemental Declaration of Dr. James Cantor

6. Supplemental Declaration of Dr. Chad Carlson

7. Catley, M. and G. Tomkinson, Normative health-related fitness values for children: analysis of 85,437 test results on 9-17-year-old Australians since 1985. Br. J. Sports Med. published online October 21, 2011. Bjsm.bmj.com

8. Davis, S.M., et al., Sex Differences in Infant Body Composition Emerge in First 5 Months of Life. J. Pediatr. Endocrinol. Metab. 32(11): 1235–1239 (2019)

9. DiMiguel-Etayo P., Physical Fitness Reference Standards in European Children: The IDEFICS Study. Int J Obes (Lond) 38(2):557-566 (2014)

10. Dohrmann P., Throwing and Kicking Ability of 8 Year Old Boys and Girls. The Research Quarterly 35(4):464-471 (1964)

11. Eiberg, S. et al, Maximum oxygen uptake and objectively measured physical activity in Danish children 6-7 years of age: the Copenhagen school child intervention study. Br J Sports Med 39:725-30 (2005)

12. Gulias-González, et al. (2014). Physical fitness in Spanish schoolchildren aged 6–12 years: Reference values of the battery EUROFIT and associated cardiovascular risk. Journal of School Health, 84, 625–635

13. Kasovic M. et al., Secular Trends in Health-Related Physical Fitness Among 11-14 Year-Old Croatian Children and Adolescents From 1999 to 2014. Scientific Rep 11:11039 (2021)

14. Kirchengast, S., Sexual dimorphism in body composition, weight status and growth in prepubertal school children from rural areas of eastern Austria. Collegium Antropologicum 25(1):21-30 (2001)

15. Lombardo MP et al. On the evolution of the sex differences in throwing:

Throwing is a male adaptation in humans. The Quarterly Review of Biology 93(2):91-119 (2018)

16. Moreland E, Cheung AS, Hiam D, Nolan BJ, Landen S, Jacques M, Eynon N, Jones P. Implications of gender-affirming endocrine care for sports participation. Ther Adv Endocrinol Metab. 2023 Jun 8;14:20420188231178373. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10262668/pdf/10.1177_20204201882311783.pdf

17. Sauka, M., et al. (2011). Physical fitness in northern European youth: Reference values from the Latvian Physical Health in Youth Study. Scandinavian Journal of Public Health, 39, 35–43

18. Tambalis K et al., Physical Fitness Normative Values for 6-18 Year Old Greek Boys and Girls. Eur J Sport Sci 16(6):736-46 (2016)

19. Taylor, R.W., et al., Gender differences in body fat content are present well before puberty. Int. J. Obes. Relat. Metab. Disord. 21(11): 1082-4 (1997)

20. Taylor, R.W., et al., Sex differences in regional body fat distribution from pre- to postpuberty. Obesity 18(7): 1410-16 (2010)

21. Thomas, J.R. and K. E. French, Gender differences across age in motor performance: a meta-analysis. Psych. Bull. 98(2):260-282 (1985)

22. Tønnessen, E. et al., Performance development in adolescent track & field athletes according to age, sex, and sport discipline. PLoS ONE 10(6): e0129014 (2015)

23. UK Sports Councils' Equality Group, International Research Literature Review, https://equalityinsport.org/docs/300921/Transgender%20International%20Research%20Literature%20Review%202021.pdf (2021)

24. Woll, A., et al. (2011). The 'Motorik- Modul' (MoMo): Physical fitness and physical activity in German children and adolescents. European Journal of

Pediatrics, 170, 1129–1142

25. Zheng Y, Ye W, Korivi M, Liu Y, and Hong F. Gender Differences in Fundamental Motor Skills Proficiency in Children Aged 3-6 Years: A Systematic Review and Meta-Analysis. Int J Environ Res Public Health 19, 2022

26. American Psychiatric Association (2022). Diagnostic and statistical manual for mental disorders, fifth edition, text revision (DSM-5-TR). Washington, DC: Author. (page 511 excerpt)

27. Ellis Barrera et al., The Medical Implications of Banning Transgender Youth from Sport Participation, 176(3) JAMA Pediatrics 223-24 (2022)

28. Handelsman, D. et al., Circulating testosterone as the hormonal basis of sex differences in athletic performance. Endocrine Reviews 39(5):803-829 (Oct 2018)

29. Handelsman, D. Sex differences in athletic performance emerge coinciding with the onset of male puberty, 87 Clinical Endocrinology 68 (2017)

30. Hughes, L. et al., Pediatric Provider Perspectives on Laws and Policies Impacting Sports Participation for Transgender Youth, 9(4) LGBT Health 247-53 (2022)

31. McManus, A. and N. Armstrong, Physiology of elite young female athletes. J Med & Sport Sci 56:23-46 (2011)

32. Klaver M., Early hormonal treatment affects body composition and body shape in young transgender adolescents. J Sex Med. 15(2):251-260 (2018)

33. Tack, L.J.W. et al., Proandrogenic and antiandrogenic progestins in transgender youth: differential effects on body composition and bone metabolism. J. Clin. Endocrinol. Metab, 103(6):2147-56 (2018)

34. Riley Gaines Testimony before the Senate Judiciary Committee, June 21, 2023. Independent Women's Voice.

Dated: June 29, 2023                    Respectfully submitted,


JAMES OTIS LAW GROUP, LLC

*/s/ Justin D. Smith*_____
D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(816) 678-2103
Justin.Smith@james-otis.com
* *pro hac vice*

*Attorneys for Proposed Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 29, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*