Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:  (602) 640-9000
Facsimile:   (602) 640-9050
Email:         cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' EXHIBIT LIST FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs submit the following list of exhibits, along with copies of exhibits not already filed on the docket, pursuant to the Court's June 14, 2023 Order (ECF No. 80). Plaintiffs respectfully reserve the right to amend this exhibit list in advance of the hearing.

| Ex. No. | Description | Location |
|---|---|---|
| 1 | Declaration of Jane Doe | ECF No. 6 |
| 2 | Declaration of Helen Doe | ECF No. 7 |
| 3 | Second Declaration of Helen Doe | ECF No. 78 |
| 4 | Declaration of Megan Roe | ECF No. 8 |
| 5 | Declaration of Kate Roe | ECF No. 9 |
| 6 | Declaration of Stephanie Budge, Ph.D. | ECF No. 4 |
| 7 | Rebuttal Declaration of Stephanie Budge, Ph.D. | ECF No. 65-1 |
| 8 | Declaration of Daniel Shumer, M.D., MPH | ECF No. 5 |

| | | |
|---|---|---|
| 9 | Rebuttal Declaration of Daniel Shumer, M.D., MPH | ECF No. 65-2 |
| 10 | AIA's Constitution, Bylaws, Policies, and Procedures 2022-2023, Transgender Policy | ECF No. 51-1 |
| 11 | Photographs of the Doe Family (*filed under seal*)[1] | Attached |
| 12 | Photographs of the Roe Family (*filed under seal*) | Attached |
| 13 | Jane Doe's Name Change Court Order (*filed under seal*) | Attached |
| 14 | Megan Roe's Name and Gender Change Court Order (*filed under seal*) | Attached |
| 15 | Jane Doe's Passport (*filed under seal*) | Attached |
| 16 | Megan Roe's Passport (*filed under seal*) | Attached |
| 17 | Consideration of Bills: Hearing on S.B. 1165 Before S. Comm. on Judiciary, Jan. 20, 2022, 55th Leg., 2nd Reg. Sess., 00:08:08–01:30:05 (*filed as a non-electronic exhibit*)[2] | Cover page attached |
| 18 | David Handelsman, et al., *Circulating Testosterone as the Hormonal Basis of Sex Differences in Athletic Performance*, 39 Endocrine Revs. 803 (2018) | Attached |
| 19 | David Handelsman, *Sex Differences in Athletic Performance Emerge Coinciding with the Onset of Male Puberty*, 87 Clinical Endocrinology 68 (2017) | Attached |
| 20 | Jonathon W. Senefeld et al., *Sex Differences in Youth Elite Swimming*, 14 PLOS ONE 1 (2019) | Attached |
| 21 | Joanna Harper, *Race Times for Transgender Athletes*, 6 J. Sporting Cultures & Identities 1 (2015) | Attached |
| 22 | Marnee McKay & Joshua Burns, *When it Comes to Sport, Boys "Play Like a Girl,"* The Conversation (Aug. 3, 2017), https://theconversation.com/when-it-comes-to-sport-boys-play-like-a-girl-80328 | Attached |
| 23 | Marnee McKay, et al., *Normative Reference Values for Strength and Flexibility of 1,000 Children and Adults*, Neurology, 88 (1) (2017) | Attached |
| 24 | World Rugby Transgender Women's Guidelines (2020), https://www.world.rugby/the-game/player-welfare/guidelines/transgender/women | Attached |
| 25 | Governor Douglas A. Ducey's Letter to Arizona Secretary of State re: Senate Bill 1138 and 1165 | Attached |

---

[1] Plaintiffs respectfully request by forthcoming separate motion that Exhibits 11-16 be filed under seal because these documents provide sensitive and private information about the Plaintiffs and their families, who the Court has ordered may proceed in this case under pseudonyms.

[2] Plaintiffs respectfully request by forthcoming separate motion that Exhibit 17 be filed as a non-electronic exhibit with the Court because the exhibit is a multimedia file that cannot be filed using the CM/ECF system.

Respectfully submitted this 29th day of June, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*