# Exhibit 22

🔗 https://theconversation.com/when-it-comes-to-sport-boys-play-like-a-girl-80328

✏️ Marnee McKay

🕐 9 min read

# When it comes to sport, boys 'play like a girl'



Primary school-aged boys and girls can play in mixed teams until they reach high school, our research suggests. Clappstar/Flickr, CC BY-SA

Published: August 3, 2017 4.16pm EDT

## Authors



1. [Marnee McKay](#)

   Lecturer of Musculoskeletal Physiotherapy, University of Sydney



2. [Joshua Burns](#)

   Professor, Sydney Children's Hospitals Network, University of Sydney

## Disclosure statement

Joshua Burns receives funding from NIH (National Institute of Neurological Diseases and Stroke and National Center for Advancing Translational Sciences, Inherited Neuropathies Consortium, Rare Disease Clinical Research Network #2U54NS065712), Charcot-Marie Tooth Association of Australia, Charcot-Marie Tooth Association (USA), Diabetes Australia, Multiple Sclerosis Research Australia, Sydney Southeast Asia Centre, New Zealand Neuromuscular Research Foundation Trust, Elizabeth Lottie May Rosenthal Bone Bequest and Perpetual Limited.

Marnee McKay does not work for, consult, own shares in or receive funding from any company or organization that would benefit from this article, and has disclosed no relevant

affiliations beyond their academic appointment.

## Partners



[University of Sydney](#) provides funding as a member of The Conversation AU.

[View all partners](#)

Girls in primary school are just as physically capable as their male classmates, according to [our research](#), taking the sting out of the insult "you play like a girl".

When [we compared](#) primary school children's physical capabilities, differences between girls and boys were not as important as people think. So, they should be happily playing with and competing against each other in the backyard, playground and sporting fields.

---

***Read more: [It's not just the toy aisles that teach children about gender stereotypes](#)***

---

As part of [wider research](#) to assess people's physical capabilities across the lifespan, we tested 300 children and adolescents between the ages of 3 and 19.

We tested each child for over two hours, taking more than 100 measurements. These included measuring the strength of 14 muscle groups, the flexibility of 13 joints and 10 different types of balance. We looked at factors including hand dexterity, reaction times, how far kids could walk, how high and how long they could jump, as well as their gait.

## What did we find?

Across all measures of physical performance, there was one consistent finding. There was no statistical difference in the capabilities of girls and boys until high-school age (commonly age 12).

Let's use standing long jump (also known as a broad jump test) as an example. This provides a measure of your legs' explosive power. It needs minimal equipment and the results compare well with the type of information you get from strength testing using expensive equipment. It's also one of the tests would-be American NFL (National Football League) players take to impress talent scouts.

The standing long jump is a test football scouts use to assess explosive power.

We found no difference between boys and girls before they turn 12 (see graph below). Every physical measure followed this pattern.

**Standing long jump**



Before the age of 12, boys and girls do just as well as each other in the standing long jump.
Author provided

## How do our findings compare?

Other studies have had similar results. These have included ones testing muscle strength, walking, jumping and balancing.

However, it's difficult to directly compare data from one study to another, as different studies have different sample sizes, include children of different age ranges, and assess different measures. For example, we were the first to use the timed stairs test and stepping reaction time to find what regular children were capable of.

Some studies found differences in physical capabilities between primary school-aged boys and girls using the same types of tests we used. And others reported small differences in the jump height of boys and girls aged 6-17 years but not with the long jump.

6/28/23, 12:30 PM
When it comes to sport, boys play like a girl
Case 4:23-cv-00185-JGZ    Document 88-3    Filed 06/29/23    Page 7 of 40

These differences can in part be attributed to sampling methods that were limited to specific age ranges or locations and socioeconomic backgrounds, the latter potentially having a significant impact on physical health and activity.

By contrast, the children in our research were generally representative of the Australian population, using data from the Australian Bureau of Statistics about socioeconomic status, ethnicity and body mass index.

## What do our findings mean for kids, coaches and parents?

There is no consensus across schools or among different sports about mixed-gender sports for primary school children.

For instance, boys and girls compete separately in most local Little Athletics after age five but field hockey can have mixed gender teams until age 17.

And in tennis, primary school-aged girls and boys play separately in singles matches but can play against each other in mixed doubles.

Our findings support the push for boys and girls to compete in mixed sporting teams until the end of primary school, after which the hormonal changes of puberty mean boys tend to perform better in sports and tasks requiring strength and speed.

---

***Read more: Our 'sporting nation' is a myth, so how do we get youngsters back on the field?***

---

There are also some practical advantages to mixed sport in primary school and in weekend competitions:

- fewer scheduling conflicts for councils (allowing school and sport administrations to fit games more conveniently into busy sporting venues)

- fewer clubs or organisations to share already stretched government and private sector funding
- consolidation of coaching and manager talent, and most importantly
- fewer parent-taxi drop offs.

Perhaps perceived differences in physical capability between boys and girls are based on outdated gender stereotypes that appear at birth, when some boys are given their first footy and some girls their first doll.

But whatever the origin of the idea young boys are physically more capable than young girls, the evidence is clear. Boys "play like a girl", and that's certainly no insult.

## Want to write?

Write an article and join a growing community of more than 166,600 academics and researchers from 4,655 institutions.

Register now

Generated with Reader Mode

# Exhibit 23

# Normative reference values for strength and flexibility of 1,000 children and adults

Marnee J. McKay,
   MHlthSc
Jennifer N. Baldwin,
   BAppSc (Hons)
Paulo Ferreira, PhD
Milena Simic, PhD
Natalie Vanicek, PhD
Joshua Burns, PhD
For the 1000 Norms
   Project Consortium

Correspondence to
M.J. McKay:
marnee.mckay@sydney.edu.au

## ABSTRACT

**Objective:** To establish reference values for isometric strength of 12 muscle groups and flexibility of 13 joint movements in 1,000 children and adults and investigate the influence of demographic and anthropometric factors.

**Methods:** A standardized reliable protocol of hand-held and fixed dynamometry for isometric strength of ankle, knee, hip, elbow, and shoulder musculature as well as goniometry for flexibility of the ankle, knee, hip, elbow, shoulder, and cervical spine was performed in an observational study investigating 1,000 healthy male and female participants aged 3–101 years. Correlation and multiple regression analyses were performed to identify factors independently associated with strength and flexibility of children, adolescents, adults, and older adults.

**Results:** Normative reference values of 25 strength and flexibility measures were generated. Strong linear correlations between age and strength were identified in the first 2 decades of life. Muscle strength significantly decreased with age in older adults. Regression modeling identified increasing height as the most significant predictor of strength in children, higher body mass in adolescents, and male sex in adults and older adults. Joint flexibility gradually decreased with age, with little sex difference. Waist circumference was a significant predictor of variability in joint flexibility in adolescents, adults, and older adults.

**Conclusions:** Reference values and associated age- and sex-stratified $z$ scores generated from this study can be used to determine the presence and extent of impairments associated with neuromuscular and other neurologic disorders, monitor disease progression over time in natural history studies, and evaluate the effect of new treatments in clinical trials. *Neurology®* **2017;88:36–43**

Meaningful, reliable, and sensitive outcome measures are required to monitor treatment and progression of neuromuscular and other neurologic disorders. While there have been substantial advances in the understanding of the pathogenesis and natural history of many neuromuscular disorders, the identification and development of new outcome measures that best reflect the efficacy of specific treatments have not advanced at the same rate.[1] Establishing valid and responsive outcome measures is a priority for the field.[2] To assist in the development of new outcome measures, normative reference values generated from large populations across the lifespan using standardized methods are required. Normative reference values can be utilized to generate $z$ scores, which can be used in multicenter studies to improve outcome measure precision and responsiveness.

Muscle weakness and joint contractures predispose to numerous pathologies requiring intervention. Reference data play an important role in identifying and quantifying these impairments and evaluating the effectiveness of interventions. Currently, few comprehensive datasets detail the normal variation of active range of motion in healthy individuals and are limited by the number of joints assessed,[3] the age range of participants,[4,5] or insufficient sex representation.[6,7]

**Supplemental data at Neurology.org**

From the Faculty of Health Sciences (M.J.M., J.N.B., P.F., M.S., J.B.), University of Sydney, New South Wales, Australia; Department of Sport, Health and Exercise Science (N.V.), University of Hull, UK; and Sydney Children's Hospitals Network (Randwick and Westmead) and Paediatric Gait Analysis Service of New South Wales (J.B.), Children's Hospital at Westmead, Sydney, Australia.

Coinvestigators are listed at Neurology.org.

Go to Neurology.org for full disclosures. Funding information and disclosures deemed relevant by the authors, if any, are provided at the end of the article.

© 2016 American Academy of Neurology

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

Similar limitations exist in strength reference datasets, relevant only to children[8–11] or adult populations,[12–16] or strength measured using equipment not readily available in clinic.[17–19]

The purpose of this study was to generate a reference dataset of normative values across the lifespan for an extensive set of isometric muscle strength and joint flexibility items, stratified for age and sex, and to investigate the influence of demographic and anthropometric factors.

**METHODS** **Study design and participants.** Data were collected as part of the 1,000 Norms Project, an observational study investigating physical function and self-reported health in 1,000 people across the lifespan (see full protocol[20]). One thousand people aged between 3 and 101 years from the Greater Sydney metropolitan area in Australia participated in the project. Participants were recruited from January 2014 to September 2015 using highly structured convenience and snowball sampling techniques, including advertising via social media, e-newsletters, and community flyers. Presentations were held at social and volunteer groups, aged care organizations, playgroups, and schools. Eligible participants were aged ≥3 years, considered themselves healthy for their age, and could participate in age-appropriate activities of daily living. People with significant health conditions affecting physical performance or an inability to follow age-appropriate instructions were excluded. Potential participants with the following conditions were also excluded: diagnosed diabetes mellitus; malignant cancers; demyelinating, inflammatory, or degenerative neurologic conditions; pregnancy; class 3 obesity; severe cardiac or pulmonary disease; joint replacement; infectious or inflammatory arthropathies; or severe mobility impairment necessitating dependence on mobility aids for all ambulation. Equal numbers of male and female participants were recruited and were stratified into 9 age categories. One hundred people per decade were recruited in the age groups of 20–29, 30–39, 40–49, 50–59, 60–69, 70–79, and 80+ years. In order to distinguish the rapid periods of growth and maturation and to distinguish between young children and adolescents, 20 children per year from 3 to 9 years of age and 16 per year from 10 to 19 years of age were recruited.

**Standard protocol approvals, registrations, and patient consents.** Ethical approval was granted by the institutional Human Research Ethics Committee (HREC 2013/640) and written informed consent was obtained from all participants or parents/guardians of children.

**Procedure.** Participants attended the University of Sydney Performance Laboratory once for a 2-hour assessment. Participants had their height, body mass, waist circumference, and lower limb alignment measured. Foot structure was assessed using the Foot Posture Index, a 6-item summed scale from −12 (supinated) to +12 (pronated).[21] Age, sex, current work status, and self-reported ethnicity were collected from all participants or parents/guardians. Work status was classified as working (full-time, part-time, or unpaid) or not currently working (unemployed, student, or retired). Ethnicity was classified into 5 categories: British/European, American, Asian, African, and Aboriginal/Torres Strait Islander.

Two experienced clinical evaluators (physiotherapists) assessed isometric strength and joint flexibility using standardized methodology, including instructions, positioning, and scoring.[20] The dominant limb was assessed and determined as the hand used to write with and the foot used to kick a ball. The strength of 12 muscle groups—hand grip, ankle dorsiflexors and plantarflexors, knee flexors and extensors, hip abductors, internal and external rotators, elbow flexors and extensors, and shoulder internal and external rotators—were assessed by maximal voluntary isometric contraction using a portable hand-held dynamometer (Citec dynamometer CT 3001; CIT Technics, Groningen, Netherlands). The dynamometer was calibrated 0–500 N with certified weights monthly throughout data collection. The strength of knee musculature in participants ≥12 years of age was assessed by fixed dynamometry (CSMi; HUMAC NORM, Stoughton, MA). For unit of measure consistency, knee flexor and extensor strength in children aged 3–11 years were converted to Newton-meters (Nm) using anthropometric tables.[22] Rather than using the fixation device outlined in the protocol, ankle plantarflexion strength was assessed using hand-held dynamometry in long sitting, heel over plinth edge.

Joint flexibility was assessed using a universal goniometer, digital inclinometer, or bubble inclinometer (Baseline; Fabrication Enterprises Inc., White Plains, NY) depending on the joint assessed. Thirteen active joint range movements were assessed: ankle dorsiflexion and plantarflexion, knee flexion and extension, hip flexion, internal and external rotation, elbow flexion and extension, shoulder internal and external rotation, and cervical flexion and extension. Interrater reliability of the clinical evaluators demonstrated satisfactory repeatability of all strength and flexibility measures (intraclass correlation coefficient$_{2,1}$ 0.80–0.99) in a pilot study of 10 participants aged 6–67 years.

**Data analysis.** Data were collected and managed using REDCap electronic data capture and manually checked for transcription errors. Reference values were generated for each age group and sex in SPSS v22 Statistics for Windows (IBM SPSS; Armonk, NY). Normality of the data was assessed using Kolmogorov-Smirnov test. For analysis, age categories were children (3–9 years), adolescents (10–19 years), adults (20–59 years), and older adults (60+ years). To determine if strength and flexibility differed between male and female participants, independent $t$ tests were conducted. A series of multiple regression models was constructed to determine the extent to which muscle strength and joint flexibility were influenced by participant demographic (age and sex) and anthropometric factors (height, body mass, waist circumference, foot posture, and lower limb alignment). First, Pearson product-moment correlation coefficients ($r$) were generated to explore the bivariate relationships between strength and anthropometric and demographic factors. The same correlations were explored for each joint flexibility measure. Second, factors identified to have an association ($r \geq 0.3$, $p < 0.05$) with strength or joint flexibility were entered simultaneously into a stepwise multiple regression model, which was reduced to a set of factors that best predicted and could be regarded as independent determinants of each strength and joint flexibility measure. To avoid multicollinearity, only one variable from highly correlated ($r \geq 0.7$) variables was included. Standardized β weights were calculated to provide an indication of the relative importance of the contribution of the various factors entered into the model to explain the variance in joint flexibility

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Table 1**   Isometric strength reference values of children (3–9 years), adolescents (10–19 years), adults (20–59 years), and older adults (60+ years)[a]

| Muscle group | Entire sample | 3–9 years | | 10–19 years | | 20–59 years | | 60+ years | |
|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Male | Female | Male | Female | Male | Female |
| Grip, N | 187.1 (94.9) | 55.8 (29.1) | 50.6 (25.3) | 195.7 (83.0)[b] | 153.8 (46.0) | 305.0 (73.0)[b] | 190.2 (50.4) | 221.6 (49.5)[b] | 128.7 (35.4) |
| Ankle dorsiflexors, N | 164.7 (61.2) | 87.1 (38.2) | 81.6 (29.2) | 197.2 (56.6)[b] | 166.0 (37.8) | 224.6 (48.9)[b] | 166.5 (41.6) | 173.3 (44.0)[b] | 131.5 (38.9) |
| Ankle plantarflexors, N | 257.0 (85.6) | 151.7 (52.3) | 142.7 (45.9) | 309.9 (74.9)[b] | 261.2 (52.7) | 338.8 (66.8)[b] | 243.9 (59.2) | 281.4 (62.7)[b] | 216.3 (60.3) |
| Knee flexors, Nm[c] | 68.6 (33.8) | 27.0 (13.9) | 25.2 (11.5) | 89.8 (34.6)[b] | 65.9 (19.7) | 106.3 (28.6)[b] | 64.4 (18.9) | 76.3 (20.1)[b] | 45.8 (13.3) |
| Knee extensors, Nm[d] | 124.0 (66.4) | 34.9 (18.1) | 34.2 (14.9) | 152.8 (71.1)[b] | 116.9 (36.6) | 202.1 (56.1)[b] | 122.6 (33.6) | 136.2 (35.6)[b] | 81.9 (26.8) |
| Hip internal rotators, N | 146.8 (69.5) | 63.3 (31.7) | 61.1 (25.8) | 178.5 (67.2)[b] | 143.2 (45.0) | 217.7 (62.4)[b] | 136.1 (44.6) | 169.7 (55.0)[b] | 108.4 (33.8) |
| Hip external rotators, N | 110.4 (52.6) | 49.7 (22.7) | 51.8 (20.4) | 141.7 (53.7)[b] | 104.0 (28.7) | 169.4 (45.8)[b] | 100.7 (29.1) | 125.5 (33.9)[b] | 76.3 (23.7) |
| Hip abductors, N | 116.1 (50.6) | 52.3 (23.1) | 52.4 (21.9) | 143.4 (47.2)[b] | 116.6 (31.9) | 170.7 (43.9)[b] | 113.1 (32.4) | 124.8 (32.8)[b] | 83.8 (23.5) |
| Elbow flexors, N | 176.3 (80.0) | 71.7 (29.1) | 66.0 (26.4) | 213.8 (81.1)[b] | 148.5 (36.8) | 270.2 (59.6)[b] | 164.4 (42.3) | 209.4 (48.4)[b] | 129.7 (33.9) |
| Elbow extensors, N | 135.8 (57.4) | 66.8 (24.4) | 62.0 (19.7) | 159.3 (56.8)[b] | 118.3 (30.0) | 203.2 (46.1)[b] | 121.2 (30.2) | 162.1 (36.8)[b] | 102.8 (25.3) |
| Shoulder internal rotators, N | 126.7 (64.7) | 56.1 (27.1)[e] | 47.7 (17.4) | 151.5 (63.2)[b] | 101.6 (27.7) | 202.4 (55.9)[b] | 109.7 (33.6) | 159.7 (42.9)[b] | 86.0 (27.5) |
| Shoulder external rotators, N | 86.4 (41.0) | 38.7 (19.5) | 34.7 (13.0) | 100.6 (38.8)[b] | 73.4 (19.1) | 134.7 (39.6)[b] | 82.2 (20.9) | 96.7 (25.3)[b] | 63.3 (19.2) |

[a] Mean values (SD).
[b] Significant ($p < 0.01$).
[c] Participants aged 3–11 years measured with hand-held dynamometry (mean 94.4, SD 40.6) was converted to Nm.
[d] Participants aged 3–11 years measured with -held dynamometry (mean 126.4, SD 53.5) was converted to Nm.
[e] Significant sex differences ($p < 05$).

or muscle strength. Variables were retained in the multiple regression model if $p < 0.05$.

**RESULTS** To recruit 1,000 participants, 2,972 e-mails and 240 phone calls were logged. Ninety-one potential participants were excluded in accordance with the inclusion and exclusion criteria. Among adults aged over 18 years, 56% were currently working and 44% were not (31% retired and 13% students or unemployed). Participants were of diverse geographic ancestry, although the majority of participants were British/European ethnicity (74.4%), followed by Asian (16.6%), North or South American (5.1%), African (2.4%), and Aboriginal or Torres Strait Islander (1.5%). The sample mean (SD) age was 40.9 years (26.1), body mass 62.9 kg (21.1), height 1.61 m (0.02), waist circumference 78.6 cm (15.4), Foot Posture Index 3.5 (2.4), and lower limb alignment 1.8° (2.7). Ninety-three percent were right-footed and 91% were right-handed.

All missing data were accounted for. Four children declined to perform ankle dorsiflexion strength and 12 children were unable to perform cervical flexion and extension joint movements in accordance with the protocol. Ankle plantarflexors for 7 male adults and ankle dorsiflexors for 1 male adult were not assessed with hand-held dynamometry during periods of offsite calibration and servicing; 6 adults and 8 older adults were not assessed using fixed dynamometry due to safety concerns.

Normative reference values for the strength of 13 muscle groups per age category (children, adolescents, adults, and older adults) and sex are presented in table 1 and per decade in table e-1 at Neurology. org. From adolescence, male participants were significantly stronger in all muscle groups across all ages. There were no significant ($p < 0.05$) differences between the strength measures of boys or girls aged 3–9 years, except for shoulder internal rotators ($p = 0.031$), where boys were stronger. Correlations between strength and participant demographics and anthropometrics for children, adolescents, adults, and older adults are presented in table e-2. In children and adolescents, strength and age were highly correlated ($p < 0.05$), confirming that children become significantly stronger as they age from childhood and through adolescence. From 20 years of age, the relationship between strength and age changed. In adults aged 20–59 years, reduced strength with age was evidenced by significant, although weak, correlations with hand grip, ankle dorsiflexors, knee flexors and extensors, and shoulder external rotators. In older adults, decreased strength with increasing age was evidenced in all muscle groups. All muscle groups across all age categories demonstrated that greater height, body mass, and waist circumference were significantly associated with greater strength. The changes in strength measures with advancing age are shown in figure 1. Table e-3 shows the results of the multiple analyses. In children, height, followed

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Figure 1**   Scatterplots of muscle strength vs age for 1,000 children and adults



by waist circumference, was the most significant predictor of strength. In adolescents, a combination of body mass, sex, and age were shown to be the strongest independent predictors of strength. Sex (male) was the most significant predictor of strength in adults, followed by height and body mass with lower predictive values. In older adults, sex (male) was the most significant predictor, with body mass, height, and age demonstrating lower predictive values.

Normative reference values for active range of motion per age category (children, adolescents,

adults, and older adults) and sex are presented in table 2 and per decade in table e-4. There was no significant difference ($p < 0.05$) in joint flexibility between boys and girls aged 3–9 years, except for hip internal rotation ($p = 0.017$), where girls had greater flexibility. Active range of motion was greatest in children compared to older adults. Figure 2 illustrates the inverse relationship between joint flexibility in all joints with age. Pearson correlations (table e-2) demonstrate that a decrease in flexibility with aging occurred in 8 of 13 joints of both adolescents and

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Table 2** Joint flexibility reference values of children (3–9 years), adolescents (10–19 years), adults (20–59 years), and older adults (60+ years)[a]

| Movement, degrees | Entire sample | 3–9 years | | 10–19 years | | 20–59 years | | 60+ years | |
|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Male | Female | Male | Female | Male | Female |
| Ankle dorsiflexion | 30 (6.7)[b] | 33 (7.2) | 31 (5.7) | 32 (5.7) | 31 (7.1) | 32 (6.1)[b] | 29 (6.4) | 31 (6.1)[b] | 26 (6.3) |
| Ankle plantarflexion | 59 (8.6)[b] | 63 (7.3) | 63 (9.2) | 58 (7.6)[b] | 63 (7.3) | 56 (7.5)[b] | 62 (8.9) | 53 (6.8)[b] | 57 (7.2) |
| Knee flexion | 137 (7.8) | 145 (5.5) | 144 (5.7) | 140 (6.7)[c] | 142 (6.6) | 136 (6.1) | 137 (6.2) | 133 (7.2) | 131 (8.1) |
| Knee extension | 1 (2.9) | 4 (3.3) | 4 (3.9) | 2 (2.6) | 2 (2.6) | 1 (2.3) | 2 (2.7) | −1 (2.4)[c] | 1 (1.6) |
| Hip flexion | 121 (11.8)[c] | 133 (9.1) | 133 (9.8) | 120 (9.9)[b] | 124 (10.2) | 120 (8.7)[b] | 123 (10.0) | 115 (10.7) | 114 (12.6) |
| Hip internal rotation | 37 (9.0)[b] | 40 (8.4) | 43 (9.1) | 37 (9.3) | 39 (7.7) | 36 (7.9)[b] | 40 (8.8) | 33 (8.0)[c] | 35 (8.4) |
| Hip external rotation | 28 (8.5)[b] | 32 (8.1) | 32 (9.2) | 31 (6.4) | 31 (9.1) | 30 (8.3)[b] | 27 (8.3) | 26 (7.0)[b] | 22 (6.7) |
| Elbow flexion | 148 (5.4)[b] | 146 (5.4) | 147 (5.8) | 148 (5.4)[c] | 150 (4.5) | 147 (4.9)[b] | 149 (5.4) | 146 (6.0)[b] | 149 (4.7) |
| Elbow extension | 3 (5.9)[b] | 7 (4.6) | 7 (5.1) | 4 (5.4)[b] | 7 (5.6) | 2 (5.0)[b] | 4 (5.1) | −1 (5.0)[c] | 0 (5.1) |
| Shoulder internal rotation | 62 (12.9)[b] | 67 (14.2) | 67 (13.2) | 62 (12.2) | 66 (12.3) | 58 (12.0)[b] | 63 (14.0) | 57 (11.0)[b] | 63 (11.6) |
| Shoulder external rotation | 83 (16.6) | 98 (12.2) | 99 (12.9) | 93 (12.4) | 93 (13.2) | 83 (13.2) | 83 (15.8) | 71 (12.2) | 72 (13.9) |
| Cervical flexion | 60 (12.6)[b] | 72 (13.5) | 68 (12.4) | 66 (12.3) | 64 (10.5) | 59 (10.8)[b] | 56 (10.2) | 55 (12.0) | 53 (10.6) |
| Cervical extension | 59 (19.5)[c] | 82 (16.0) | 80 (19.2) | 67 (13.8)[c] | 73 (15.3) | 58 (13.1)[c] | 61 (14.7) | 40 (12.3)[c] | 43 (13.3) |

[a] Mean values (SD).
[b] Significant ($p < 0.01$).
[c] Significant sex differences ($p < 0.05$).

adults and in 12 joints of older adults ($p < 0.05$). Greater body mass and waist circumference were associated with a decrease in joint flexibility from 10 years of age. The correlation between height and joint flexibility was strongest in adolescents, where taller individuals demonstrated less joint range of motion. From adolescence to older adulthood, a more pronated foot posture was associated with a greater range of ankle dorsiflexion. Lower limb alignment did not demonstrate any significant correlations, beyond very weak associations, with measures of flexibility in any age category. In children, 2 multiple regression models (see table e-4) reached significance (knee extension and neck extension) and revealed height as the most significant predictor. Age, waist circumference, and height were the strongest independent predictors of flexibility in adolescents. For all adults older than 20 years, age, sex, and waist circumference were the strongest predictors of joint flexibility.

**DISCUSSION** This study has established a comprehensive reference dataset of isometric muscle strength and joint flexibility in 1,000 healthy people aged 3–101 years. The associations between strength and flexibility measures with demographic and anthropometric variables within different age categories identified some important relationships. As expected, there is a highly significant increase in strength of all muscle groups as children rapidly develop through to early adulthood. From adulthood, this relationship changes and a decrease in muscle strength with aging starts

to occur; by older adulthood, all muscle groups demonstrate loss of strength with aging. From 10 years of age, a time of life coinciding with rapid growth and maturation, males are significantly stronger in all measures. In contrast, joint flexibility demonstrates a steady decline with age and no meaningful difference between males and females.

Our results are consistent with previous studies investigating isometric muscle strength in children[8,9] and adults.[12–14] However, direct comparison is limited by differences in age range, sample size, and muscle groups evaluated. Some studies report body mass as the strongest correlate with muscle strength in children,[8–11] while others demonstrate as we did that height showed the strongest relationship and was the most significant predictor of strength.[23,24] In adults, a decline in strength was most strongly associated with aging in 5 muscle groups (hand grip, ankle dorsiflexors, shoulder external rotators, knee flexors, and extensors), while in older adulthood all muscle groups demonstrated a significant decline in strength associated with aging. These results suggest a muscle-specific response to aging during adulthood and that generalized weakness does not occur until older adulthood. This highlights the importance of using age- and sex-matched reference data for specific muscle groups to avoid overrepresentation or underrepresentation of the force capabilities of a particular muscle group. Similar relationships between aging and muscle weakness have been reported in a limited number of adult studies.[12–14]

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Figure 2    Scatterplots of joint flexibility vs age for 1,000 children and adults**



© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

The association between waist circumference and strength and flexibility has not been reported previously. Waist circumference was identified as a significant predictor of flexibility in adolescents, adults, and older adults and of strength in children. Epidemiologic studies have identified an association between waist circumference and tendon pathology,[25] with preliminary evidence supporting either a mechanical effect (due to increased load) or systemic effect (due to circulating lipids).[26] The influence of adiposity on localized musculo-tendinous tissues in neuromuscular disorders will be an important factor to evaluate with the increasing rates of obesity in society.

Few studies report normative reference values for flexibility in children. Our normative reference values for adults are consistent with the literature.[3,4,7] We identified only one sex difference in the flexibility of children (namely hip internal rotation), and only small differences (2°–6°) between men and women from adolescence through to older adulthood. As such, sex does not seem to have a clinically important effect on the joint flexibility of healthy adolescents and adults. There is no consensus in the literature regarding sex differences and flexibility; some studies report, as we have, that there is no clinically relevant difference,[4] while others report sex differences.[5] We identified a linear decrease in joint flexibility associated with advancing age, consistent with the adult literature.[3] It is likely that in healthy individuals, joint flexibility declines gradually and steadily with age and a substantial or sudden decline should be considered indicative of an underlying pathology.

Studies characterizing the functional decline and rate of progression of neuromuscular disorders such as amyotrophic lateral sclerosis,[27] Duchenne muscular dystrophy,[28] and Charcot-Marie-Tooth disease[29] depend on hand-held dynamometry to capture and track relevant changes in muscle strength. Access to reliable and expansive normative reference values and associated age- and sex-matched z scores are necessary to accurately and precisely quantify response to new interventions and to establish minimum clinically important differences.

This study is not without limitation. Participants were recruited through convenience sampling methods and with the exclusion criteria of conditions affecting physical performance may have resulted in a population that were particularly healthy and physically capable for their age. While the mixed ethnicity of our sample is reflective of the Australian population, the ethno-geographic variation in strength and flexibility measures could not be established. The cross-sectional study design was effective in achieving our study aim of generating a reference dataset of strength and flexibility across the lifespan; however, the direction of some of the cause and effect relationships can only be identified in longitudinal studies that track the changes in these measures over time. Ankle plantarflexion strength in healthy adolescents and adults can only ever be estimated with hand-held dynamometry due to the very high force capability (often exceeding 1,000 N).[30] The reported reference values for ankle plantarflexors are likely to underestimate the force capabilities of this muscle group, and values should be used as a lower threshold for weakness in patients with neuromuscular and other neurologic disorders. Finally, the strength and flexibility reference values are specific to the Citec hand-held dynamometer and Baseline goniometer and inclinometer and may not be interchangeable with data obtained from other devices.

The normative reference data generated from this study can be used to determine the presence and extent of impairments associated with neuromuscular disorders and to monitor disease progression over time. The reference values and associated age- and sex-matched z scores can be used to develop outcome measures with enhanced precision and responsiveness to be used in clinical trials for neuromuscular and other neurologic disorders.

### AUTHOR CONTRIBUTIONS

Marnee J. McKay: study design, data collection, analysis and interpretation, drafting and revising the manuscript. Jennifer N. Baldwin: study design and data collection. Paulo Ferreira: study design and revising the manuscript. Milena Simic: study design and revising the manuscript. Natalie Vanicek: study design and revising the manuscript. Joshua Burns: study conceptualization and design, data interpretation, drafting and revising the manuscript.

### ACKNOWLEDGMENT

The authors thank John Eisenhuth for technical assistance, Ray Patton for calibration of the hand-held dynamometer, and the 1,000 volunteers.

### STUDY FUNDING

Study funded by National Health and Medical Research Council of Australia Centre for Research Excellence in Neuromuscular Disorders (NHMRC 1031893) and the Australian Podiatry Education and Research Foundation.

### DISCLOSURE

The authors report no disclosures relevant to the manuscript. Go to Neurology.org for full disclosures.

*Received July 14, 2016. Accepted in final form September 22, 2016.*

### REFERENCES

1. Lunn MP, Van den Bergh PY. Outcome measures in neuromuscular disease: is the world still flat? J Peripher Nerv Syst 2015;20:255–259.
2. Mercuri E, Messina S, Pane M, Bertini E. Current methodological issues in the study of children with inherited neuromuscular disorders. Dev Med Child Neurol 2008; 50:417–421.
3. Roach KE, Miles TP. Normal hip and knee active range of motion: the relationship to age. Phys Ther 1991;71:656–665.
4. Hallaceli H, Uruc V, Uysal HH, et al. Normal hip, knee and ankle range of motion in the Turkish population. Acta Orthop Traumatol Turc 2014;48:37–42.

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

5. Sengupta P, De S, Pal A, Maity P, Banerjee M, Dhara PC. Variation of range of joint motion in Bengalee (Indian) healthy adult subjects. J Life Sci 2012;4:123–133.

6. Boone DC, Azen SP. Normal range of motion of joints in male subjects. J Bone Joint Surg Am 1979;61:756–759.

7. Gunal I, Kose N, Erdogan O, Gokturk E, Seber S. Normal range of motion of the joints of the upper extremity in male subjects, with special reference to side. J Bone Joint Surg Am 1996;78:1401–1404.

8. Backman E, Odenrick P, Hendriksson KG, Ledin T. Isometric muscle force and anthropometric values in normal children aged between 3.5 and 15 years. Scand J Rehab Med 1989;21:105–114.

9. Beenakker E, Van der Hoeven J, Fock J, Maurits N. Reference values of maximum isometric muscle force obtained in 270 children aged 4–16 years by hand-held dynamometry. Neuromuscl Disord 2001;11:441–446.

10. Eek MN, Kroksmark A-K, Beckung E. Isometric muscle torque in children 5 to 15 years of age: normative data. Arch Phys Med Rehabil 2006;87:1091–1099.

11. Hébert LJ, Maltais DB, Lepage C, Saulnier J, Crête M. Hand-held dynamometry isometric torque reference values for children and adolescents. Pediatr Phys Ther 2015;27:414.

12. Andrews AW, Thomas MW, Bohannon RW. Normative values for isometric muscle force measurements obtained with hand-held dynamometers. Phys Ther 1996;76:248–259.

13. Bäckman E, Johansson V, Häger B, Sjöblom P, Henriksson K. Isometric muscle strength and muscular endurance in normal persons aged between 17 and 70 years. Scand J Rehab Med 1995;27:109–117.

14. Bohannon RW. Reference values for extremity muscle strength obtained by hand-held dynamometry from adults aged 20 to 79 years. Arch Phys Med Rehabil 1997;78:26–32.

15. Meldrum D, Cahalane E, Conroy R, Fitzgerald D, Hardiman O. Maximum voluntary isometric contraction: reference values and clinical application. Amyotroph Lateral Scler 2007;8:47–55.

16. Van der Ploeg R, Fidler V, Oosterhuis H. Hand-held myometry: reference values. J Neurol Neurosurg Psychiatry 1991;54:244–247.

17. Danneskiold-Samsøe B, Bartels E, Bülow P, et al. Isokinetic and isometric muscle strength in a healthy population with special reference to age and gender. Acta Physiol 2009;197:1–68.

18. Hogrel J-Y, Payan CA, Ollivier G, et al. Development of a French isometric strength normative database for adults using quantitative muscle testing. Arch Phys Med Rehabil 2007;88:1289–1297.

19. The National Isometric Muscle Strength (NIMS) Database Consortium. Muscular weakness assessment: use of normal isometric strength data. Arch Phys Med Rehabil 1996;77:1251–1255.

20. McKay MJ, Baldwin JN, Ferreira P, et al. 1000 Norms Project: protocol of a cross-sectional study cataloguing human variation. Physiotherapy 2016;102:50–56.

21. Redmond AC, Crosbie J, Ouvrier RA. Development and validation of a novel rating system for scoring standing foot posture: the Foot Posture Index. Clin Biomech 2006;21:89–98.

22. Winter DA. Biomechanics and Motor Control of Human Movement. New York: John Wiley & Sons; 2009.

23. Hogrel JY, Decostre V, Alberti C, et al. Stature is an essential predictor of muscle strength in children. BMC Musculoskel Disord 2012;13:176.

24. Macfarlane TS, Larson CA, Stiller C. Lower extremity muscle strength in 6-to 8-year-old children using hand-held dynamometry. Pediatr Phys Ther 2008;20:128–136.

25. Gaida JE, Ashe MC, Bass SL, Cook JL. Is adiposity an under-recognized risk factor for tendinopathy? A systematic review. Arthritis Care Res 2009;61:840–849.

26. Scott A, Zwerver J, Grewal N, et al. Lipids, adiposity and tendinopathy: is there a mechanistic link? Crit Rev Br J Sports Med 2015;49:984–988.

27. Shefner JM, Liu D, Leitner ML, et al. Quantitative strength testing in ALS clinical trials. Neurology 2016;87:617–624.

28. Kirschner J, Schessl J, Schara U, et al. Treatment of Duchenne muscular dystrophy with cyclosporine A: a randomised, double-blind, placebo-controlled multicentre trial. Lancet Neurol 2010;9:1053–1059.

29. Cornett KM, Menezes MP, Bray P, et al. Phenotypic variability of childhood Charcot-Marie-Tooth disease. JAMA Neurol 2016;73:645–651.

30. Kelln BM, McKeon PO, Gontkof LM, Hertel J. Hand-held dynamometry: reliability of lower extremity muscle testing in healthy, physically active, young adults. J Sport Rehabil 2008;17:160.



## *Neurology*® Online CME Program

Earn CME while reading *Neurology*. This program is available only to online *Neurology* subscribers. Simply read the articles marked CME, go to Neurology.org, and click on CME. This will provide all of the information necessary to get started. The American Academy of Neurology (AAN) is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor continuing medical education for physicians. *Neurology* is planned and produced in accordance with the ACCME Essentials. For more information, contact AAN Member Services at 800-879-1960.

© 2016 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

# Exhibit 24



## Can transgender women play rugby?

- Transgender women who transitioned pre-puberty and have not experienced the biological effects of testosterone during puberty and adolescence can play women's rugby (subject to confirmation of medical treatment and the timing thereof)
- Transgender women who transitioned post-puberty and have experienced the biological effects of testosterone during puberty and adolescence cannot currently play women's rugby
- Transgender women can play mixed-gender non-contact rugby
- World rugby are committed to ongoing evaluation of the guidelines and will remain current on all published research that pertains to the biological and physiological implications of testosterone suppression, with a formal review of the Guideline every three years. In support of this, World Rugby will prioritise support for high quality research projects on transgender rugby players, as part of this commitment to evidence-based guidelines.

## Why can't transgender women play women's rugby?

## Effects of testosterone

Where reference is made to "females" and "males" to explain the effects of testosterone, the references are used to diffe



Testosterone is an androgenic-anabolic hormone whose functions include reproductive maturation, along with the genesis of male secondary sex characteristics. From puberty onwards, testosterone levels increase 20-fold in males, but remain low in females, resulting in circulating testosterone concentrations at least 15 times higher in males than in females of any age [1,2]. Among the biological changes initiated by testosterone and its derivatives are:

- Larger and denser lean muscle mass [3,4];
- Greater force-producing capacity of skeletal muscle [5,6];
- Stiffer connective tissue [7];
- Reduced fat mass and different distribution of body fat and lean muscle mass [3];
- Longer, larger and denser skeletal structure [8,9];
- Changes to cardiovascular and respiratory function that include higher haemoglobin concentration, greater cross-sectional area of the trachea and lower oxygen cost of respiration (as described in [1,10-12]).

Collectively, these biological differences account for large sporting performance differences between males and females. These include gaps between 9% and 15% for running, swimming and jumping events [13], between 15% and 35% for functional tasks like kicking, throwing, bowling and weightlifting, and in excess of 50% for tasks that involve upper body force production [10], since the biological effects of testosterone creates disproportionately greater strength on their upper compared to lower body, while females show the inverse [14,15]. In weight-lifting events, for instance, even when matched for mass and stature, males lift approximately 30% more weight than females. Evaluated differently, males are able to lift weights similar to females who weigh 30% to 40% more than them [10]. Functional movements such as explosive jumping are similarly larger in elite males than females, with approximately 30% more power generated during a counter movement jump [10].

The result of these biological differences is that males outperform females in all sporting activities where speed, size, power, strength, cardiorespiratory and anthropometric characteristics are crucial determinants of performance. This is true for many thousands of boys and men who have undergone a testosterone-

GLOBAL PARTNERS
macron    HSBC    Emirates

performance differences varies depending on the contributions made by each of the  biological variables to performance, and indeed, some may be detrimental to performance in some events (mass during endurance running or cycling events, for example).  Generally, however, there is no overlap in performance between males compared to females at all matched levels of competition from high school to the elite level. The performance disparity is illustrated by the observation that thousands of teenage boys and adult males are able to outperform the very best biological females every year [13].

Similar performance differences between males and females have been described in non athletically trained individuals. Males have muscle mass 30% to 40% greater than females [4], maximal cardiorespiratory capacities (VO2max) 25% to 50% greater than in females [17], cardiovascular parameters between 11% and 43% greater than in females, lower limb strength approximately 50% higher than in females across the lifespan, and upper body strength 50% to 100% higher than in age-matched females [6]. Even when elite females, trained in sports where grip strength is an important component of performance Uudo and handball), do not outperform untrained males in a grip strength task, with the very best female performance corresponding to approximately the 58 [th] percentile for males, and a 26% advantage for untrained males compared to typical elite females. Punching performance, a composite movement reliant on strength, power, co-ordination  and mass, has been found to be 162% higher in males than in females [18], and 17-year old boys are able to throw a ball further than 99% of adult females [19].

## Biological consideration for rugby union

The implications of biological and performance differences for rugby are two-fold. First, significant differences in strength, size, speed and power have potential consequences for the  safety of participants in rugby, where much of  the  sport involves contacts in the  form of tackles, rucks and mauls, as well as numerous periods of high force production during static contests for the ball, such as the scrum and ruck. Given the documented risk of injury in rugby from contact events in particular [20-24], the elevated possibility of all injuries, including serious injury, from large disparities in size, speed, power, and force, is of concern. Recent modelling of  tackles using validated biomechanical models  [25,26]  suggests that the



greater risks for smaller and slower players, particularly when size and speed exist in combination.

Given that the typical male player mass is 20% to 40% greater than typical women mass, that males have strength 40% to 80% greater (unadjusted for mass), and that men are 10% to 15% faster than women despite being heavier, the risk of injury created by large imbalances in mass and speed may be considered significant. To explore this, we assessed the range of masses of players at the international level and applied the findings to a biomechanical model to explore possible implications for injury risk should cross-over scenarios occur.

With respect to mass, we documented the range of sizes of elite men's and women's players from the 2011 Rugby World Cup up to the 2019 Rugby World Cup, finding:

- Typical (median) men's players are 41.1% heavier than typical women's players (103 kg vs 73 kg)
- Among forwards, the heaviest 1% of women players are smaller than the typical men's forward (109kg for women vs 112kg for men)
- The heaviest 1% of women's backs are smaller than typical men's backs (89kg vs 92kg)
- The lightest 1% of men's forwards are approximately equal in mass to the heaviest 10% of women's forwards, while the lightest 2% of men's backs are approximately equal to the heaviest 10% of women's backs
- Figure 1 below shows the frequency histograms for men's and women's players in forward and back positions



*Figure 1: Frequency histograms of mass of forwards (left panel) and backs (right panel) in elite men's and women's rugby players. Dotted lines indicate the 50th percentile, while dashed lines indicate the 98th percentile for each group.*

## Implications for injury risk - head injury models

The differences observed between men and women with respects to mass may be combined with differences in speed to create a theoretical framework in which the inertial load and forces faced by smaller and slower player is significantly greater when in contact with a larger, faster player. this model is intended for illustrative purposes and demonstrates the impact of only one variable known to differ between biological males and females - namely mass - on head injury risk, in a basic parametric model, absent force application and complex movements, as a preliminary impact analysis. the principles illustrated by the model would apply to other injuries. The addition of speed, and strength or force exerted during contact would further increase the implications of the findings of this illustrative model, summarized below.

The representative figure below illustrates the concept of mass disparity as a risk of injury for ball carriers. It depicts the linear acceleration (A), angular acceleration (B), neck force (C) and neck moment (D) experienced by ball carriers of different masses when tackled by players with different masses. Using the known masses of international rugby player, the position of the average male (M50) and average female (F50) are plotted on each heat map. F90 shows the scenario where a tackler (T) corresponds to the 90th percentile for women's mass (see Figure 1) tackles a typical female mass ball carrier (BC). X indicates the hypothetical cross-over scenario in which a typical male tackler mass is involved in a tackle against a ball carrier with a typical female mass.





**GLOBAL PARTNERS**

*Figure 2. Graphical representations of linear acceleration (A), angular acceleration (B), neck force (C) and neck moment (D) for ball carriers of different masses during tackles by tacklers with different masses. Mso and Fso show the modelled situation when typical/median players tackle one another for men and women, respectively. F90 represents a female ball-carrier with typical mass against a tackler in the heaviest 10% of women's body mass. X denotes the cross-over situation that would hypothetically occur for a tackler at the men's median mass tackling a typical female ball carrier*

The modelling shows that a tackle involving players with typical or average mass produces slightly greater accelerations and forces in men (Mso) than in women (Fso). This is a function of the higher mass of men's players. Head and neck kinematic and kinetic variables increase significantly when the heaviest 10% of women's body mass is used for the tackler against a typical ball carrier (F90), but this extreme "within female-bodied" scenario produces smaller kinetic and kinematic outcomes than if the hypothetical cross-over scenario were to occur, where an average male-bodied player is the tackler and the average female-bodied player the ball carrier **(X).** The magnitude of the increase in neck forces, moments and accelerations for the ball carrier is between 20% and 30% for typical cross-over scenario compared to the typical female vs female scenario, and is 10% greater for the male-bodied vs female-bodied crossover scenario than a tackle where the heaviest 10% of women are matched against typical women's mass (F90).





GLOBAL PARTNERS

compared to the typical tackle scenario in women's rugby. The magnitude of these extreme head accelerations and neck forces are not seen in women and are created by cross-over of male-bodied players to women's rugby. Similar differences are seen when examining the accelerations and forces for the tackler's head and neck.

The magnitude of the known risk factors for head injury are thus predicted by the size of the disparity in mass between players involved in the tackle. The addition of speed as a biomechanical variable further increases these disparities, which is relevant given that male players weighing 103kg (the median for men) would be expected to run between 10% and 15% faster than typical female players (mass 73kg), and thus considerably faster than female players who are heavier than the median (eg females at the 90 [th] percentile, Fig 1). This would further compound the disparity created.

Next, it is important to also consider that these models do not account for the ability of players to actively exert force at high rates during tackles. This would be a function of power and strength, which are similarly known to be 30% to 80% greater in biological males than females. When these active applications of force during contact are added to the mass and speed characteristics illustrated and described above, the resultant neck and head forces and accelerations will increase even further, such that the illustrative model shown above depicts the smallest possible risk increase for typical players involved in a tackle as a result of mass alone. The addition of speed and force disparities will increase the magnitude of these risk factors beyond the 20% to 30% we illustrate above.

The implication of these increases is complex to quantify but would result in increased injury risk for the player experiencing the elevated risk outcomes (force and acceleration). This is because head injuries occur when forces and accelerations on the head and neck reach a threshold necessary to cause injury, and which is unique to each tackle situation. A tackle situation that typically produces risk factors within 20% of this threshold would, in the circumstance of a typical male-bodied vs typical female-bodied player illustrated above, be sufficiently increased to cause an injury. The higher risk scenario involving heavier male-bodied players would further increase injury likelihood, since all tackle situations that normally produce kinetic and kinematic variables within 40% to 50% of an injury threshold would now exceed it, a



GLOBAL PARTNERS

causing head injury.

Finally, it must also be considered that the ability to withstand or tolerate forces on the head and neck are required to avoid brain injury.  This is the reason neck strength is critical in injury prevention. Since the strength disparities between males and females is so large, including a 50% lower neck isometric strength in females, the reduced ability of female players to tolerate or withstand the forces in tackles is a further risk factor for injury, including head injury as described above, but relevant to all injuries where the rapid application of force or load are responsible for injury.

## Implications for injury risk - scrum forces

The implication of greater mass and force-producing ability in males can be seen in forces measured during scrums in both elite and community level rugby. Research on the forces applied during scrums shows that at the elite level, males produce approximately twice the peak force of females in the scrum. Even at the community level, where peak force is 30% lower than in the elite game, males produce approximately 40% greater peak force during scrums than elite females. Given that force producing and receiving ability is likely to be significantly lower in female community players, the implication is that men's community level rugby scrums will be considerably more forceful than women's community  level scrums.

The risk of particularly serious and catastrophic  injuries during scrums has led to a number of law changes specifically designed to depower the scrum to reduce injury risk. This risk would be amplified by large mismatches in strength between opposing players, since the force applied must be withstood by a direct opponent. This is an illustration of how mismatches in strength and size are directly responsible for forces that result in injury.





GLOBAL PARTNERS

It must be noted that the actual testosterone level, measurable in the body, is not a strong predictor of performance within men and within women [27-29]. This is because performance is multifactorial, and testosterone's androgenizing effects contribute to, but do not solely influence the biology and resultant performance outcomes within a group who are able to utilize it. The biological basis for male vs female differences is thus the result of testosterone, but it does not necessarily follow that within men and within women, the hormone is a predictor of performance.

Further, differences in the sensitivity to testosterone between individuals mean that a given level of testosterone is not a sensitive or specific predictor of performance within each group (males and females). This is in part because most males have elevated levels and some degree of sensitivity, while the level in females is significantly lower and rarely exceeds even the very low end of the male range [1]. Therefore, in two homogenous groups that are matched for either the presence or absence of a given variable (males and females for the presence or absence of testosterone, in this case), the predictive value of that variable within a group is greatly diminished, the same way that V02max is a significant predictor of running or cycling performance across the whole population, but not within a group of elite marathon runners or cyclists, who are already relatively homogenous for that characteristics [30]. Similarly, height is clearly advantageous for professional basketball, but within the National Basketball Association (NBA), where height has already been selected for and participants are in the extreme upper end of the overall population for that characteristic [31], it becomes a poorer predictor of performance.

However, when the same question -does testosterone predict performance across humans of both sexes - is asked of binary categories (males vs females in sport, rather than within males or females), then the predictive power of testosterone is strong, because "high testosterone" during adulthood is a very reliable indicator that the androgenizing effects of testosterone have occurred earlier during life. When understood and assessed this way, testosterone is necessary for peak performance (since the top performers within humans are all male), but it is not sufficient to attain it. It is here that the almost perfect sensitivity of biological sex emerges, since in a ranking list of the top thousand performances in sport, every year, every single one will be biologically male.



In summary, across all performance levels and ages after puberty, testosterone is primarily (though not exclusively) responsible for  very large typical differences  in the  biology of males and females, and consequently, performances between the sexes. These are summarized in Figure 3 below, which combines the biological differences between males and females with their performance implications, and is reproduced from a recent article currently in review [10].

### Figure 3: Summary comparison of biological (left table) and performance (right figure) differences between males and females for a range of biological variables and physical activities/events. Reproduced from Hilton & Lundberg [10]

Given that the women's category exists to ensure protection, safety and equality for those who do not benefit from the biological advantage created by these biological performance attributes, the relevant and **crucial question is whether the suppression  of  testosterone for a period of 12 months, currently required for transgender women participation in women's sport, is sufficient to remove the biological differences summarized above?**





Current policies regulating the inclusion of transgender women in sport are based on the premise that reducing testosterone to levels found in biological females is sufficient to remove many of the biologically-based performance advantages described above. However, peer-reviewed evidence suggests that this is not the case, and particularly that the reduction in total mass, muscle mass, and strength variables of transgender women may not be sufficient in order to remove the differences between males and females, and thus assure other participants of safety or fairness in competition.

Based on the available evidence provided by studies where testosterone is reduced, the biological variables that confer sporting performance advantages and create risks as described previously appear to be only minimally affected. Indeed, most studies assessing mass, muscle mass and/or strength suggest that the reductions in these variables range between 5% and 10% (as described by Hilton & Lundberg [10]). Given that the typical male vs female advantage ranges from 30% to 100%, these reductions are small and the biological differences relevant to sport are largely retained.

For instance, bone mass is typically maintained  in transgender  women over the  course of at least 24 months of testosterone suppression,  with some evidence even indicating small but significant increases in bone mineral density at the lumbar spine [32-34]. Height and other skeletal measurements such as bone length and hip width have also not  been shown to change with testosterone suppression, and nor is there any plausible biological mechanism by which this might occur, and so sporting advantages due to  skeletal differences between males and females appear unlikely to change with testosterone reduction.

With respects to strength, **1** year of testosterone suppression and  oestrogen supplementation has been found to reduce thigh muscle area by 9% compared to baseline measurement [35]. After 3 years, a further reduction of 3% from baseline measurement occurred [36]. The total loss of 12% over three years of treatment meant that transgender women retained significantly higher thigh muscle size (p<0.05) than the baseline measurement of thigh muscle area in transgender men (who are born female  and experience female puberty), leading to a conclusion that testosterone suppression in transgender women does not ... e muscle size to female levels [36].



**GLOBAL PARTNERS**

find that **1** year of testosterone suppression to female typical reference levels results in a comparatively modest loss of lean body mass (LBM) or muscle size, with consistent changes between 3% and 5% reduction in LBM after 1 year of treatment (as summarized from source research studies by Hilton & Lundberg [10]).

Muscle force-producing capability is reduced after testosterone suppression, though as appears to be the case for muscle/lean mass, these reductions are considerably smaller in magnitude that the initial male-vs-female differences in these variables. For instance, hand-grip strength was reduced by 7% and 9% after **1** and 2 years, respectively, of cross hormone treatment in transgender women [39], and by 4% in 249 transwomen after 1 year of gender-affirming treatment, with no variation between different testosterone levels, age or BMI tertiles [45]. Transgender women retained a 17% grip-strength advantage over transgender men at baseline measurement, with a similarly large, retained advantage when compared to normative data from a reference or comparison group of biological females.

Most recently, Wiik et al found that isokinetic knee extension and flexion strength were not significantly reduced in 11 transgender women after 12 months of testosterone suppression, with a retained advantage of 50% compared to a reference group of biological females and the group of transgender men at baseline [41]. This absence of a reduction in strength occurred in conjunction with a 4% to 5% reduction in thigh volume, and no difference in the contractile density of the muscle, which suggests that the reduction of testosterone for a period of a year had no effect on the force-producing capacity per unit of cross sectional area [41], a variable that is known to be higher in males than females.

In conclusion, longitudinal research studies that have documented changes in lean mass, muscle mass/area and strength show consistently that small decreases occur as a result of testosterone suppression, with a resultant relatively large retained advantage in these variables compared to a group of biological females.





**GLOBAL PARTNERS**

Testosterone exerts significant biological effects on biological males during puberty and adolescence. This creates large differences in strength, mass, speed, power, and endurance capacity. In turn, these create player welfare concerns and performance inequality in rugby, given the importance of physical contact and strength in the sport. Longitudinal research studies on the effect of reducing testosterone to female levels for periods of 12 months or more do not support the contention that variables such as mass, lean mass and strength are altered meaningfully in comparison to the original male-female differences in these variables. The lowering of testosterone removes only a small proportion of the documented biological differences, with large, retained advantages in these physiological attributes, with the safety and performance implications described previously. There is currently no basis with which safety and fairness can be assured to biologically female rugby players should they encounter contact situations with players whose biologically male advantages persist to a large degree.

While there is overlap in variables such as mass, strength, speed and the resultant kinetic and kinematic forces we have modelled to explore the risk factors, the situation where a typical player with male characteristics tackles a typical player with female characteristics increases the magnitude of known risk factors for head injuries by between 20% and 30%. In the event of smaller female players being exposed to that risk, or of larger male players acting as opponents, the risk factors increase significantly, and may reach levels twice as large, at the extremes. The basis for regulation is the typical scenario, though risk mitigation must be mindful of the potential for worst-case scenarios that may arise. Both are deemed unacceptably high, because they would result in a number of tackle situations that currently lie beneath a threshold required to cause injury increasing to exceed that threshold.

Thus, it is on the basis of male vs female biological differences, combined with no evidence for removal of their implications for safety and performance, that the guideline is that trans women should not compete in women's rugby.





GLOBAL PARTNERS

It is acknowledged that the published studies currently available on testosterone suppression and physiological changes (compiled and described in Hilton and Lundberg, 2020 and reviewed individually in the proposed policy document) have been conducted in untrained transgender women. This invites questions over the validity and generalizability of the studies to a sports-playing population.

This is a valid question, and it is acknowledged that research is required to fully address questions arising out of this limitation. World Rugby is committed to supporting high quality research proposals in this area, should they be submitted as part of World Rugby's Research programme.

However, this limitation can also be assessed within an understanding of the physiological implications of trained compared to untrained individuals undergoing testosterone suppression. The application of insights from complementary studies leads to a conclusion that the available research is in fact sufficient to arrive at firm conclusions about safety, performance and retained advantages, and thus the recognized limitations are not sufficient to refrain from drawing a conclusion on the likely implications of the transgender research for athletes.

In assessing this issue, two primary questions may be asked:

1. How would training undertaken during the process of testosterone suppression affect the changes observed in muscle and lean body mass, and strength variables, compared to studies done in individuals who do not perform training?
2. How would training prior to a period of testosterone suppression influence:
1. The baseline or pre-suppression measures for muscle mass and strength in transgender women, and thus the differences in these variables compared to a reference or control group of biological women (cisgender women)?
2. The likely "end-point" for muscle and lean body mass as well as strength after the testosterone suppression for a period of at least twelve months, once again compared to a reference or comparison of cisgender women?



**GLOBAL PARTNERS**

**Training during the intervention to lower testosterone levels** can reduce, eliminate, and even reverse any losses in muscle and lean body mass, muscle volume, and muscle strength. This is supported by evidence from various study models in which biological males reduce testosterone to within the female range, and are able to maintain or even increase these physiological variables through training [46-48].

> The implication is that any performance decline as a result of androgen deprivation is minimized or eliminated, and so the studies cited in support of the World Rugby Guideline, while conducted on non-training individuals, establish the minimum possible retained advantage for trans women. That is, they establish that in the absence of training during testosterone suppression, an advantage is retained compared to cisgender women. That advantage is either the same, or very plausibly increased as a result of training.

**Training prior to the intervention** will cause increased muscle mass and strength variables at baseline. This means that the initial or "pre-suppression" differences in these variables compared to biological females will be greater than in an untrained trans woman. This rebuts the assertion that trans women are weaker, less muscular and thus more similar to biological females at baseline, within a sporting context, since the transgender woman being considered by World Rugby is much more likely to be trained (or will train once transition begins, as described above).

> Further, once the period of testosterone suppression begins, then the degree to which muscle mass and strength decreases may be either the same or relatively greater in the trained trans women as a result of this higher baseline. Even if the relative loss of muscle mass and strength are higher than in untrained trans women, it is inconceivable, and even physiologically impossible, that a pre-trained athletic trans woman is going to lose so much muscle mass and strength that they end at a point where they are less muscular/lean and weaker than a theoretically untrained (and even 'self-starved') transgender woman.



advantage for a pre-trained trans woman. The effect of training can only be to  increase this value or to  achieve the  same value of X percent retained advantage, but it cannot reduce it further, unless one argues that a trained trans woman will lose so much lean mass and strength that they end up weaker and less muscular than a completely non-athletic individual.

Finally, it is relevant that studies comparing untrained biological males and highly trained females, males retain an advantage despite the training status of biological females. For instance, in a study on grip strength, the strongest elite athletically trained females in sports where grip strength is a performance advantage Uudo and handball) are only as strong as untrained biological males at the 58th percentile, with a 26% difference in strength between typical elite females  and typical untrained males  [49].  Similarly, Morrow & Hosler (1981) found that untrained college-aged males were more than twice as strong as trained female basketball and volleyball players in a bench press task, with the top 5% strongest trained females equal in strength to the weakest 14% of untrained males This establishes that pre-trained biological females can increase strength beyond that of untrained females, but still do not compare to untrained biological males.

The implication is also that since even typical untrained biological males have a large strength advantage compared to elite and trained females, studies that have documented only small reductions in strength and thus persistence of strength  advantages  with androgen deprivation in untrained biological males (as in Kvorning et al [46], Chen et al [47] and in studies on transgender women cited herein) should be considered relevant for establishing the smallest possible retained advantage that would exist in the absence of training.  As described above, and in studies where training is conducted while testosterone is suppressed [46-48], the advantage will only remain this size or increase.

Finally, it is also recognized  that not all sports are affected similarly by the variables  we have weighted as crucial for rugby (size, strength, speed, power). Indeed, in some sports, excess mass may be disadvantageous, and thus the model for retained advantage and persistent risk may present differently for different physical activities.



GLOBAL PARTNERS

physiological and performance advantages and those to whom it does not are removed sufficiently to enable participation of transgender women in women's rugby. At the present time, however, based on the best published scientific evidence, that position is unsupported.

The referenced research used to support this position can be viewed **here**.

## Conclusion - Testosterone, Welfare and Performance

Having considered all of the currently available information, the working group determined that the best evidence **currently** available means that those who experienced the biological effects of testosterone during puberty and adolescence cannot safely or fairly compete in women's rugby. That means that currently, transgender women may not compete in women's rugby.

World Rugby is committed to encouraging transgender people to remain involved with rugby and is currently funding research to continue to review any evidence that may emerge to enable the participation of transgender women in women's rugby. Details of the research currently underway, along with details of how to apply for research funding for those who may be interested, is available **here**.

## How do I stay involved in rugby if I can no longer play in the category that I want to?

World Rugby acknowledges that the introduction of this Guideline will mean that some players can no longer play in the  category that they want to.  It  is possible that will change in the future and World Rugby is funding research to  try  to  find out if there are ways to allow that safely and fairly (see **here** for details).  In the meantime, there are many other ways to stay involved with rugby:

- Other forms of the game: Many forms of non-contact Rugby exist such as: Tag; Touch; Flag etc all have en



courses  for coaches of children, adolescents, and adults. All courses are open to any participant.

- Refereeing: For many people who may not be able to play, refereeing is a viable alternative to stay close to the game. World Rugby and its member Unions offer several introductory courses and a pathway exists in all Unions for fast-tracking talented

- Administration: All clubs rely on volunteer administrators. As individuals enter the latter stages of the long-term participant model, then administration becomes a realistic outlet for many. A number of Unions have dedicated support resources for individuals who wish to pursue this path of staying involved.

World Rugby is currently exploring the possibility of an "open category" of rugby in which any player could play, regardless of gender identity. World Rugby has committed to exploring this option with its Unions, Associations, International Rugby Players, and trans advocate groups including Gendered Intelligence and International Gay Rugby.

## What if I have concerns about safety or fairness relating to someone I am playing with or against?

It is important to note that many people do not meet cultural or local norms or stereotypes related to the expression of gender identity. All players and Unions ought to take care to consider this when raising any concerns about another player. In the event that a player or Union has a genuine concern about safety or fairness in relation to another player, the concern should be dealt with as follows:

1. The concerned person should raise their concerns with their Union's Chief Medical Officer (CMO).
2. The Union's CMO should carefully consider the concerns raised, in the context of all of the known facts and if having done so, the CMO determines that the concerns are not frivolous or vexatious, the CMO should contact the World Rugby CMO setting out the basis for the
3. The World Rugby CMO will engage with the CMO of the Union of the player about whom the concerns have been raised, ensuring confidentiality for the player and involved team-mates and opponents throughout the



GLOBAL PARTNERS

5. In some circumstances, such appropriate actions may include a recommendation that a standardised endocrinological assessment be performed [Appendix].

6. For the avoidance of doubt, no player should or would be forced to undergo any medical or other assessment. It  is a player's responsibility to decide on whether he or she wishes to proceed with any assessment. However, it should be noted that deciding not to participate in an assessment, having been requested to do so, may have consequences in terms of the player's eligibility to participate in the category of competition that is consistent with his/her/their gender identity, since it may not be possible to determine whether issues of safety or fairness arise without such assessment.

# Exhibit 25



**STATE OF ARIZONA**

Douglas A. Ducey
GOVERNOR

**OFFICE OF THE GOVERNOR**

EXECUTIVE OFFICE

March 30, 2022

The Honorable Katie Hobbs
Secretary of State
1700 W. Washington, 7th Floor
Phoenix, AZ 85007

RE: Senate Bill 1138 irreversible gender reassignment surgery; minors & Senate Bill 1165
interscholastic; intramural athletics; biological sex

Dear Secretary Hobbs,

Today I signed S.B. 1138 and S.B. 1165, legislation to protect participation and fairness for
female athletes, and to ensure that individuals undergoing irreversible gender reassignment
surgery are of adult age. This legislation is common-sense and narrowly-targeted to address these
two specific issues — while ensuring that transgender individuals continue to receive the same
dignity, respect and kindness as every individual in our society.

S.B. 1138 delays any irreversible gender reassignment surgery until the age of 18. The reason is
simple, and common sense – this is a decision that will dramatically affect the rest of an
individual's life, including the ability of that individual to become a biological parent later in life.

Distinguishing between an adult and a child in law, as this bill does, is not unique. Throughout
law, children are protected from making irreversible decisions, including buying certain products
or participating in activities that can have lifelong health implications. These decisions should be
made when an individual reaches adulthood. Further, many doctors who perform these
procedures on adults agree it is not within the standards of care to perform these procedures on
children.

The irreversible nature of these procedures underscores why such a decision should be made as
an adult, not as a child, and further supports the importance of this legislation.

S.B. 1165 creates a statewide policy to ensure that biologically female athletes at Arizona public
schools, colleges, and universities have a level playing field to compete. This bill does not deny
student-athletes the eligibility to play on teams not designated as "female," and it doesn't impact
club sports leagues offered outside of schools. Every young Arizona athlete should have the

opportunity to participate in extracurricular activities that give them a sense of belonging and allow them to grow and thrive.

This legislation simply ensures that the girls and young women who have dedicated themselves to their sport do not miss out on hard-earned opportunities including their titles, standings and scholarships due to unfair competition. This bill strikes the right balance of respecting all students while still acknowledging that there are inherent biological distinctions that merit separate categories to ensure fairness for all.

Sincerely,

Douglas A. Ducey
Governor
State of Arizona


cc: The Honorable Karen Fann
    The Honorable Rusty Bowers
    The Honorable Warren Petersen
    The Honorable Nancy Barto