Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT HORNE'S AND PERMISSIVE INTERVENORS' NEW EXPERT DECLARATIONS AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBITS AND AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

Plaintiffs object to Defendant Horne's and Permissive Intervenors' new expert declarations filed yesterday as exhibits related to Plaintiffs' Motion for Preliminary Injunction. (Dkts. 87-4, 87-5, 87-6, 92-8, 92-9).  In light of this objection, Plaintiffs respectfully move this Court for leave to file supplemental exhibits in support of Plaintiffs' Motion for a Preliminary Injunction as well as any related amendments to their Proposed Findings of Fact and Conclusions of Law in advance of the preliminary injunction hearing scheduled in this matter on July 10, 2023.

On June 29, 2023, Defendant Horne filed two new declarations from Emma Hilton and Linda Blade. (Dkts. 92-8, 92-9).  Neither Dr. Hilton nor Dr. Blade have submitted declarations in this case previously, and Plaintiffs have thus had no opportunity to consider or respond to their testimony.  The Hilton and Blade Declarations should have been filed by May 18, 2023, in accordance with the briefing schedule that Defendant Horne stipulated to and which this Court so ordered.  (Dkts. 20, 25).  In the six weeks since that deadline, Defendant Horne did not seek leave of this Court to file expert declarations after the agreed-upon deadline.

Also on June 29, 2023, Permissive Intervenors filed two "rebuttal" expert declarations and one "supplemental" expert declaration. (Dkts. 87-4, 87-5, 87-6.)  All three declarants had already submitted declarations on May 18, 2023.  (Dkts. 38-3, 38-4, 38-5).  Permissive Intervenors are not entitled to a sur-reply on Plaintiffs' Motion for a Preliminary Injunction under either the Local Rules or the Federal Rules of Civil Procedure, nor did they seek leave of this Court to do so.  *See* LRCiv. 7.2(b)-(d). Permissive Intervenors had four weeks to request such leave.

Defendant Horne's and Permissive Intervenors' submission of these new expert declarations at the eleventh hour, without seeking leave of this Court, is improper. Given the extent of new information presented in these five declarations and in light of the prejudice that Plaintiffs would suffer in the absence of an opportunity to respond, Plaintiffs respectfully move the Court for leave to file supplemental expert

declarations and any related amendments to Plaintiffs' Proposed Findings of Fact and Conclusions of Law not later than July 7, 2023.

Respectfully submitted this 30th day of June, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.
