Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:    (602) 640-9050
Email:          cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>        Plaintiffs,<br><br>v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>        Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL EXHIBIT TO PLAINTIFFS' EXHIBIT LIST FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs respectfully move this Court for leave to file the Third Declaration of Helen Roe, attached hereto, as Exhibit 26 to Plaintiffs' Exhibit List for Plaintiffs' Motion for Preliminary Injunction. (Dkt. 88).

Plaintiffs have good cause to file this supplemental exhibit as the facts described in the Third Declaration of Helen Roe occurred only within the last 3 business days, and Plaintiffs' counsel were only informed of these facts last night.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file the attached Third Declaration of Helen Roe as Exhibit 26 to Plaintiffs' Exhibit List for Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 30th day of June, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*