1  Colin M. Proksel
   OSBORN MALEDON, P.A.
2  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
3  State Bar No. 034133
   Telephone: (602) 640-9000
4  Facsimile: (602) 640-9050
   Email: cproksel@omlaw.com
5

6  *Attorney for Plaintiffs*

7  *Additional counsel listed on following page*

8  **UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA
9  TUCSON DIVISION**

10 Jane Doe, by her next friend and parents Helen Doe and James Doe, and Megan
11 Roe, by her next friend and parents, Kate Roe and Robert Roe,
12
                   Plaintiffs,
13                                              Case No. 4:23-cv-00185-JGZ
         v.
14
   Thomas C. Horne in his official capacity
15 as State Superintendent of Public
   Instruction; Laura Toenjes, in her official
16 capacity as Superintendent of the Kyrene    **THIRD DECLARATION OF HELEN DOE
   School District; Kyrene School District;   IN SUPPORT OF JANE DOE'S MOTION
17 The Gregory School; and Arizona            FOR A PRELIMINARY INJUNCTION**
   Interscholastic Association Inc.,
18
19                 Defendants.

1  Jyotin Hamid*
   Justin R. Rassi*
2  Amy C. Zimmerman*
   DEBEVOISE & PLIMPTON LLP
3  66 Hudson Boulevard
   New York, New York 10001
4  Telephone: (212) 909-6000
   Facsimile: (212) 909-6836
5  Email: jhamid@debevoise.com
   Email: jrassi@debevoise.com
6  Email: azimmerman@debevoise.com

7  Amy Whelan*
   Rachel Berg*
8  NATIONAL CENTER FOR LESBIAN RIGHTS
   870 Market Street, Suite 370
9  San Francisco, California 94102
   Telephone: (415) 343-7679
10 Facsimile: (415) 392-8442
   Email: awhelan@nclrights.org
11 Email: rberg@nclrights.org

12 *Admitted pro hac vice.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Helen Doe, declare as follows:

1. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated here.

2. I am the mother of Jane Doe, one of the plaintiffs in this case. My husband, James Doe, is Jane's father.

3. As I indicated in my first declaration, Jane has been monitored by her doctor for signs of the onset of puberty as part of her medical treatment for gender dysphoria.

4. At an appointment on June 27, 2023, Jane's doctor prescribed a Supprelin implant, which is a puberty-blocking medication, so that Jane does not go through male puberty.

5. After receiving insurance authorization, we will schedule Jane to have the implant procedure as soon as possible.

This declaration was executed this 30th day of June, 2023, in Maricopa County, Arizona.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: *Helen Doe*

Helen Doe