|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 29 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction.

———————————————————

THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON,

        Respondent,

HELEN DOE, parent and next friend of Jane Doe; et al.,

        Real Parties in Interest.

No. 23-70111

D.C. No. 4:23-cv-00185-JGZ
District of Arizona, Tucson

ORDER

Before: SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus, or any other relief. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District*

OSA161

*Court.*"); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED.**