Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:  (602) 640-9000
Facsimile:  (602) 640-9050
Email:  cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>        Plaintiffs,<br><br>   v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>        Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' UPDATED EXHIBIT LIST FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs submit the following list of exhibits, along with copies of exhibits not already filed on the docket, pursuant to the Court's June 14, 2023 Order (ECF No. 80). Plaintiffs respectfully reserve the right to amend this exhibit list in advance of the hearing.

| Ex. No. | Description | Location |
|---|---|---|
| 1 | Declaration of Jane Doe | ECF No. 6 |
| 2 | Declaration of Helen Doe | ECF No. 7 |
| 3 | Second Declaration of Helen Doe | ECF No. 78 |
| 4 | Declaration of Megan Roe | ECF No. 8 |
| 5 | Declaration of Kate Roe | ECF No. 9 |
| 6 | Declaration of Stephanie Budge, Ph.D. | ECF No. 4 |
| 7 | Rebuttal Declaration of Stephanie Budge, Ph.D. | ECF No. 65-1 |
| 8 | Declaration of Daniel Shumer, M.D., MPH | ECF No. 5 |

| | | |
|---|---|---|
| 9 | Rebuttal Declaration of Daniel Shumer, M.D., MPH | ECF No. 65-2 |
| 10 | AIA's Constitution, Bylaws, Policies, and Procedures 2022-2023, Transgender Policy | ECF No. 51-1 |
| 11 | Photographs of the Doe Family (*filed under seal*) | ECF No. 108 |
| 12 | Photographs of the Roe Family (*filed under seal*) | ECF No. 108 |
| 13 | Jane Doe's Name Change Court Order (*filed under seal*) | ECF No. 108 |
| 14 | Megan Roe's Name and Gender Change Court Order (*filed under seal*) | ECF No. 108 |
| 15 | Jane Doe's Passport (*filed under seal*) | ECF No. 108 |
| 16 | Megan Roe's Passport (*filed under seal*) | ECF No. 108 |
| 17 | Consideration of Bills: Hearing on S.B. 1165 Before S. Comm. on Judiciary, Jan. 20, 2022, 55th Leg., 2nd Reg. Sess., 00:08:08–01:30:05 (*filed as a non-electronic exhibit*) | ECF No. 88-1 |
| 18 | David Handelsman, et al., *Circulating Testosterone as the Hormonal Basis of Sex Differences in Athletic Performance*, 39 Endocrine Revs. 803 (2018) | ECF No. 88-2 |
| 19 | David Handelsman, *Sex Differences in Athletic Performance Emerge Coinciding with the Onset of Male Puberty*, 87 Clinical Endocrinology 68 (2017) | ECF No. 88-2 |
| 20 | Jonathon W. Senefeld et al., *Sex Differences in Youth Elite Swimming*, 14 PLOS ONE 1 (2019) | ECF No. 88-2 |
| 21 | Joanna Harper, *Race Times for Transgender Athletes*, 6 J. Sporting Cultures & Identities 1 (2015) | ECF No. 88-2 |
| 22 | Marnee McKay & Joshua Burns, *When it Comes to Sport, Boys "Play Like a Girl,"* The Conversation (Aug. 3, 2017), https://theconversation.com/when-it-comes-to-sport-boys-play-like-a-girl-80328 | ECF No. 88-3 |
| 23 | Marnee McKay, et al., *Normative Reference Values for Strength and Flexibility of 1,000 Children and Adults*, Neurology, 88 (1) (2017) | ECF No. 88-3 |
| 24 | World Rugby Transgender Women's Guidelines (2020), https://www.world.rugby/the-game/player-welfare/guidelines/transgender/women | ECF No. 88-3 |
| 25 | Governor Douglas A. Ducey's Letter to Arizona Secretary of State re: Senate Bill 1138 and 1165 | ECF No. 88-3 |
| 26 | Second Declaration of Helen Doe | Attached |

Respectfully submitted this 6th day of July, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*

# Exhibit 26

| | |
|---|---|
| 1 | Colin M. Proksel |
| 2 | OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor |
| 3 | Phoenix, Arizona 85012-2793<br>State Bar No. 034133 |
| 4 | Telephone: (602) 640-9000<br>Facsimile: (602) 640-9050 |
| 5 | Email: cproksel@omlaw.com |
| 6 | *Attorney for Plaintiffs* |
| 7 | *Additional counsel listed on following page* |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

Jane Doe, by her next friend and parents Helen Doe and James Doe, and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,

  Plaintiffs,

  v.

Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,

  Defendants.

Case No. 4:23-cv-00185-JGZ

**THIRD DECLARATION OF HELEN DOE IN SUPPORT OF JANE DOE'S MOTION FOR A PRELIMINARY INJUNCTION**

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.

I, Helen Doe, declare as follows:

1. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated here.

2. I am the mother of Jane Doe, one of the plaintiffs in this case. My husband, James Doe, is Jane's father.

3. As I indicated in my first declaration, Jane has been monitored by her doctor for signs of the onset of puberty as part of her medical treatment for gender dysphoria.

4. At an appointment on June 27, 2023, Jane's doctor prescribed a Supprelin implant, which is a puberty-blocking medication, so that Jane does not go through male puberty.

5. After receiving insurance authorization, we will schedule Jane to have the implant procedure as soon as possible.

This declaration was executed this 30th day of June, 2023, in Maricopa County, Arizona.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: *Helen Doe*

Helen Doe

1