Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:    (602) 640-9050
Email:         cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br>v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |

Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Leave to File Non-Electronic Exhibit in Support of Motion for Preliminary Injunction (Doc. 105), Plaintiffs hereby file notice of filing of the same by FedEx to the Clerk's Office, with a copy of the cover letter to all counsel of record by electronic mail.

Respectfully submitted this 6th day of July, 2023.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, I electronically transmitted the attached document to the Clerk's Office via Federal Express for filing at:

United States District Court,
Evo A. DeConcini U.S. Courthouse,
405 West Congress Street, Suite 1500
Tucson, Arizona 85701

A copy of the foregoing document was sent to counsel of record by email:

Ashley E Caballero-Daltrey adaltrey@jshfirm.com, kgawel@jshfirm.com
David Calvin Potts dpotts@jshfirm.com, scoffey@jshfirm.com
Dean John Sauer john.sauer@james-otis.com
Dennis Ira Wilenchik admin@wb-law.com, diw@wb-law.com, hilarym@wb-law.com
James K Rogers james.rogers@aflegal.org
Jordan Todd Ellel jellel@tuhsd.k12.az.us, EducationHealth@azag.gov
Justin D Smith Justin.Smith@james-otis.com
Karl McKay Worthington admin@wb-law.com
Kristian Eric Nelson Kristian.Nelson@lewisbrisbois.com, holly.bornhoft@lewisbrisbois.com, kristian.nelson@yahoo.com
Lisa Anne Smith lasmith@dmyl.com, dmylecf@dmyl.com, kcard@dmyl.com
Maria Syms Maria.Syms@azed.gov

A copy of the foregoing document was sent by Federal Express to the Honorable Jennifer G. Zipps, United States District Court, Evo A. DeConcini U.S. Courthouse, 405 West Congress Street, Suite 5190, Tucson, Arizona 85701-5053.

                s/Colin M. Proksel