# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is a stipulation by Defendants' Kyrene School District and Laura Toenjes, together with plaintiffs Jane Doe and Megan Roe. Good cause appearing,

IT IS ORDERED that the parties' Stipulation in Lieu of Answer By Defendants Kyrene School District and Laura Toenjes (Doc. 59) is GRATNED.

Dated this 20th day of July, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge