D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **NOTICE OF APPEAL** <br> **PRELIMINARY INJUNCTION APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendant-Intervenors President Warren Petersen and Speaker Ben Toma hereby appeal, to the U.S. Court of Appeals for the Ninth Circuit, the Court's July 20, 2023 Order on Motion for Preliminary Injunction and Findings of Fact and Conclusions of Law, ECF No. 127.

Dated: July 21, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JAMES OTIS LAW GROUP, LLC

　　　　　　　　　　　　　　　　　　　*/s/ Justin D. Smith*
　　　　　　　　　　　　　　　　　　　D. John Sauer, Mo. Bar No. 58721*
　　　　　　　　　　　　　　　　　　　Justin D. Smith, Mo. Bar No. 63253*
　　　　　　　　　　　　　　　　　　　13321 North Outer Forty Road, Suite 300
　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63017
　　　　　　　　　　　　　　　　　　　(816) 678-2103
　　　　　　　　　　　　　　　　　　　Justin.Smith@james-otis.com
　　　　　　　　　　　　　　　　　　　* *pro hac vice*

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants-Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 21, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

/s/ Justin D. Smith