**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com

Maria Syms, Bar No. 023019
Director of Legal Services
Arizona Department of Education
1535 West Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jane Doe,** *et al.*, | Case No. 4:23-cv-00185-JGZ |
| **Plaintiffs,** | |
| v. | **NOTICE OF APPEAL** |
| **Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction,** *et al.*, | |
| **Defendants.** | |

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendant Thomas C. Horne, in his capacity as Superintendent of Public Instruction, hereby appeals to the U.S. Court of Appeals for the Ninth Circuit, the Court's July 20, 2023, Order on Motion for Preliminary Injunction and Findings of Fact and Conclusions of Law, ECF No. 127.

**RESPECTFULLY SUBMITTED** on July 24, 2023.

        **WILENCHIK & BARTNESS, P.C.**

        */s/ Dennis Wilenchik*
        Dennis I. Wilenchik, Esq.
        Karl Worthington, Esq.
        The Wilenchik & Bartness Building
        2810 North Third Street
        Phoenix, Arizona 85004
        admin@wb-law.com
        *Attorneys for Defendant Thomas C. Horne*

        */s/Maria Syms*
        Maria Syms, Esq.
        Director of Legal Services
        Arizona Department of Education
        1535 W Jefferson, BIN #50
        Phoenix, Arizona 85007
        Maria.Syms@azed.gov
        *Attorneys for Defendant Thomas C. Horne*

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

By:*/s/ Hilary Myers*