# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is the parties' proposed Case Management Plan. (Doc. 141.) In reviewing the Plan, the Court is reminded of contradictory language that it gave as to Intervenor Petersen's and Toma's involvement in the case. (*See* Doc. 79 at 9 ("The Legislators may therefore permissively intervene, but will be limited at this time to presenting argument and evidence in opposition to Plaintiffs' motion for preliminary injunction."); Doc. 111 at 2 ("To be clear, Warren Peterson, President Arizona Senate, and Ben Toma, Speaker of the House, have been added to the case as Intervenor Legislator Defendants.")). It is the Court's intention to allow Intervenor Legislator Defendants the ability to represent their interests in the entirety of this action. As such, Intervenor Legislator Defendants are instructed to participate in this Friday's Rule 16 Scheduling Conference.

//
//
//

Accordingly,

**IT IS ORDERED** that Intervenor Legislator Defendants are instructed to participate in the Rule 16 telephonic Scheduling Conference scheduled for Friday, August 25, 2023, at 3:00 p.m.

Dated this 22nd day of August, 2023.

Jennifer G. Zipps
United States District Judge