# Diagnostic and Statistical Manual of Mental Disorders
## (Third Edition - Revised)

# DSM-III-R

American Psychiatric Association

# Diagnostic and Statistical Manual of Mental Disorders
(Third Edition - Revised)

## DSM-III-R



Published by the
American Psychiatric Association
Washington, DC
1987

Copyright © 1987 The American Psychiatric Association

Manufactured in the U.S.A.

Available outside North America from the Press Syndicate of the University of Cambridge, the Pitt Building, Trumpington Street, Cambridge, CB2 1RP.
ISBN 0-521-34509-X (casebound); 0-521-36755-6 (soft cover).

All rights reserved. Unless authorized in writing by the APA, no part of this book may be reproduced or used in a manner inconsistent with the APA's copyright. This prohibition applies to unauthorized uses or reproductions in any form, including computer programs.

Correspondence regarding copyright permissions should be directed to the Division of Publications and Marketing, American Psychiatric Association, 1400 K Street, N.W., Washington, DC 20005.

The correct citation for this book is:
American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised. Washington, DC, American Psychiatric Association, 1987.

Library of Congress Cataloging-in-Publication Data

Diagnostic and statistical manual of mental disorders.

   Prepared by the Work Group to Revise DSM-III of the American Psychiatric Association.
   Includes index.
   1. Mental illness—Classification. 2. Mental illness—Diagnosis. I. American Psychiatric Association. II. American Psychiatric Association. Work Group to Revise DSM-III.
[DNLM: 1. Mental Disorders—classification. 2. Psychiatry—nomenclature. WM 15 D536]
RC455.2.C4D54     1987       616.89'075     87-1458
ISBN 0-89042-018-1
ISBN 0-89042-019-X (soft)

First printing, 75,000, May 1987           Sixth printing, 50,000, April 1989
Second printing, 80,000, June 1987         Seventh printing, 50,000, March 1990
Third printing, 75,000, November 1987      Eighth printing, 50,000, November 1990
Fourth printing, 50,000, May 1988          Ninth printing, 50,000, August 1991
Fifth printing, 80,000, September 1988     Tenth printing, 50,000, May 1992
                                           Eleventh printing, 30,000, May 1993

### 307.50  Eating Disorder Not Otherwise Specified
Disorders of eating that do not meet the criteria for a specific Eating Disorder.

*Examples*:

(1) a person of average weight who does not have binge eating episodes, but frequently engages in self-induced vomiting for fear of gaining weight
(2) all of the features of Anorexia Nervosa in a female except absence of menses
(3) all of the features of Bulimia Nervosa except the frequency of binge eating episodes

## GENDER IDENTITY DISORDERS

The essential feature of the disorders included in this subclass is an incongruence between assigned sex (i.e., the sex that is recorded on the birth certificate) and gender identity. Gender identity is the sense of knowing to which sex one belongs, that is, the awareness that "I am a male," or "I am a female." Gender identity is the private experience of gender role, and gender role is the public expression of gender identity. Gender role can be defined as everything that one says and does to indicate to others or to oneself the degree to which one is male or female.

Some forms of gender identity disturbance are on a continuum, whereas others may be discrete. When gender identity disturbance is mild, the person is aware that he is a male or that she is a female, but discomfort and a sense of inappropriateness about the assigned sex are experienced. When severe, as in Transsexualism, the person not only is uncomfortable with the assigned sex but has the sense of belonging to the opposite sex.

Disturbance in gender identity is rare, and should not be confused with the far more common phenomena of feelings of inadequacy in fulfilling the expectations associated with one's gender role. An example of the latter would be a person who perceives himself or herself as being sexually unattractive yet experiences himself or herself unambiguously as a man or a woman in accordance with his or her assigned sex.

Although people who first present clinically with gender identity problems may be of any age, in the vast majority of cases the onset of the disorder can be traced back to childhood. In rare cases, however, an adult will present clinically for the first time with a gender identity problem and report that the first signs of the disturbance were in adult life.

### 302.60  Gender Identity Disorder of Childhood
The essential features of this disorder are persistent and intense distress in a child about his or her assigned sex and the desire to be, or insistence that he or she is, of the other sex. (This disorder is not merely a child's nonconformity to stereotypic sex-role behavior as, for example, in "tomboyishness" in girls or "sissyish" behavior in boys, but rather a profound disturbance of the normal sense of maleness or femaleness.) In addition, in a girl there is either persistent marked aversion to normative feminine clothing and insistence on wearing stereotypic masculine clothing, or persistent repudiation of her female anatomic characteristics. In a boy, there is either preoccupation with female stereotypic activities, or persistent repudiation of his male anatomic characteristics. This diagnosis is not given after the onset of puberty.

Girls with this disorder regularly have male companions and an avid interest in sports and rough-and-tumble play; they show no interest in dolls or playing "house" (unless they play the father or another male role). More rarely, a girl with this disorder refuses to urinate in a sitting position, claims that she has, or will grow, a penis, does not

want to grow breasts or menstruate, or asserts that she will grow up to become a man (not merely in role).

Boys with this disorder usually are preoccupied with female stereotypic activities. They may have a preference for dressing in girls' or women's clothes, or may improvise such items from available material when genuine articles are unavailable. (The cross-dressing typically does not cause sexual excitement, as in Transvestic Fetishism.) They often have a compelling desire to participate in the games and pastimes of girls. Female dolls are often their favorite toy, and girls are regularly their preferred playmates. When playing "house," the role of a female is typically adopted. Rough-and-tumble play or sports are generally avoided. Gestures and actions are often judged against a cultural stereotype of femininity, and the boy is usually subjected to male peer group teasing and rejection, whereas the same rarely occurs among girls until adolescence. Boys with this disorder may assert that they will grow up to become women (not merely in role). In rare cases a boy with this disorder claims that his penis or testes are disgusting or will disappear, or that it would be better not to have a penis or testes.

Some children refuse to attend school because of teasing or pressure to dress in attire stereotypical of their assigned sex. Most children with this disorder deny being disturbed by it, except that it brings them into conflict with the expectations of their family or peers.

**Associated features.** Some of these children, particularly girls, show no other signs of psychopathology. Others may display serious signs of disturbance, such as social withdrawal, separation anxiety, or depression.

**Age at onset and course.** The majority of the boys with this disorder begin to develop it before their fourth birthday. Social ostracism increases during the early grades of school, and social conflict is significant at about age seven or eight. During the later grade-school years, grossly feminine behavior may lessen. Studies indicate that from one-third to two-thirds or more of boys with the disorder develop a homosexual orientation during adolescence.

For females the age at onset is also early, but most give up an exaggerated insistence on male activities and attire during late childhood or adolescence. A minority retain a masculine identification, and some of these develop a homosexual orientation.

Whereas most adult people with Transsexualism report having had a gender identity problem during childhood, prospective studies of children with Gender Identity Disorder of Childhood indicate that very few develop Transsexualism in adolescence or adulthood.

**Complications.** In a small number of cases, the disorder becomes continuous with Transsexualism or Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type.

**Impairment.** Positive peer relations with members of the same sex are absent or difficult to establish. The amount of impairment varies from none to extreme, and is related to the degree of associated psychopathology and the reaction of peers and family to the person's behavior.

**Prevalence.** The disorder is apparently uncommon.

**Sex ratio.** In clinic samples there are many more boys with this disorder than girls. The sex ratio in the general population is unknown.

**Familial pattern.** No information.

**Predisposing factors.** Studies indicate that characteristics of the child, the parents, or of other social agents, such as parental substitutes and siblings, may be predisposing factors for the development of the disorder. In boys, the characteristics may include "feminine" physical features, an aversion to rough-and-tumble play, separation anxiety, and a history of early hospitalization. The relevant characteristics of parents and other influential people in the child's environment may include weak reinforcement of normative gender-role behavior, absence or unavailability of a father, and encouragement of extreme physical and psychological closeness with her son by a mother. In girls, a strong interest in rough-and-tumble play on the part of the child and weak reinforcement of normative gender-role behavior by the parents may contribute to the development of the disorder.

**Differential diagnosis. Children whose behavior merely does not fit the cultural stereotype of masculinity or femininity** should not be given this diagnosis unless the full syndrome is present. **Physical abnormalities of the sex organs** are rarely associated with Gender Identity Disorder of Childhood; when they are present, the physical disorder should be noted on Axis III.

---

**Diagnostic criteria for 302.60 Gender Identity Disorder of Childhood**

*For Females:*
A. Persistent and intense distress about being a girl, and a stated desire to be a boy (not merely a desire for any perceived cultural advantages from being a boy), or insistence that she is a boy.

B. Either (1) or (2):

  (1) persistent marked aversion to normative feminine clothing and insistence on wearing stereotypical masculine clothing, e.g., boys' underwear and other accessories
  (2) persistent repudiation of female anatomic structures, as evidenced by at least one of the following:

   *(a)* an assertion that she has, or will grow, a penis
   *(b)* rejection of urinating in a sitting position
   *(c)* assertion that she does not want to grow breasts or menstruate

C. The girl has not yet reached puberty.

*For Males:*
A. Persistent and intense distress about being a boy and an intense desire to be a girl or, more rarely, insistence that he is a girl.

B. Either (1) or (2):

  (1) preoccupation with female stereotypical activities, as shown by a preference for either cross-dressing or simulating female attire, or by an intense desire to participate in the games and pastimes of girls and rejection of male stereotypical toys, games, and activities

*(continued)*

> Diagnostic criteria for 302.60 Gender Identity Disorder of Childhood continued
>
>   (2) persistent repudiation of male anatomic structures, as indicated by at least one of the following repeated assertions:
>
>      (a) that he will grow up to become a woman (not merely in role)
>      (b) that his penis or testes are disgusting or will disappear
>      (c) that it would be better not to have a penis or testes
>
> C. The boy has not yet reached puberty.

### 302.50  Transsexualism

The essential features of this disorder are a persistent discomfort and sense of inappropriateness about one's assigned sex in a person who has reached puberty. In addition, there is persistent preoccupation, for at least two years, with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex. Therefore, the diagnosis is not made if the disturbance is limited to brief periods of stress. Invariably there is the wish to live as a member of the other sex. In the rare cases in which physical intersexuality or a genetic abnormality is present, such a condition should be noted on Axis III.

People with this disorder usually complain that they are uncomfortable wearing the clothes of their assigned sex and therefore dress in clothes of the other sex. Often they engage in activities that in our culture tend to be associated with the other sex. These people often find their genitals repugnant, which may lead to persistent requests for sex reassignment by hormonal and surgical means.

To varying degrees, the behavior, dress, and mannerisms become those of the other sex. With cross-dressing and hormonal treatment (and for males, electrolysis), some males and some females with the disorder will appear relatively indistinguishable from members of the other sex. However, even after sex reassignment, many people still have some physical features of their originally assigned sex that the alert observer can recognize.

Cross-culturally, the Hijra of India and the corresponding group in Burma may have conditions that, according to this manual, would be diagnosed as male-to-female Transsexualism. The Hijra, however, traditionally undergo castration, not hormonal and surgical feminization (creation of a vagina).

**Associated features.** Generally there is a moderate to severe coexisting personality disturbance. Frequently the person experiences considerable anxiety and depression, which he or she may attribute to the inability to live in the role of the desired sex.

**Course.** Without treatment, the course of the disorder is chronic, but cases with apparently spontaneous remission do occur. The long-term outcome of combined psychiatric, hormonal, and surgical sex-reassignment treatment is not well known. Many people function better for years after such treatment, but a number of cases in which re-reassignment has been desired have also been reported.

People who have female-to-male Transsexualism appear to represent a more homogeneous group than those who have male-to-female Transsexualism in that they are more likely to have a history of homosexuality and a more stable course, with or without treatment.

**Age at onset.** People who develop Transsexualism almost invariably report having had a gender identity problem in childhood. Some assert that they were secretly aware of their gender problem, but that it was not evident to their family and friends. Although onset of the full syndrome is most often in late adolescence or early adult life, in some cases the disorder has a later onset.

**Impairment and complications.** Frequently, social and occupational functioning are markedly impaired, partly because of associated psychopathology and partly because of problems encountered in attempting to live in the desired gender role. Depression is common, and can lead to suicide attempts. In rare instances, males may mutilate their genitals.

**Predisposing factors.** Extensive, pervasive childhood femininity in a boy or childhood masculinity in a girl increases the likelihood of Transsexualism. It seems usually to develop within the context of a disturbed relationship with one or both parents. Some cases of Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type, evolve into Transsexualism.

**Prevalence.** The estimated prevalence is one per 30,000 for males and one per 100,000 for females.

**Sex ratio.** Males seek help at clinics specializing in the treatment of this disorder more commonly than do females. The ratio varies from as high as 8:1 to as low as 1:1.

**Familial pattern.** No information.

**Differential diagnosis.** Some people with disturbed gender identity may, in isolated periods of stress, wish to belong to the other sex and to be rid of their own genitals. In such cases a diagnosis of **Gender Identity Disorder Not Otherwise Specified** should be considered, since the diagnosis of Transsexualism is made only when the disturbance has been continuous for at least two years. In **Schizophrenia** there may be delusions of belonging to the other sex, but this is rare. The insistence by a person with Transsexualism that he or she is of the other sex is, strictly speaking, not a delusion, since what is invariably meant is that the person *feels like* a member of the other sex rather than truly believes that he or she *is* a member of the other sex. In very rare cases, however, Schizophrenia and Transsexualism may coexist.
In both **Transvestic Fetishism** and **Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type**, there may be cross-dressing. But unless these disorders evolve into Transsexualism, there is no wish to be rid of one's own genitals.

**Types.** The disorder is subdivided according to the history of sexual orientation, as asexual, homosexual (toward same sex), heterosexual (toward opposite sex), or unspecified. In the first, "asexual," the person reports never having had strong sexual feelings. Often there is an additional history of little or no sexual activity or pleasure derived from the genitals. In the second group, "homosexual," a predominantly homosexual arousal pattern preceding the onset of the Transsexualism is acknowledged, although often such people deny that the orientation is homosexual because of their conviction that they are "really" of the other sex. In the third group, "heterosexual," the person claims to have had a heterosexual orientation.

> **Diagnostic criteria for 302.50 Transsexualism**
>
> A. Persistent discomfort and sense of inappropriateness about one's assigned sex.
>
> B. Persistent preoccupation for at least two years with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex.
>
> C. The person has reached puberty.
>
> **Specify** history of sexual orientation: **asexual, homosexual, heterosexual,** or **unspecified.**

### 302.85 Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type (GIDAANT)

The essential features of this disorder are a persistent or recurrent discomfort and sense of inappropriateness about one's assigned sex, and persistent or recurrent cross-dressing in the role of the other sex, either in fantasy or in actuality, in a person who has reached puberty. This disorder differs from Transvestic Fetishism in that the cross-dressing is not for the purpose of sexual excitement; it differs from Transsexualism in that there is no persistent preoccupation (for at least two years) with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex.

Some people with this disorder once had Transvestic Fetishism, but no longer experience sexual arousal with cross-dressing. Other people with this disorder are homosexuals who cross-dress. This disorder is common among female impersonators.

Cross-dressing phenomena range from occasional solitary wearing of female clothes to extensive feminine identification in males and masculine identification in females, and involvement in a transvestic subculture. More than one article of clothing of the other sex is involved, and the person may dress entirely as a member of the opposite sex. The degree to which the cross-dressed person appears as a member of the other sex varies, depending on mannerisms, body habitus, and cross-dressing skill. When not cross-dressed, the person usually appears as an unremarkable member of his or her assigned sex.

**Associated features.** Anxiety and depression are common, but are often attenuated when the person is cross-dressing.

**Age at onset and course.** Age at onset and course are variable. In most cases, before puberty there was a history of some or all of the features of Gender Identity Disorder of Childhood. However, by definition, GIDAANT is diagnosed only once puberty has been reached. The initial experience may involve partial or total cross-dressing; when it is partial, it often progresses to total. Cross-dressing, although intermittent in the beginning, often becomes more frequent, and may become habitual. A small number of people with GIDAANT, as the years pass, want to dress and live permanently as the other sex, and the disorder may evolve into Transsexualism.

**Impairment.** Unless there is another diagnosis in addition to GIDAANT, the impairment is generally restricted to conflicts with family members and other people regarding the cross-dressing.

**Complications.** The major complication is Transsexualism.

**Predisposing factors.** As noted above, both Gender Identity Disorder of Childhood and Transvestic Fetishism sometimes evolve into GIDAANT.

**Prevalence.** Although its prevalence is unknown, the disorder is probably more common than Transsexualism.

**Sex ratio.** The disorder is more common in males.

**Familial pattern.** No information.

**Differential diagnosis.** In **Transvestic Fetishism**, the cross-dressing is for the purpose of sexual excitement. In **Transsexualism**, there is a persistent (for more than two years) wish to get rid of one's primary and secondary sex characteristics and acquire the sex characteristics of the other sex. In those rare instances in which a person with GIDAANT develops Transsexualism, the diagnosis of GIDAANT is changed accordingly.

**Subtypes.** The disorder is subdivided according to the history of sexual orientation, as asexual, homosexual (toward same sex), heterosexual (toward opposite sex), or unspecified. In the first, "asexual," the person reports never having had strong sexual feelings. Often there is an additional history of little or no sexual activity or pleasure derived from the genitals. In the second group, "homosexual," a predominantly homosexual arousal pattern preceding the onset of the GIDAANT is acknowledged. In the third group, "heterosexual," the person claims to have had a heterosexual orientation.

---

**Diagnostic criteria for 302.85 Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type (GIDAANT)**

A. Persistent or recurrent discomfort and sense of inappropriateness about one's assigned sex.

B. Persistent or recurrent cross-dressing in the role of the other sex, either in fantasy or actuality, but not for the purpose of sexual excitement (as in Transvestic Fetishism).

C. No persistent preoccupation (for at least two years) with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex (as in Transsexualism).

D. The person has reached puberty.

**Specify** history of sexual orientation: **asexual, homosexual, heterosexual,** or **unspecified.**

---

### 302.85 Gender Identity Disorder Not Otherwise Specified
Disorders in gender identity that are not classifiable as a specific Gender Identity Disorder.

*Examples:*

(1) children with persistent cross-dressing without the other criteria for Gender Identity Disorder of Childhood
(2) adults with transient, stress-related cross-dressing behavior
(3) adults with the clinical features of Transsexualism of less than two years' duration
(4) people who have a persistent preoccupation with castration or peotomy without a desire to acquire the sex characteristics of the other sex

## TIC DISORDERS

Tics are the essential feature of the three disorders in this subclass: Tourette's Disorder, Chronic Motor or Vocal Tic Disorder, and Transient Tic Disorder. There is evidence from genetic and other studies that Tourette's Disorder and Chronic Motor or Vocal Tic Disorder represent different symptomatic expressions of the same underlying disorder. However, they are included in this manual as separate disorders because they generally involve different degrees of impairment (the former being more disabling) and they have different treatment implications.

A tic is an involuntary, sudden, rapid, recurrent, nonrhythmic, stereotyped, motor movement or vocalization. It is experienced as irresistible, but can be suppressed for varying lengths of time. All forms of tics are often exacerbated by stress and usually are markedly diminished during sleep. They may become attenuated during some absorbing activities, such as reading or sewing.

Both *motor* and *vocal tics* may be classified as either *simple* or *complex*, although the boundaries are not well defined. Common *simple motor tics* are eye-blinking, neck-jerking, shoulder-shrugging, and facial grimacing. Common *simple vocal tics* are coughing, throat-clearing, grunting, sniffing, snorting, and barking. Common *complex motor tics* are facial gestures, grooming behaviors, hitting or biting self, jumping, touching, stamping, and smelling an object. Common *complex vocal tics* are repeating words or phrases out of context, coprolalia (use of socially unacceptable words, frequently obscene), palilalia (repeating one's own sounds or words), and echolalia (repeating the last-heard sound, word, or phrase of another person, or a last-heard sound). Other complex tics include echokinesis (imitation of the movements of someone who is being observed).

**Associated features.** Discomfort in social situations, shame, self-consciousness, and depressed mood are common, especially with Tourette's Disorder.

**Predisposing factors.** A controversy exists as to whether or not the onset of some cases of Tic Disorders is precipitated by exposure to phenothiazines, head trauma, or the administration of central nervous system stimulants. It is estimated that in one-third of cases of Tourette's Disorder, the severity of the tics is exacerbated by administration of central nervous system stimulants, which may be a dose-related phenomenon.

**Impairment.** Social, academic, and occupational functioning may be impaired because of rejection by others or anxiety about having tics in social situations. In addition, in severe cases of Tourette's Disorder, the tics themselves may interfere with daily activities, such as reading or writing. Although most people with Tourette's Disorder do not have marked impairment, in general the impairment is more severe than in Chronic Motor or Vocal Tic Disorder. Impairment in Transient Tic Disorder rarely is marked.