Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:     (602) 640-9050
Email:         cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br>Hon. Jennifer G. Zipps<br><br>**Joint Motion for Entry of Protective Order and ESI Protocol** |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND ESI PROTOCOL

　　Pursuant to Fed. R. Civ. P. 26 and other applicable law, the parties to this action jointly move for entry of a protective order to govern the use of confidential information and documents and to facilitate discovery and an ESI protocol concerning discovery of electronically stored information. The parties have discussed these issues and have agreed to the language of the proposed orders attached hereto as Exhibits 1 and 2.

By agreeing to the language of the proposed orders, the parties do not waive any objection they may have to requests for documents or information that would be covered by the proposed orders.

WHEREFORE, given the sensitive nature of this action and the privacy concerns of the plaintiffs, the parties jointly request that the Court enter the attached orders.

Respectfully submitted this September 15, 2023.

**FOR PLAINTIFFS:**

/s/ Colin M.Proksel
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*

**FOR DEFENDANTS:**

/s/ Dennis I. Wilenchik (with permission)
Dennis I. Wilenchik
Karl Worthington

2

|   |   |
|---|---|
| 1 | WILENCHIK & BARTNESS, PC |
|   | The Wilenchik & Bartness Building |
| 2 | 2810 North Third Street |
|   | Phoenix, Arizona 85004 |
| 3 | Telephone: (602) 606-2810 |
|   | Facsimile: (602) 606-2811 |
| 4 | Email: admin@wb-law.com |

WILENCHIK & BARTNESS, PC
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Telephone: (602) 606-2810
Facsimile: (602) 606-2811
Email: admin@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

/s/ David C. Potts (with permission)
David C. Potts
Ashley E. Caballero-Daltrey
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4547
Facsimile: (602) 200-7829
Email: dpotts@jshfirm.com
Email: adaltrey@jshfirm.com
*Attorneys for Defendant The Gregory School*

Lisa Anne Smith
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Boulevard, Suite 200
Tucson, Arizona 85716
Telephone: (520) 322-5000
Facsimile: (520) 322-5585
Email: lasmith@dmyl.com
*Attorney for Defendant The Gregory School*

/s/ Kristian E. Nelson (with permission)
Kristian E. Nelson
Gregg E. Clifton
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012
Telephone: (602) 385-1040
Facsimile: (602) 385-1051
Email: azdocketing@lewisbrisbois.com
*Attorneys for Defendant Arizona Interscholastic Association, Inc.*

/s/ Jordan T. Ellel (with permission)
Jordan T. Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
500 West Guadalupe Road
Tempe, Arizona 85283
Telephone: (480) 345-3746
Facsimile: (480) 285-3246
Email: jellel@tempunion.org
*Attorney for Defendants Kyrene School District and Laura Toenjes*

**FOR DEFENDANT INTERVENORS:**

/s/ Justin D. Smith (with permission)
D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (816) 678-2103
Email: Justin.Smith@james-otis.com
*Attorney for Defendant Intervenors Warren Petersen and Ben Toma*