James K. Rogers (Ariz. Bar No. 027287)
  *Senior Counsel*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (202) 964-3721
James.Rogers@aflegal.org
*Attorneys for Proposed Defendant-Intervenors Anna Van Hoek, Lisa Fink, Amber Zenczak, and Arizona Women of Action*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*.<br><br>          Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**Notice of Appeal**<br>**Denial of Motion to Intervene** |

    Pursuant to Federal Rule of Appellate Procedure 3(a), Proposed Intervenors Anna Van Hoek, Lisa Fink, Amber Zenczak, and USA Women of Action (d/b/a "Arizona Women of Action") hereby appeal, to the U.S. Court of Appeals for the Ninth Circuit, the Court's October 23, 2023 Order, ECF No. 160, denying the proposed intervenors' Motion to Intervene.

Respectfully submitted this 24th of October, 2023.

America First Legal Foundation

By: /s/ *James K. Rogers*

James K. Rogers (Ariz. Bar No. 027287)
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
*Attorney for Proposed Defendant-Intervenors Anna Van Hoek, Lisa Fink, Amber Zenczak, and Arizona Women of Action*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all parties who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

 /s/ *James K. Rogers*
*Attorney for Proposed Defendant-Intervenors*
*Anna Van Hoek, Lisa Fink, Amber Zenczak, and*
*Arizona Women of Action*