Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
State Bar No. 034133
Telephone:    (602) 640-9000
Facsimile:    (602) 640-9050
Email:        cproksel@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>                    Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF SERVICE** |

Plaintiffs, through undersigned counsel, hereby give notice that they served a copy of Plaintiffs':

1.    First Set of Interrogatories to Defendant Horne,

2.    First Set of Requests for Production of Documents to Defendant Horne,

3.    First Set of Interrogatories to Defendant Arizona Interscholastic Association, Inc. ("AIA"),

4.    First Set of Requests for Production of Documents to Defendant AIA,

5.    First Set of Interrogatories to Intervenor-Defendants Peterson and Toma, and

6.      First Set of Requests for Production of Documents to Intervenor-Defendants Peterson and Toma,

on the parties via electronic mail on October 30, 2023, to:

Dennis I. Wilenchik
McKay Worthington
WILENCHIK & BARTNESS, PC
diw@wb-law.com
mckayw@wb-law.com
-and-
Maria Syms
Arizona Department of Education
Maria.Syms@azed.gov
*Attorneys for Defendant Thomas C. Horne*

David C. Potts
Ashley E. Caballero-Daltrey
JONES, SKELTON & HOCHULI, P.L.C.
dpotts@jshfirm.com
adaltrey@jshfirm.com
-and-
Lisa Anne Smith
DECONCINI MCDONALD YETWIN & LACY, P.C.
lasmith@dmyl.com
*Attorneys for Defendant The Gregory School*

Kristian E. Nelson
LEWIS BRISBOIS BISGAARD & SMITH LLP
kristian.nelson@lewisbrisbois.com
*Attorneys for Defendant Arizona Interscholastic Ass'n, Inc.*

Jordan T. Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
jellel@tuhsd.k12.az.us
*Counsel for Defendants Toenjes and Kyrene School District*

D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
John.Sauer@james-otis.com
Justin.Smith@james-otis.com
*Attorneys for Intervenor-Defendants
President Petersen and Speaker Toma*

Dated: October 30, 2023

s/Colin M. Proksel
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.