IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

On January 30, 2024, Plaintiffs filed a Motion to Extend Fact Discovery. (Doc. 182.) Plaintiffs met and conferred with opposing counsel and state that only Intervenor-Defendants object to the request for the extension. Accordingly,

**IT IS ORDERED** if Intervenor-Defendants intend to file a response to Plaintiffs' Motion to Extend Fact Discovery (Doc. 182), they must do so on or before **February 9, 2024**. If Plaintiffs intend to file a reply to Intervenor-Defendants' response, they must do so on or before **February 14, 2024**.

Dated this 31st day of January, 2024.

Jennifer G. Zipps
United States District Judge