```
Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
State Bar No. 034133
Telephone:     (602) 640-9000
Facsimile:     (602) 640-9050
Email:         cproksel@omlaw.com
```
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF SERVICE** |

Plaintiffs, through undersigned counsel, hereby give notice that they served the following:

1. Plaintiffs' Second Set of Requests for Admission to Defendant Arizona Interscholastic Association Inc.,

2. Plaintiffs' Second Set of Requests for Production of Documents to Defendant Arizona Interscholastic Association Inc.,

3. Plaintiffs' Third Set of Interrogatories to Defendant Arizona Interscholastic Association Inc.,

|     |     |                                                                                                      |
| --- | --- | ---------------------------------------------------------------------------------------------------- |
| 1   | 4.  | Plaintiffs' First Set of Requests for Admission to Intervenor-Defendants                             |
| 2   |     | President Warren Petersen and Speaker Ben Toma, and                                                  |
| 3   | 5.  | Plaintiffs' First Set of Requests for Admission to Defendant Thomas C.                               |
| 4   |     | Horne.                                                                                               |

on the parties via electronic mail on February 7, 2024, to:

> Dennis I. Wilenchik
> McKay Worthington
> WILENCHIK & BARTNESS, PC
> diw@wb-law.com
> mckayw@wb-law.com
> -and-
> Maria Syms
> Arizona Department of Education
> Maria.Syms@azed.gov
> *Attorneys for Defendant Thomas C. Horne*
>
> David C. Potts
> Ashley E. Caballero-Daltrey
> JONES, SKELTON & HOCHULI, P.L.C.
> dpotts@jshfirm.com
> adaltrey@jshfirm.com
> -and-
> Lisa Anne Smith
> DECONCINI MCDONALD YETWIN & LACY, P.C.
> lasmith@dmyl.com
> *Attorneys for Defendant The Gregory School*
>
> Kristian E. Nelson
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> kristian.nelson@lewisbrisbois.com
> *Attorneys for Defendant Arizona Interscholastic Ass'n, Inc.*
>
> Jordan T. Ellel
> TEMPE TRI-DISTRICT LEGAL SERVICES
> jellel@tuhsd.k12.az.us
> *Counsel for Defendants Toenjes and Kyrene School District*
>
> D. John Sauer
> Justin D. Smith
> JAMES OTIS LAW GROUP, LLC
> John.Sauer@james-otis.com
> Justin.Smith@james-otis.com
> *Attorneys for Intervenor-Defendants*
> *President Petersen and Speaker Toma*

Dated: February 8, 2024

s/Colin M. Proksel
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.