IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

The Plaintiffs contacted the Court on February 26, 2024 regarding a discovery dispute between the Parties. The Scheduling Order states that if counsel fail to resolve a discovery dispute on their own, they should call the Judge's law clerk to arrange a schedule for resolving the dispute expeditiously. (Doc. 144.) Given the logistical difficulty of arranging a time with the large number of parties and counsel involved in this litigation, Plaintiffs' request to file a Motion to Compel Discovery. The Parties propose the following briefing schedule:

1. Plaintiffs shall file their Motion to Compel on or before **March 1, 2024.**
2. Intervenor-Defendants shall file their response on or before **March 18, 2024.**
3. Plaintiffs shall file their reply on or before **March 25, 2024.**

//
//
//
//

**IT IS ORDERED:**

(1) Plaintiffs' request to file a Motion to Compel Discovery is **granted**.

(2) Parties' proposed briefing schedule is adopted.

    Dated this 26th day of February, 2024.

_____
Jennifer G. Zipps
United States District Judge