1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

The Plaintiffs contacted the Court on March 4, 2024 regarding a discovery dispute between the Parties. The Scheduling Order states that if counsel fail to resolve a discovery dispute on their own, they should call the Judge's law clerk to arrange a schedule for resolving the dispute expeditiously. (Doc. 144.) Given the logistical difficulty of arranging a time with the large number of parties and counsel involved in this litigation, Plaintiffs request to file a Motion for a Protective Order. The Parties propose the following briefing schedule:

1.  Plaintiffs shall file their Motion for a Protective Order on or before **March 8, 2024.**
2.  Defendants and/or Intervenor-Defendants shall file their response on or before **March 22, 2024.**
3.  Plaintiffs shall file their reply on or before **March 29, 2024.**

//
//
//

**IT IS ORDERED:**

(1) Plaintiffs' request to file a Motion for a Protective Order is **granted**.

(2) Parties' proposed briefing schedule is adopted.

Dated this 5th day of March, 2024.

Jennifer G. Zipps
United States District Judge