**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KRISTIAN E. NELSON, SBA No. 025111
Kristian.Nelson@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
azdocketing@lewisbrisbois.com

*Attorneys for Defendant*
*Arizona Interscholastic Association, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, TUCSON

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe, <br> Plaintiffs, <br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc., <br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **DEFENDANT ARIZONA INTERSCHOLASTIC ASSOCIATION'S NOTICE OF SERVICE** |

Defendant Arizona Interscholastic Association, Inc. (hereinafter "AIA"), through its counsel undersigned, hereby give notice that they served a copy of AIA's Responses to Plaintiffs' Third Set of Interrogatories and Second Set of Request for Admission on March 7, 2024 on the parties via electronic mail, to:

Colin Proksel
OSBORN MALEDON, P.A.

cproksel@omlaw.com
*Attorney for Plaintiffs*

Dennis I. Wilenchik
McKay Worthington
WILENCHIK & BARTNESS, PC
diw@wb-law.com
mckayw@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

Maria Syms
Arizona Department of Education
Maria.Syms@azed.gov

David C. Potts
Ashley E. Caballero-Daltrey
JONES, SKELTON & HOCHULI, P.L.C.
dpotts@jshfirm.com
adaltrey@jshfirm.com

Lisa Anne Smith
DECONCINI MCDONALD YETWIN & LACY, P.C.
lasmith@dmyl.com
*Attorneys for Defendant The Gregory School*

Jordan T. Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
jellel@tuhsd.k12.az.us
*Counsel for Defendants Toenjes and Kyrene School District*

D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
John.Sauer@james-otis.com
Justin.Smith@james-otis.com
*Attorneys for Intervenor-Defendants
President Petersen and Speaker Toma*

DATED this 8th day of March, 2024.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     /s/ Kristian E. Nelson
        Kristian E. Nelson
        *Attorneys for Defendant*
        *Arizona Interscholastic Association, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Holly Bornhoft*