**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Karl Worthington, #018703
2810 North Third Street
Phoenix, AZ 85004
admin@wb-law.com

Maria Syms, Bar No. 023019
Director of Legal Services
Arizona Department of Education
1535 West Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov
*Attorneys for Defendant Thomas C. Horne*

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,** | Case No. 4:23-cv-00185-JGZ |
| **Plaintiffs,** | **NOTICE OF SERVICE** |
| v. | |
| **Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction,** *et al.*, | |
| **Defendants.** | |

Pursuant to LRCiv 5.2, the undersigned hereby notifies the Court of, and certifies the completion of, service of DEFENDANT HORNE'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION upon all parties in this case. Service has been completed on March 8, 2024, via email to the following:

**Attorneys for Plaintiffs:**
Colin M. Proksel cproksel@omlaw.com
Amy Zimmerman azimmerman@debevoise.com
Justin R. Rassi jrassi@debevoise.com
Jyotin Hamid jhamid@debevoise.com
Amy E. Whelan awhelan@nclrights.org
Rachel Berg rberg@nclrights.org

**Counsel for Defendant Toenjes, Defendant Kyrene School District:**
Jordan Ellel jellel@tuhsd.k12.az.us

**Counsel for Defendant Gregory School:**
David Potts dpotts@jshfirm.com
Ashley E. Caballero-Daltrey adaltrey@jshfirm.com
Lisa Smith lasmith@dmyl.com

**Counsel for Defendant Arizona Interscholastic Association:**
Kristian E. Nelson kristian.nelson@lewisbrisbois.com

**Counsel for Defendant Intervenors:**
Justin.Smith@james-otis.com

  **RESPECTFULLY SUBMITTED** March 8, 2024.

        **WILENCHIK & BARTNESS, P.C.**

        */s/ Dennis I. Wilenchik*
        Dennis I. Wilenchik, Esq.
        Karl Worthington, Esq.
        The Wilenchik & Bartness Building
        2810 North Third Street
        Phoenix, Arizona 85004
        admin@wb-law.com
        *Attorneys for Defendant Thomas C. Horne*

        */s/Maria Syms*
        Director of Legal Services
        Arizona Department of Education
        1535 W Jefferson, BIN #50
        Phoenix, Arizona 85007
        Maria.Syms@azed.gov
        *Attorneys for Defendant Thomas C. Horne*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 8, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

                                                            */s/ Alice Nossett*

3