UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>　　　　　　Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER** |

Pending before the Court is Plaintiffs' Motion for a Protective Order. Pursuant to Federal Rule of Civil Procedure 26(c) and for the reasons articulated in Plaintiffs' Motion, I find that good cause exists to prevent the depositions of Jane Doe and Megan Roe. I therefore GRANT Plaintiffs' Motion and ORDER a protective order preventing Defendants and Intervenor-Defendants from deposing Jane Doe and Megan Roe.

1
2
3   DATED this _____ day of _____, 20_____.
4
5
6                                                    _____
                                                     Jennifer G. Zipps
7                                                    United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28