# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

**IT IS ORDERED** that a hearing on Plaintiffs' Motion to Compel (Doc. 191) and Plaintiffs' Motion for Protective Order (Doc. 196) is set for **May 7, 2024, at 1:30 p.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, 405 W. Congress Street, Tucson, AZ 85710.

Dated this 18th day of April, 2024.

_Jennifer G. Zipps_
Jennifer G. Zipps
United States District Judge