1
2
3
4
5

Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:    (602) 640-9000
Facsimile:    (602) 640-9050
Email:          cproksel@omlaw.com

6
7

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

8
9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>    Plaintiffs,<br>  v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>    Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>    Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

1         Pursuant to the Court's Scheduling Order, *see* ECF No. 144, and Rule 16(b) of the

2    Federal Rules of Civil Procedure, the parties file this Joint Settlement Status Report.

3    Settlement or resolution of the case among all parties is not likely at this time.

4

5    Respectfully submitted this 22nd day of April, 2024.

6

7                                         /s/  Colin M. Proksel

8                                       Colin M. Proksel (034133)

OSBORN MALEDON, P.A.

9    2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

10   Telephone: (602) 640-9000
Facsimile: (602) 640-9050

11   Email: cproksel@omlaw.com

12   Jyotin Hamid*
Justin R. Rassi*

13   Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP

14   66 Hudson Boulevard
New York, New York 10001

15   Telephone: (212) 909-6000
Facsimile: (212) 909-6836

16   Email: jhamid@debevoise.com
Email: jrassi@debevoise.com

17   Email: azimmerman@debevoise.com

18   Amy Whelan*
Rachel Berg*

19   NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370

20   San Francisco, California 94102
Telephone: (415) 343-7679

21   Facsimile: (415) 392-8442
Email: awhelan@nclrights.org

22   Email: rberg@nclrights.org

23   *Admitted pro hac vice.*

24

25   /s/ Karl McKay Worthington (with permission)

26   Dennis Ira Wilenchik
Karl McKay Worthington

27   WILENCHIK & BARTNESS PC
2810 N 3rd St., Ste. 103

28   Phoenix, AZ 85004
602-606-2810

1

Email: admin@wb-law.com

2

Maria Syms
ARIZONA DEPARTMENT OF EDUCATION

3

1535 W Jefferson St., BIN 50

4

Phoenix, AZ 85007
602-542-5240

5

6

*Attorneys for Defendant Thomas C. Horne*

7

8

*/s/ Jordan Ellel (with permission)*
Jordan Todd Ellel

9

TEMPE TRI-DISTRICT LEGAL
500 W Guadalupe Rd.

10

Tempe, AZ 85283
480-345-3746

11

Email: jellel@tuhsd.k12.az.us

12

13

*Attorney for Defendants Laura Toenjes and
the Kyrene School District*

14

15

*/s/ David Potts (with permission)*
David Calvin Potts

16

Ashley E Caballero-Daltrey

17

JONES SKELTON & HOCHULI PLC
40 N Central Ave., Ste. 2700

18

Phoenix, AZ 85004

19

602-263-4547
Email: dpotts@jshfirm.com

20

Email: adaltrey@jshfirm.com

21

*Attorneys for Defendant The Gregory School*

22

23

*/s/ Kristian Nelson (with permission)*

24

Kristian Eric Nelson
LEWIS BRISBOIS BISGAARD & SMITH LLP

25

2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012

26

602-385-1040

27

Email: kristian.nelson@lewisbrisbois.com

28

*Attorneys for Defendant Arizona
Interscholastic Association Incorporated*

3

1

2          _/s/ Justin D. Smith (with permission)_
3          D. John Sauer
           Justin D. Smith
4          JAMES OTIS LAW GROUP, LLC
           13321 North Outer Forty Road, Suite 300
5          St. Louis, MO 63017
           314-562-0031
6          Email: john.sauer@james-otis.com
7
           _Attorneys for Intervenor-Defendants_
8          _President Warren Petersen and Speaker Ben_
           _Toma_
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4