```
Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       cproksel@omlaw.com
```
*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF SERVICE** |

Plaintiffs, through undersigned counsel, hereby give notice that they served their Third Set of Requests for Admission to Defendant Arizona Interscholastic Association Inc., via electronic mail on April 25, 2024, to:

> Dennis I. Wilenchik
> McKay Worthington
> WILENCHIK & BARTNESS, PC
> diw@wb-law.com
> mckayw@wb-law.com
> -and-
> Maria Syms
> Arizona Department of Education
> Maria.Syms@azed.gov
> *Attorneys for Defendant Thomas C. Horne*

David C. Potts
Ashley E. Caballero-Daltrey
JONES, SKELTON & HOCHULI, P.L.C.
dpotts@jshfirm.com
adaltrey@jshfirm.com
-and-
Lisa Anne Smith
DECONCINI MCDONALD YETWIN & LACY, P.C.
lasmith@dmyl.com
*Attorneys for Defendant The Gregory School*

Kristian E. Nelson
LEWIS BRISBOIS BISGAARD & SMITH LLP
kristian.nelson@lewisbrisbois.com
*Attorneys for Defendant Arizona Interscholastic Ass'n, Inc.*

Jordan T. Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
jellel@tuhsd.k12.az.us
*Counsel for Defendants Toenjes and Kyrene School District*

D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
John.Sauer@james-otis.com
Justin.Smith@james-otis.com
*Attorneys for Intervenor-Defendants*
*President Petersen and Speaker Toma*

Dated: April 25, 2024

s/Colin M. Proksel
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

2

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.