# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

**IT IS ORDERED** Plaintiffs and Intervenor-Defendants' request for an *in-camera* review of five (5) discovery documents is granted. Within seven (7) days, Intervenor-Defendants shall provide the documents to this Court for its review.

Dated this 9th day of May, 2024.

_____
Jennifer G. Zipps
United States District Judge