IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**[PROPOSED] ORDER ON MOTION FOR STAY PENDING APPEAL AND REQUEST FOR ADMINISTRATIVE STAY** |

Before the Court is a Motion for Stay Pending Appeal and Request for Administrative Stay filed by Intervenor-Defendants.

**IT IS ORDERED** that the Motion is **GRANTED**. The June 20, 2024 Order (Doc. 211) granting Plaintiffs' Motion to Compel and setting discovery deadlines is **STAYED** pending final appellate resolution of Intervenor-Defendants' appeal.

Dated this ___ day of June, 2024.

_____
Jennifer G. Zipps
United States District Judge