# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents, Kate Roe and Robert Roe,<br><br>Plaintiff,<br><br>v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association, Inc.,<br><br>Defendants. | No. 4:23-cv-00185-JGZ<br><br>**ORDER** |

Pending before the Court is Plaintiff Megan Roe and Defendant The Gregory School's Stipulation to permit The Gregory School to participate in the case on this limited basis moving forward. (Doc. 215.) Having considered the Stipulation, and good cause appearing,

**IT IS ORDERED**:

1. Plaintiff Megan Roe and Defendant The Gregory School's Stipulation (Doc. 215) is **granted**.

2. Defendant The Gregory School will not be an active participant in this case going forward, including filing any response to Motions currently pending before the Court.

117225866.1

3. Defendant The Gregory School will fully abide by, and take all appropriate actions to implement, the decisions of the Court regarding the declaratory and injunctive relief sought by Plaintiffs.

4. Plaintiffs and Defendant The Gregory School agree that neither party will seek attorney's fees against the other (whether pursuant to Title IX, the Rehabilitation Act, the ADA, or any other statute).

Dated this 8th day of July, 2024.

_____
Jennifer G. Zipps
United States District Judge

117225866.1