IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Helen Doe, et al.  (Megan)      No. CV-23-00185-TUC-JGZ
    Plaintiffs                        CA-9: 23-16026
  Against

Tomas C. Horne, et al.
    Defendants

---

NOTICE OF APPEAL

TO

THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

    MARK MARVIN, hereby notices this honorable court that he appeals the decision and order of this court in this matter.

    He has not yet received a copy of the final order he saw on Courtlistener.

Yours,

*[signature]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
July 16, 2024


To: U.S. District Court, 405 W. Congress Street, Ste. 1500, Tucson, AZ 85701-5010

(14)