1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

7
8
9

Jane Doe, by her next friend and parents
Helen Doe and James Doe; and Megan Roe,
by her next friend and parents, Kate Roe and
Robert Roe,

                Plaintiffs,

      v.

Thomas C. Horne in his official capacity as
State Superintendent of Public Instruction;
Laura Toenjes, in her official capacity as
Superintendent of the Kyrene School
District; Kyrene School District; The
Gregory School; and Arizona Interscholastic
Association Inc.,

                Defendants,

Warren Petersen, in his official capacity as
President of the Arizona State Senate, and
Ben Toma, in his official capacity as
Speaker of the Arizona House of
Representatives,

                Intervenor-Defendants.

Case No. 4:23-cv-00185-JGZ

**ORDER GRANTING PLAINTIFFS'**
**MOTION TO EXTEND FACT DISCOVERY**
**(THIRD REQUEST)**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pending before the Court is the Plaintiffs' Third Motion for an Extension of Time to

2    Complete Fact Discovery. (Doc. 223.) No Party objects to the extension. Having considered

3    the Motion, and good cause appearing,

4        **IT IS ORDERED** that Plaintiffs' Third Motion for an Extension of Time to

5    Complete Fact Discovery (Doc. 223) is **granted**. The new case deadlines are as follows:

6        Plaintiffs' Disclosure of Rule 26(a)(2) Expert Witnesses Material: **September 11,
         2024**

7

         Close of Fact Discovery: **September 19, 2024**

8

         Disclosure of Lay Witnesses: **September 19, 2024**

9

         Defendants' Disclosure of Rule 26(a)(2) Expert Witnesses Material: **October 11,
10       2024**

11       Rebuttal Expert Opinions: **November 22, 2024**

12       Close of Expert Discovery: **January 29, 2025**

13       Dispositive Motions: **February 27, 2025**

14       Dated this 29th day of July, 2024.

15

16

17       _____
         Jennifer G. Zipps
18       United States District Judge

19

20

21

22

23

24

25

26

27

28