D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **NOTICE OF SERVICE by Intervenor-Defendants President Petersen and Speaker Toma** |

The undersigned hereby notifies the Court of, and certifies the completion of, service on September 4, 2024 of discovery documents bates-stamped LL001131 - LL001144, via secure file transfer by means of a secure link to access the same. Notice thereof and instructions to access the documents were sent via email to counsel for all parties as follows:

**Counsel for Plaintiffs:**

Colin M. Proksel cproksel@omlaw.com

Amy Zimmerman azimmerman@debevoise.com

Justin R. Rassi jrassi@debevoise.com

Jyotin Hamid jhamid@debevoise.com

Amy E. Whelan awhelan@nclrights.org

Rachel Berg rberg@nclrights.org

**Counsel for Defendant Horne:**

Dennis Wilenchik diw@wb-law.com

McKay Worthington mckayw@wb-law.com

Maria Syms maria.syms@azed.gov

**Counsel for Defendant Toenjes, Defendant Kyrene School District:**

Jordan Ellel jellel@tuhsd.k12.az.us

**Counsel for Defendant Gregory School:**

David Potts dpotts@jshfirm.com

Ashley E. Caballero-Daltrey adaltrey@jshfirm.com

Lisa Smith lasmith@dmyl.com

**Counsel for Defendant Arizona Interscholastic Association:**

Kristian E. Nelson kristian.nelson@lewisbrisbois.com

Dated: September 4, 2024            Respectfully submitted,

                                    JAMES OTIS LAW GROUP, LLC

                                    */s/ Justin D. Smith*
                                    D. John Sauer, Mo. Bar No. 58721*
                                    Justin D. Smith, Mo. Bar No. 63253*
                                    13321 North Outer Forty Road, Suite 300
                                    St. Louis, Missouri 63017
                                    (816) 678-2103
                                    Justin.Smith@james-otis.com
                                    * *pro hac vice*

                                    *Attorneys for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*