Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:    (602) 640-9000
Facsimile:    (602) 640-9050
Email:        cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe, | Case No. 4:23-cv-00185-JGZ |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF DEPOSITION OF BEN TOMA** |
| v. | |
| Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc., | |
| Defendants, | |
| Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives, | |
| Intervenor-Defendants. | |

1    Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will

2 take the videotaped deposition upon oral examination of Ben Toma at 10:00 a.m. on

3 October 17, 2024 at the offices of Osborn Maledon, P.A., 2929 North Central Avenue, 20th

4 Floor, Phoenix, Arizona, 85012.   The deposition will take place before an officer

5 authorized to take oaths and will be recorded by stenographic and audiovisual means.  The

6 deposition may continue from day to day or may be continued to a future date or dates until

7 completed, excluding Saturdays, Sundays, and legal holidays.

8

9                                    Respectfully submitted this 17th day of
                                     September, 2024.
10

11                                   */s/ Colin M. Proksel*
                                     Colin M. Proksel
12                                   OSBORN MALEDON, P.A.
                                     2929 North Central Avenue, Suite 2000
13                                   Phoenix, Arizona 85012
                                     Telephone: (602) 640-9000
14                                   Facsimile: (602) 640-9050
                                     Email: cproksel@omlaw.com
15
                                     Jyotin Hamid*
16                                   Justin R. Rassi*
                                     Amy C. Zimmerman*
17                                   DEBEVOISE & PLIMPTON LLP
                                     66 Hudson Boulevard
18                                   New York, New York 10001
                                     Telephone: (212) 909-6000
19                                   Facsimile: (212) 909-6836
                                     Email: jhamid@debevoise.com
20                                   Email: jrassi@debevoise.com
                                     Email: azimmerman@debevoise.com
21
                                     Amy Whelan*
22                                   Rachel Berg*
                                     NATIONAL CENTER FOR LESBIAN RIGHTS
23                                   870 Market Street, Suite 370
                                     San Francisco, California 94102
24                                   Telephone: (415) 343-7679
                                     Facsimile: (415) 392-8442
25                                   Email: awhelan@nclrights.org
                                     Email: rberg@nclrights.org
26
                                     *Admitted pro hac vice
27

28