D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **Intervenor-Defendants' NOTICE OF DEPOSITION of Jane Doe** |

    Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Intervenor-Defendants will take the deposition upon oral examination of Plaintiff Jane Doe at 10:00 a.m. on October 9, 2024 at the offices of Osborn Maledon, P.A., 2929 North Central Avenue, 20th Floor, Phoenix, Arizona, 85012. The deposition will take place before an officer authorized to take oaths and will be recorded by stenographic means. The deposition may continue from day to day or may be continued to a future date or dates until completed, excluding Saturdays, Sundays, and legal holidays.

Dated: September 20, 2024

Respectfully submitted,

JAMES OTIS LAW GROUP, LLC

*/s/ Justin D. Smith*
D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(816) 678-2103
Justin.Smith@james-otis.com
* *pro hac vice*

*Attorneys for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 20, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*