| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 1 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

HELEN DOE, parent and next friend of Jane Doe; et al.,

      Plaintiffs - Appellees,

v.

THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; et al.,

      Defendants - Appellees,

v.

USA WOMEN OF ACTION, doing business as Arizona Women of Action; et al.,

      Movants - Appellants.

No. 23-3188

D.C. No. 4:23-cv-00185-JGZ

District of Arizona, Tucson

MANDATE

      The judgment of this Court, entered September 09, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      Costs are taxed against Appellant in the amount of $70.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT