D. John Sauer, Mo. Bar No. 58721*
Justin D. Smith, Mo. Bar No. 63253*
James Otis Law Group, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
Telephone: (314) 562-0031
John.Sauer@james-otis.com

*Attorneys for Intervenor-Defendants President Petersen and Speaker Toma*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-00185-JGZ <br><br> **NOTICE OF SERVICE by Intervenor-Defendants President Petersen and Speaker Toma** |

The undersigned hereby notifies the Court of, and certifies the completion of, service on November 11, 2024 of Intervenor-Defendants' Expert Witness Disclosures and associated reports and documents via email to counsel for all parties as follows:

**Counsel for Plaintiffs:**

Colin M. Proksel cproksel@omlaw.com

Amy Zimmerman azimmerman@debevoise.com

1. Justin R. Rassi jrassi@debevoise.com
2. Jyotin Hamid jhamid@debevoise.com
3. Amy E. Whelan awhelan@nclrights.org
4. Rachel Berg rberg@nclrights.org
5. **Counsel for Defendant Horne:**
6. Dennis Wilenchik diw@wb-law.com
7. Caitlin Fitz-Maurice caitlinf@wb-law.com
8. Maria Syms maria.syms@azed.gov
9. **Counsel for Defendant Toenjes, Defendant Kyrene School District:**
10. Jordan Ellel jellel@tuhsd.k12.az.us
11. **Counsel for Defendant Gregory School:**
12. David Potts dpotts@jshfirm.com
13. Ashley E. Caballero-Daltrey adaltrey@jshfirm.com
14. Lisa Smith lasmith@dmyl.com
15. **Counsel for Defendant Arizona Interscholastic Association:**
16. Kristian E. Nelson kristian.nelson@lewisbrisbois.com
17.
18. Dated: November 11, 2024                    Respectfully submitted,
19.                                              JAMES OTIS LAW GROUP, LLC
20.
21.                                              <u>/s/ Justin D. Smith</u>
                                                 D. John Sauer, Mo. Bar No. 58721*
22.                                              Justin D. Smith, Mo. Bar No. 63253*
                                                 13321 North Outer Forty Road, Suite 300
23.                                              St. Louis, Missouri 63017
                                                 (816) 678-2103
24.                                              Justin.Smith@james-otis.com
25.                                              * *pro hac vice*
26.                                              *Attorneys for Intervenor-Defendants*
27.
28.

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 11, 2024, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Justin D. Smith*