| | |
|---|---|
| 1 | Colin Proksel (034133) |
| 2 | OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor |
| 3 | Phoenix, Arizona 85012-2793<br>State Bar No. 034133 |
| 4 | Telephone:   (602) 640-9000 |
| 5 | Facsimile:   (602) 640-9050<br>Email:         cproksel@omlaw.com |
| 6 | |
| 7 | *Attorney for Plaintiffs*<br>*Additional counsel listed in signature block* |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>　　　　　　Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF DR. CHAD THOMAS CARLSON** |

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the videotaped deposition upon oral examination of Dr. Chad Thomas Carlson at 10:00 a.m. CT on February 5, 2025 at Sheraton West Des Moines, 1800 50th Street, West Des Moines, Iowa 50266. The deposition will take place before an officer authorized to take oaths and will be recorded by stenographic and audiovisual means. The deposition may continue from day to day or may be continued to a future date or dates until completed, excluding Saturdays, Sundays, and legal holidays.

Respectfully submitted this 19th day of December, 2024.

*/s/ Colin M. Proksel*
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.*