Colin Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>　　　　　Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' NOTICE OF SERVICE** |

1    Plaintiffs, through undersigned counsel, hereby give notice that they served their Rebuttal Expert Witness Disclosures via electronic mail on December 20, 2024, to:

> Dennis I. Wilenchik
> WILENCHIK & BARTNESS, PC
> diw@wb-law.com
> -and-
> Maria Syms
> Arizona Department of Education
> Maria.Syms@azed.gov
> *Attorneys for Defendant Thomas C. Horne*
>
> David C. Potts
> Ashley E. Caballero-Daltrey
> JONES, SKELTON & HOCHULI, P.L.C.
> dpotts@jshfirm.com
> adaltrey@jshfirm.com
> -and-
> Lisa Anne Smith
> DECONCINI MCDONALD YETWIN & LACY, P.C.
> lasmith@dmyl.com
> *Attorneys for Defendant The Gregory School*
>
> Kristian E. Nelson
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> Kristian.Nelson@lewisbrisbois.com
> *Attorneys for Defendant Arizona Interscholastic Ass'n, Inc.*
>
> Jordan T. Ellel
> TEMPE TRI-DISTRICT LEGAL SERVICES
> jellel@tuhsd.k12.az.us
> *Counsel for Defendants Toenjes and Kyrene School District*
>
> D. John Sauer
> Justin D. Smith
> JAMES OTIS LAW GROUP, LLC
> John.Sauer@james-otis.com
> Justin.Smith@james-otis.com
> *Attorneys for Intervenor-Defendants*
> *President Petersen and Speaker Toma*

Dated: December 20, 2024

> /s/Colin M. Proksel
> Colin M. Proksel (034133)
> OSBORN MALEDON, P.A.
> 2929 North Central Avenue, Suite 2000
> Phoenix, Arizona 85012
> Telephone: (602) 640-9000
> Facsimile: (602) 640-9050
> Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.