Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>　　　　　Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' MOTION TO CLARIFY** |

Plaintiffs respectfully ask the Court to clarify whether Intervenor-Defendants and Defendant Horne should submit a single, combined motion for summary judgment in the interest of judicial economy and efficiency, or whether two separate—and very likely duplicative—motions for summary judgment may be filed.

The Court has already indicated at least twice that duplicative briefing by intervenors is disfavored. In this Court's order denying the proposed intervention of Arizona Women of Action ("AWA"), Dkt. 111, the Court relied upon the "interest of judicial economy and efficiency." *Id.* at 3. Consonant with that interest, the Court made clear that it may "require intervenor defendants 'to take special efforts' to ensure that their briefing and arguments are not redundant with those of the Defendants." *Id.* (quoting *W. Watersheds Project v. Zinke*, 2018 WL 6816048, at *3 (D. Idaho Dec. 27, 2018)).

The Court's order mirrors the Court's earlier instructions to Intervenor-Defendants when it first granted them intervention on a limited basis. Dkt. 79. In that Order, the Court wrote that "[f]or efficiency at the preliminary injunction proceedings, the Legislators and Defendant Horne shall confer prior to the hearing to ensure that duplicative evidence and argument will not be presented." *Id.* at 9. The same considerations apply here; it is highly likely that Intervenor-Defendants and Defendant Horne will largely rely on the same evidence and arguments in their motions for summary judgment. It is therefore soundly in the interest of judicial economy and efficiency for Intervenor-Defendants and Defendant Horne to collaborate on a single motion for summary judgment. Intervenor-Defendants and Defendant Horne have been able to coordinate oral arguments and their written submissions to date—including before the U.S. Supreme Court and the U.S. Court of Appeals for the Ninth Circuit—and have expressed no reason why that longstanding

arrangement is now seriously impracticable or impossible to observe in the context of a motion for summary judgment.

For these reasons, Plaintiffs ask the Court to clarify whether Intervenor-Defendants and Defendant Horne should submit a combined motion for summary judgment.

Respectfully submitted this 10th day of March, 2025

/s/ Colin M. Proksel
Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.