IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

On March 10, 2025, the parties filed a Joint Notice of Cross Motions for Summary Judgment (Doc. 266), and Plaintiffs filed a Motion to Clarify (Doc. 267). The parties stated that Plaintiffs, Defendant Horne, and Intervenor-Defendants Petersen and Toma will each separately file motions for summary judgment on March 31, 2025. (Doc. 266 at 2.) In their Motion, Plaintiffs ask the Court to clarify whether Intervenor-Defendants and Defendant Horne should submit a single, combined motion for summary judgment, or whether two separate motions may be filed. (Doc. 267 at 2.) The Court will set the matter for hearing.

Accordingly,

//

//

//

//

//

//

**IT IS ORDERED** that a telephonic hearing on Plaintiff's Motion to Clarify (Doc. 267) is set for **Tuesday March 18, 2025, at 1:30pm**. The Court will provide call-in instructions to the parties via email. The parties should be prepared to discuss: (1) the extent to which Defendant Horne's motion for summary judgment and Intervenor-Defendants' motion for summary judgment will or will not rely on duplicative evidence and/or argument; and (2) any alternative briefing arrangements that may serve the interests of judicial economy and efficiency.

Dated this 13th day of March, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge