IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., <br>     Plaintiffs, <br> v. <br> Thomas C Horne, et al., <br>     Defendants. | No. CV-23-00185-TUC-JGZ <br><br> **ORDER** |

On March 18, 2025, the Court held a hearing on the parties' Joint Notice of Cross Motions for Summary Judgment (Doc. 266) and Plaintiffs' Motion to Clarify (Doc. 267). The parties discussed alternative briefing arrangements that would streamline resolution of the parties' motions for summary judgment and serve the interests of efficiency, both for the Court and the parties. The Arizona Interscholastic Association, Inc. ("AIA") did not participate in the hearing but "plans to file a motion for summary judgment if it cannot otherwise resolve all of Plaintiffs' claims against the AIA prior to the deadline for filing dispositive motions." (Doc. 266 at 2.) In accordance with the agreement reached at the hearing, the Court outlines the governing briefing plan and schedule below.

**IT IS ORDERED:**

1. The deadline for Defendant Horne to file his motion for summary judgment is **March 31, 2025.** Defendant Horne's motion for summary judgment will address Plaintiffs' Count II.

2. The deadline for Intervenor-Defendants to file their motion for summary

judgment is **March 31, 2025.** Intervenor-Defendants' motion for summary judgment will address Plaintiffs' Counts I and III.

3. Defendant Horne and Intervenor-Defendants shall file **one consolidated statement of facts** in support of their motions for summary judgment.

4. Plaintiffs shall file a single combined consolidated (i) response to Defendant and Intervenor-Defendants' motions for summary judgment and (ii) cross motion for summary judgment, with a controverting statement of facts to the consolidated statement of facts, on or before **April 30, 2025.** Plaintiffs' response and cross motion shall not exceed thirty-four (34) pages.

5. Defendant Horne shall file a combined consolidated (i) reply to Plaintiffs' response and (ii) response to Plaintiffs' cross motion on or before **May 30, 2025.** Defendant Horne's reply and response shall not exceed twenty-eight (28) pages.

6. Intervenor-Defendants shall file a combined consolidated (i) reply to Plaintiffs' response and (ii) response to Plaintiffs' cross motion on or before **May 30, 2025.** Intervenor-Defendants' reply and response shall not exceed twenty-eight (28) pages.

7. Plaintiffs shall file a single combined consolidated reply to Defendant and Intervenor-Defendants' responses on or before **June 15, 2025.** Plaintiffs' reply shall not exceed twenty-two (22) pages.

Dated this 18th day of March, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge