**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona 85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
Caitlin B Fitz-Maurice, #039867
admin@wb-law.com

Maria Syms, # 023019
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
602-542-5240
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Jane Doe, by her next friends and parents Helen Doe and James Doe; and Megan Roe, by her next friends and parents; Kate Roe and Robert Roe,**<br><br>Plaintiffs,<br><br>v.<br><br>**Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; Arizona Interscholastic Association, Inc.,**<br><br>Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**NOTICE OF JOINDER TO INTERVENOR-DEFENDANTS MOTION TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF DR. DANIEL SHUMER** |

NOTICE IS HEREBY GIVEN that Defendant Thomas C. Horne, and through undersigned counsel, joins Intervenor-Defendants President Peterson and Speaker Montenegro's Motion to Exclude Expert Testimony and Reports of Dr. Daniel Shumer filed on March 5, 2025 at DKT No. 265.

**RESPECTFULLY SUBMITTED** on March 20, 2025.



**WILENCHIK & BARTNESS, P.C.**

*/s/ Caitlin B. Fitz-Maurice*
Dennis I. Wilenchik, Esq.
Caitlin B. Fitz-Maurice, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

and

Maria Syms
Director of Legal Services
Arizona Department of Education
1535 W Jefferson, BIN #50
Phoenix, AZ 85007
Maria.Syms@azed.gov

*Attorneys for Defendant Thomas C. Horne*

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Hilary Myers*