1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Helen Doe, et al.,

        Plaintiffs,

v.

Thomas C Horne, et al.,

        Defendants.

No. CV-23-00185-TUC-JGZ

**ORDER**

Pending before the Court is the parties' Joint Motion to Extend Errata and Summary Judgment Deadlines. (Doc. 275.) Having considered the motion, and good cause appearing,

**IT IS ORDERED:**

1.    The parties' Joint Motion to Extend Errata and Summary Judgment Deadlines (Doc. 275) is **granted**.

2.    The deadline for Plaintiffs to submit the deposition errata, if any, pertaining to Dr. Daniel Shumer's deposition transcript is **April 17, 2025**.

3.    The deadline for Defendant Horne to file his motion for summary judgment is **April 30, 2025**. Defendant Horne's motion for summary judgment will address Plaintiffs' Count II.

4.    The deadline for Intervenor-Defendants to file their motion for summary judgment is **April 30, 2025**. Intervenor-Defendants' motion for summary judgment will address Plaintiffs' Counts I and III.

5.    Defendant Horne and Intervenor-Defendants shall file **one consolidated**

**statement of facts** in support of their motions for summary judgment.

6.    Plaintiffs shall file a single combined consolidated (i) response to Defendant and Intervenor-Defendants' motions for summary judgment and (ii) cross motion for summary judgment, with a controverting statement of facts to the consolidated statement of facts, on or before **May 30, 2025**.  Plaintiffs' response and cross motion shall not exceed thirty-four (34) pages.

7.    Defendant Horne shall file a combined consolidated (i) reply to Plaintiffs' response and (ii) response to Plaintiffs' cross motion on or before **June 30, 2025**. Defendant Horne's reply and response shall not exceed twenty-eight (28) pages.

8.    Intervenor-Defendants shall file a combined consolidated (i) reply to Plaintiffs' response and (ii) response to Plaintiffs' cross motion on or before **June 30, 2025**. Intervenor-Defendants' reply and response shall not exceed twenty-eight (28) pages.

9.    Plaintiffs shall file a single combined consolidated reply to Defendant and Intervenor-Defendants' responses on or before **July 15, 2025**.  Plaintiffs' reply shall not exceed twenty-two (22) pages.

Dated this 25th day of March, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge