**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KRISTIAN E. NELSON, SBA No. 025111
Kristian.Nelson@lewisbrisbois.com
GREGG E. CLIFTON, SBA No. 028893
Gregg.Clifton@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
azdocketing@lewisbrisbois.com

*Attorneys for Defendant*
*Arizona Interscholastic Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, TUCSON

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br>v.<br><br>Thomas C. Horne, in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives.<br><br>Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**STIPULATION BETWEEN PLAINTIFFS JANE DOE AND MEGAN ROE AND THE ARIZONA INTERSCHOLASTIC ASSOCIATION** |

154974746.1

Plaintiffs Jane Doe and Megan Roe, and Defendant Arizona Interscholastic Association, by and through their respective counsel undersigned, hereby stipulate as follows:

1. Prior to the institution of this case, Defendant Arizona Interscholastic Association ("AIA") adopted By-Laws permitting its member schools to appeal to the AIA to allow for students who identify as transgender (i.e., individuals whose gender identity does not match their sex assigned at birth) and who are normally not permitted to participate on sports teams of the sex that is different from the one that they were assigned at birth, to participate on teams consistent with the student's gender identity. The procedure for such appeal by a member school is outlined in Article 43.9 of the 2023-2024 version of the AIA's Constitution & By-Laws[1] and involves the AIA's Gender Identity Eligibility Committee reviewing the member school's application, the proof submitted of the gender identity of the student, and the other supporting information that is submitted that demonstrates the eligibility request is not submitted for an improper purpose and such individual's participation on such sports team will not present an adverse health risk to the transgender student, in which case a supportive recommendation shall be made by the committee to the AIA executive board.

2. In August of 2022, The Gregory School, on behalf of Plaintiff Megan Roe, appealed to the AIA to seek permission to have Megan Roe participate on any sports teams designated for girls. AIA001252 – 1258 (letters from Roe, The Gregory School, Roe's parents, and Roe's doctor requesting permission for Roe to play on the girls' volleyball team). The request was reviewed by the Gender Identity Eligibility Sub-Committee of the AIA, who, "finding no health or safety concern . . . emphatically support[ed] her request."

---

[1] Under the 2024-2025 version of the Bylaws, the procedure is now reflected under Article 43.10.



AIA 001250. The "request to participate was then approved during the AIA's executive board meeting on September 22, 2022." AIA Resp. to Intervenor-Defendants' Interrog. No. 8.

3. Notwithstanding the enactment of A.R.S. § 15-120.02 by the Arizona legislature, the AIA's Bylaws continue to permit its member schools like The Gregory School, to appeal to the AIA to allow for transgender girls like Plaintiff Megan Roe to participate on sports teams designated for girls. The AIA continues to approve Megan Roe's participation in female sports given the Gender Identity Eligibility Committee's finding that the appeal was submitted for a proper purpose and her participation on such sports teams does not pose an adverse health risk to Megan Roe. Currently, in accordance with the Court's Preliminary Injunction Order, Plaintiff Jane Doe and Plaintiff Megan Roe are both eligible to participate on sports teams that their schools have designated for girls.

4. Defendant AIA asserts that it is not adverse to Plaintiff Jane Doe and Plaintiff Megan Roe and their attempts to participate on sports teams designated for girls. Further, Defendant AIA asserts that it has no intention to defend the constitutionality of A.R.S. § 15-120.02, and takes no position concerning the merits of the legal issues raised by Plaintiffs in the Complaint, which are to be decided by the Court.

5. Accordingly, (1) Defendant AIA will not be an active participant in this case going forward; (2) Defendant AIA will fully abide by the decisions of the Court regarding the declaratory and injunctive relief (preliminary and permanent) sought by Plaintiffs; and (3) Plaintiffs and Defendant AIA agree that neither party will seek attorney's fees and costs against the other (whether pursuant to Title IX, the Rehabilitation Act, the ADA, or any other statute).

The parties thus request the Court enter an order granting the stipulation and permit Defendant AIA to participate in this limited basis moving forward.



DATED this 28th day of March, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Kristian E. Nelson
    Kristian E. Nelson
    Gregg E. Clifton
    *Attorneys for Defendant*
    *Arizona Interscholastic Association, Inc.*

OSBORN MALEDON, P.A.

By:  /s/ Kristian Nelson (with permission)
    Colin M. Proksel
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, 21st Floor
    Phoenix, Arizona 85012-2793
    Telephone: (602) 640-9000
    Facsimile: (602) 640-9050
    Email: cproksel@omlaw.com

    Jyotin Hamid*
    Justin R. Rassi*
    Amy C. Zimmerman*
    DEBEVOISE & PLIMPTON LLP
    66 Hudson Boulevard
    New York, New York 10001
    Telephone: (212) 909-6000
    Facsimile: (212) 909-6836
    Email: jhamid@debevoise.com
    Email: jrassi@debevoise.com
    Email: azimmerman@debevoise.com

    Amy Whelan*
    Rachel Berg*
    NATIONAL CENTER FOR LESBIAN RIGHTS
    870 Market Street, Suite 370
    San Francisco, California 94102
    Telephone: (415) 343-7679
    Facsimile: (415) 392-8442
    Email: awhelan@nclrights.org
    Email: rberg@nclrights.org

Attorneys for Plaintiffs
*Admitted pro hac vice*

154974746.1

5

## CERTIFICATE OF SERVICE

I certify that on March 28, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

Colin Proksel
OSBORN MALEDON, P.A.
cproksel@omlaw.com
*Attorney for Plaintiffs*

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
jhamid@debevoise.com
jrassi@debevoise.com
azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
awhelan@nclrights.org
rberg@nclrights.org

Dennis I. Wilenchik
Caitlin Bartness Fitz-Maurice
WILENCHIK & BARTNESS, PC
diw@wb-law.com
mckayw@wb-law.com
*Attorneys for Defendant Thomas C. Horne*

Maria Syms
Arizona Department of Education
Maria.Syms@azed.gov

David C. Potts
Ashley E. Caballero-Daltrey
JONES, SKELTON & HOCHULI, P.L.C.
dpotts@jshfirm.com
adaltrey@jshfirm.com

Lisa Anne Smith
DECONCINI MCDONALD YETWIN & LACY, P.C.
lasmith@dmyl.com
*Attorneys for Defendant The Gregory School*

Jordan T. Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
jellel@tuhsd.k12.az.us
*Counsel for Defendants Toenjes and Kyrene School District*

D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
John.Sauer@james-otis.com
Justin.Smith@james-otis.com
*Attorneys for Intervenor-Defendants
President Petersen and Speaker Toma*

/s/ Holly Bornhoft

154974746.1