# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is D. John Sauer's Motion to Withdraw as Counsel for Intervenor-Defendants Petersen and Montenegro. (Doc. 278.) Having considered the Motion, and good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 278) is **granted**. D. John Sauer is hereby withdrawn as counsel from this case.

Dated this 2nd day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge