# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Thomas C Horne, et al., <br><br> Defendants. | No. CV-23-00185-TUC-JGZ <br><br> **ORDER** |

Having considered the Stipulation Between Plaintiffs Jane Doe and Megan Roe and the Arizona Interscholastic Association ("Defendant AIA") (Doc. 279), and good cause appearing,

**IT IS ORDERED** that the Stipulation between the respective parties is **granted**. Defendant AIA will participate in this matter on a limited basis moving forward, as provided in the Stipulation.

Dated this 2nd day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge