Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
Telephone:    (602) 640-9000
Facsimile:    (602) 640-9050
Email:        cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>                Plaintiffs,<br>         v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>                Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>                Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

1   Pursuant to the Court's Scheduling Order, *see* ECF No. 144, and Rule 16(b) of the Federal Rules of Civil Procedure, the parties file this Joint Settlement Status Report. Settlement or resolution of the case among all parties is not likely at this time.

Respectfully submitted this 21st day of April, 2025.

*/s/ Colin M. Proksel*
Colin M. Proksel
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

**Admitted pro hac vice.*

*/s/ Caitlin Bartness Fitz-Maurice* (w/permission)
Dennis Ira Wilenchik
Caitlin Bartness Fitz-Maurice
WILENCHIK & BARTNESS PC
2810 N 3rd St., Ste. 103
Phoenix, AZ 85004
602-606-2810
Email: admin@wb-law.com

2

Maria Syms
ARIZONA DEPARTMENT OF EDUCATION
1535 W Jefferson St., BIN 50
Phoenix, AZ 85007
602-542-5240

*Attorneys for Defendant Thomas C. Horne*


/s/ *Jordan T. Ellel* (with permission)
Jordan Todd Ellel
TEMPE TRI-DISTRICT LEGAL
500 W Guadalupe Rd.
Tempe, AZ 85283
480-345-3746
Email: jellel@tuhsd.k12.az.us

*Attorney for Defendants Laura Toenjes and the Kyrene School District*


/s/ *David C. Potts* (with permission)
David Calvin Potts
Ashley E. Caballero-Daltrey
JONES SKELTON & HOCHULI PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
602-263-4547
Email: dpotts@jshfirm.com
Email: adaltrey@jshfirm.com

*Attorneys for Defendant The Gregory School*


/s/ *Kristian Eric Nelson* (with permission)
Kristian Eric Nelson
LEWIS BRISBOIS BISGAARD & SMITH LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
602-385-1040
Email: kristian.nelson@lewisbrisbois.com

*Attorneys for Defendant Arizona Interscholastic Association Incorporated*

3

/s/ *Justin D. Smith* (with permission)
Justin D. Smith
Michael E. Talent
Kenneth C. Capps
JAMES OTIS LAW GROUP, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, MO 63017
314-562-0031
Email: justin.smith@james-otis.com

*Attorneys for Intervenor-Defendants President Warren Petersen and Speaker Ben Toma*