1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9 Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| 10      Plaintiffs, | **ORDER** |
| 11 v. | |
| 12 Thomas C Horne, et al., | |
| 13      Defendants. | |

14

15    Pending before the Court is a Stipulation between Plaintiffs and Intervenor-

16 Defendants to File Certain Documents under Seal. (Doc. 292.) The six documents proposed

17 to be filed under seal are: (1) Transcript of the Deposition of Jane Doe; (2) Exhibit 1 to the

18 Deposition of Jane Doe; (3) Exhibit 2 to the Deposition of Jane Doe; (4) Exhibit 3 to the

19 Deposition of Jane Doe; (5) Transcript of the Deposition of Megan Roe; and (6) Addendum

20 to Expert Declaration of Gregory A. Brown, Ph.D., FACSM. (*Id.*) The documents are

21 Exhibits 77–82 to Intervenor-Defendants and Defendant Horne's consolidated statement

22 of facts in support of their motions for summary judgment. (*See* Doc. 284.)

23    Having considered the Stipulation and the lodged documents, and good cause

24 appearing,

25 //

26 //

27 //

28 //

1    **IT IS ORDERED** that the Stipulation (Doc. 292) is **granted**. The Clerk of Court

2  shall file the six documents, lodged at Doc. 293, under seal.

3    Dated this 30th day of April, 2025.

Jennifer G. Zipps
Chief United States District Judge