Colin M. Proksel (034133)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012
Telephone:    (602) 640-9000
Facsimile:    (602) 640-9050
Email:        cproksel@omlaw.com

*Attorney for Plaintiffs*
*Additional counsel listed in signature block*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe; and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>　　　　　　　Defendants,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Ben Toma, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>　　　　　　　Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' MOTION FOR ADDITIONAL PAGES FOR THEIR CONSOLIDATED RESPONSE TO DEFENDANT HORNE AND INTERVENOR-DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT** |

1  Jane Doe, by her next friend and parents Helen Doe and James Doe, and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe ("Plaintiffs") respectfully seek leave to file additional pages in their consolidated briefing responding to Defendant Thomas C. Horne and Intervenor-Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment.

Plaintiffs, for good cause, seek an additional 11 pages for their consolidated brief (total of 45 pages), if the Court does not require motions to strike Defendant Horne's and Intervenor-Defendants' experts to be filed in the consolidated brief and allows them to be filed separately pursuant to Local Rule 7.2(m)(1) and Federal Rule of Evidence 702. Alternatively, Plaintiffs seek an additional 41 pages (total of 75 pages), if the Court requires motions to strike experts to be filed in the consolidated brief rather than separately.

Good cause for additional pages exists because Plaintiffs are moving affirmatively for summary judgment in addition to responding to two separate motions for summary judgment, and this is a complex case involving a constitutional claim and federal civil rights statutes, requiring more than a usual amount of legal analysis. In addition, this case involves substantial expert evidence, which requires additional pages to be adequately discussed.

Plaintiffs have reached out to opposing counsel regarding their position on this motion, and Defendant Horne and Intervenor-Defendants oppose this Motion.

Respectfully submitted this 23rd day of May, 2025.

OSBORN MALEDON, P.A.

 s/Colin M. Proksel
Colin M. Proksel
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com

1

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.