IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' Motion for Additional Pages for Their Consolidated Response to Defendant Horne and Intervenor-Defendants' Motions for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment. (Doc. 298.) Plaintiffs seek an additional 11 pages for their consolidated brief, if the Court allows Plaintiffs' motion to strike Defendant Horne and Intervenor-Defendants' experts to be filed separately, or an additional 41 pages, if the Court requires Plaintiffs' motion to strike experts to be filed in the consolidated brief. (*Id.* at 2.) Plaintiffs argue good cause for additional pages exists because of the complexity of the case and the substantial amount of expert evidence involved. (*Id.*) Defendant Horne and Intervenor-Defendants oppose the Motion. (*Id.*)

Having considered the Motion, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiffs' Motion for Additional Pages for Their Consolidated Response (Doc. 298) is **granted**. Plaintiffs' consolidated brief shall not exceed **forty-five (45) pages**.

2. The Court will allow Plaintiffs to file their motion to strike Defendant Horne and Intervenor-Defendants' experts separately. Plaintiffs' motion to strike Defendant Horne and Intervenor-Defendants' experts shall not exceed **thirty (30) pages**.

3. All other deadlines and requirements in the Court's orders setting the summary judgment briefing schedule remain in full force and effect. (*See* Docs. 271, 276.)

Dated this 27th day of May, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge