# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

Pending before the Court are Intervenor-Defendants' Motion for Summary Judgment (Doc. 283), Defendant Horne's Motion for Summary Judgment (Doc. 294), and Plaintiffs' Consolidated Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment (Docs. 302, 309[1]). The Motions are fully briefed. (*See* Docs. 317, 322, 329.) Intervenor-Defendants and Plaintiffs requested oral argument pursuant to LRCiv 7.2(f).

**IT IS ORDERED** setting an in-person oral argument on the parties' Motions for Summary Judgment, and any other unresolved related motions, on **Wednesday, October 8, 2025, at 9:00 a.m.** before the Honorable Jennifer G. Zipps in Courtroom 5D, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701. Seventy-five (75) minutes will be allocated to each side. Thus, Plaintiffs will have 75 minutes, and Intervenor-Defendants and Defendant Horne will have a total of 75 minutes to split.

At least 7 days before oral argument, the Parties shall jointly provide a Notice to

---

[1] Doc. 309 is a sealed version of Plaintiffs' Consolidated Motion for Summary Judgment and Opposition to Defendants' Motions for Summary Judgment.

Court Reporter to facilitate the creation of an accurate record. The Notice shall contain the following information that may be used during oral argument:

    a. Proper Names, including those of witnesses.

    b. Acronyms.

    c. Geographic locations.

    d. Technical/medical terms, names, or jargon.

    e. Table of authorities, in alphabetical order, which includes all the authorities on which the parties will rely at the proceeding.

The Notice to Court Reporter need not be filed but must be provided by email to Judge Zipps' Court Reporter, Linda Parks, Linda_Parks@azd.uscourts.gov, with a courtesy copy to Judge Zipps' Chambers, zipps_chambers@azd.uscourts.gov.

    Dated this 15th day of August, 2025.

                                                                       *Jennifer Zipps*
                                                                        Jennifer G. Zipps
                                                       Chief United States District Judge