Colin M. Proksel
John S. Bullock
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034133
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com
Email: jbullock@omlaw.com
*Attorney for Plaintiffs*
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe, and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>Defendants.<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**PLAINTIFFS' SUBMISSION ON THE ISSUANCE OF A STAY** |

1    Plaintiffs do not oppose the issuance of a stay in this case pending the Supreme Court's decisions in *B.P.J. by Jackson v. W. Va. State Bd. of Educ.*, 98 F.4th 542 (4th Cir. 2024), *cert. denied sub nom. W. Va. Secondary Sch. Activities Comm'n v. B.P.J. Next Friend Jackson*, 145 S. Ct. 568 (2024), *and cert. granted sub nom. W. Va. v. B P.J.*, No. 24-43, 2025 WL 1829164 (U.S. July 3, 2025) ("*B.P.J.*") and *Hecox v. Little*, 104 F.4th 1061 (9th Cir. 2024), *as amended* (June 14, 2024), *cert. granted*, 145 S. Ct. 2871 (2025 ) ("*Hecox*").

Plaintiffs will not suffer prejudice as a result of a stay and acknowledge that a stay will promote judicial efficiency, given that the Supreme Court's opinions in *B.P.J.* and *Hecox* may have some application to the issues in the instant case.  Moreover, as this Court has already determined when considering Intervenor-Defendants' motion for a stay pending appeal and request for an administrative stay, Defendants are also not prejudiced by Jane's and Megan's continued participation on girls' sports teams because, *inter alia*,  "there is no evidence that Plaintiffs' participation will cause . . . harm[] to other participants" on their teams. (Dkt. 136 at 5–7.)  Discovery has not changed that position.

Respectfully, Plaintiffs do not agree that the Supreme Court decision will have a dispositive effect on this case.  For example, neither *B.P.J.* nor *Hecox* will address Plaintiffs' Americans with Disabilities Act and Rehabilitation Act claims.  In addition, given the as-applied nature of Plaintiffs' claims, the impact of any decision made by the Supreme Court in *B.P.J.* or *Hecox* on this case, if any, is not yet clear.  Moreover, the factual records in the cases before the Supreme Court are different from those here, including involving different expert evidence and legislative history from the Arizona legislature. Nonetheless, the appropriate time to address any effect of *B.P.J.* and *Hecox* on Plaintiffs' claims is after the Supreme Court renders those decisions.

Plaintiffs reserve all rights to petition the Court for relief to reopen the case should the circumstances in this case or those before the Supreme Court change.

…

…

…

Respectfully submitted this 1st day of October, 2025

                                    s/ John S. Bullock
                                    Colin M. Proksel (034133)
John S. Bullock (034950)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: cproksel@omlaw.com
Email: jbullock@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email:  jhamid@debevoise.com
Email:  jrassi@debevoise.com
Email:  azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LGBTQ RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org

*Admitted pro hac vice.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF System.

s/ John S. Bullock