**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Doe, et al., | No. CV-23-00185-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas C Horne, et al., | |
| Defendants. | |

On June 30, 2026, the Supreme Court issued its decisions in *Little v. Hecox*, No. 24-38 (U.S.) and *West Virginia v. B.P.J.*, No. 24-43 (U.S.). *See West Virginia v. B. P. J.*, 2026 WL 1868739 (U.S. June 30, 2026). Pursuant to this Court's October 2, 2025 Order, the stay in this case is therefore expired, and the parties' "supplemental briefs of up to 10 pages addressing the Supreme Court's decisions and any other new developments affecting summary judgment" are due within 14 days of the date of this Order. (Doc. 338.) The Court will also schedule oral argument on the pending motions for summary judgment.

Accordingly,

**IT IS ORDERED** that the stay in this case is **lifted**. The parties shall submit supplemental briefs of up to 10 pages on or before **Wednesday, July 15, 2026**.

//

//

//

//

**IT IS FURTHER ORDERED** that oral argument is set for **Thursday, August 6, 2026, at 9:30 a.m.** before the Honorable Jennifer G. Zipps at the Evo A. DeConcini United States Courthouse, 405 W. Congress Street, Tucson, AZ.

Dated this 1st day of July, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge