John Bullock
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
State Bar No. 034950
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: jbullock@omlaw.com
*Attorney for Plaintiff Jane Doe*
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Jane Doe, by her next friend and parents Helen Doe and James Doe, and Megan Roe, by her next friend and parents, Kate Roe and Robert Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas C. Horne in his official capacity as State Superintendent of Public Instruction; Laura Toenjes, in her official capacity as Superintendent of the Kyrene School District; Kyrene School District; The Gregory School; and Arizona Interscholastic Association Inc.,<br><br>Defendants.<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>Intervenor-Defendants. | Case No. 4:23-cv-00185-JGZ<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate that this matter be dismissed without prejudice, with each party bearing its own fees and costs.

Respectfully submitted this 10th day of July, 2026

*/s/ John Bullock*
John Bullock (034950)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: jbullock@omlaw.com

Jyotin Hamid*
Justin R. Rassi*
Amy C. Zimmerman*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jhamid@debevoise.com
Email: jrassi@debevoise.com
Email: azimmerman@debevoise.com

Amy Whelan*
Rachel Berg*
NATIONAL CENTER FOR LGBTQ RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: awhelan@nclrights.org
Email: rberg@nclrights.org
**Admitted pro hac vice*
*Attorneys for Plaintiff Jane Doe*

/s/ Kenneth C. Capps (with permission)
Kenneth C. Capps, Mo. Bar No. 70908*
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(816) 678-2103
* *Admitted pro hac vice*
*Attorney for Intervenor-Defendants President Petersen and Speaker Montenegro*

/s/ Caitlin B. Fitz-Maurice (with permission)
Dennis I. Wilenchik
Caitlin B. Fitz-Maurice
WILENCHIK & BARTNESS PC
2810 North Third Street Ste 103
Phoenix, Arizona 85004
602-606-2810
Email: admin@wb-law.com

Maria Syms
ARIZONA DEPARTMENT OF EDUCATION
1535 W Jefferson St., BIN 50
Phoenix, AZ 85007
602-542-5240
*Attorneys for Defendant Thomas C. Horne*

/s/ Jordan Todd Ellel (with permission)
Jordan Todd Ellel
TEMPE TRI-DISTRICT LEGAL SERVICES
500 W. Guadalupe Rd.
Tempe, Arizona 85283
*Attorney for Defendants Kyrene School District and Laura Toenjes*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF System.

*/s/ John Bullock*__________

John Bullock