UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN DOE, parent and next friend of Jane Doe; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; et al.,<br><br>Defendants,<br><br>and<br><br>WARREN PETERSEN, Senator, President of the Arizona State Senate and BEN TOMA, Representative, Speaker of the Arizona House of Representatives,<br><br>Intervenor-Defendants - Appellants. | No. 23-16026<br><br>D.C. No. 4:23-cv-00185-JGZ<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |
| HELEN DOE, parent and next friend of Jane Doe; et al.,<br><br>Plaintiffs - Appellees,<br><br>v. | No. 23-16030<br><br>D.C. No. 4:23-cv-00185-JGZ<br>U.S. District Court for Arizona, Tucson |

THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction,

Defendant - Appellant,

and

LAURA TOENJES, in her official capacity as Superintendent of the Kyrene School District; et al.,

Defendants,

WARREN PETERSEN, Senator, President of the Arizona State Senate and BEN TOMA, Representative, Speaker of the Arizona House of Representatives,

Intervenor-Defendants.

The judgment of this Court, entered August 21, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Each party shall bear its own fees and costs on appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT